Exhibit E

*Cellspin Soft, Inc. v. Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH*
U.S. Patent No. 10,425,806
Infringement Chart for **Autel Accused Instrumentalities**
Claims Charted: 1,2,3,4,5,6,7,8,9,10,11,12, and 13

This Infringement Chart is provided pursuant to the Local Patent Rules and is based on Cellspin's reasonable investigation and publicly available information presently available to it. The chart addresses methods practiced by or in connection with certain Autel drone products and associated versions of the Autel applications, such as Autel Sky app, Autel Explorer app, and Autel Explorer V2 app, identified herein (collectively, the "Autel Accused Instrumentalities"). For purposes of illustrating infringement of the charted claims, Cellspin has selected the EVO Lite aircraft as a representative example, which operates in conjunction with the Autel Sky app. Based on presently available information, Cellspin contends that other accused Autel drone products implement claim limitations materially similar to those charted herein in substantially similar ways with respect to the specific limitations identified, including through SkyLink based communications, data capture sensors, and associated mobile application functionality. These contentions are made for pleading and notice purposes only and are subject to confirmation, refinement, and supplementation through discovery. The accused Autel applications have been released in multiple versions and the infringement allegations herein apply to such versions to the extent they implement the charted claim limitations, based on presently available information and subject to confirmation and refinement through discovery. To the extent this chart references Wi-Fi Direct and/or Bluetooth specifications, teardown materials, or information relating to particular models or application versions, such materials are cited as exemplary of functionality relevant to the asserted claims and are not intended as admissions that all accused products share identical structure, hardware, software, or implementation. Rather, Cellspin alleges material similarity with respect to the charted claim limitations based on publicly available descriptions and observed operation, recognizing that internal implementation details and version-specific differences are uniquely within Autel's possession and control. Cellspin further contends that the accused Autel Accused Instrumentalities are configured to operate in conjunction with versions of one or more of the Autel applications and compatible remote controllers and/or mobile devices to collect, transmit, and process one or more captured data, such as images, videos, and/or technical system data in manners relevant to the asserted claims. The present chart should therefore be understood as providing representative notice of infringement for the accused products identified herein, without prejudice to Cellspin's right to further particularize, amend, or supplement its infringement contentions based on discovery.

Exhibit  E

The present chart provides evidence of infringement by Autel, including evidence obtained from Autel's website and manuals, internal circuit board photos, Wi-Fi Direct standard documents, code pertaining to Autel's application and testing evidence.

The decompiled code for the relevant Autel application was obtained by:
1.  installing the application on an Android device
2.  using APK Extractor (https://play.google.com/store/apps/details?id=braveheart.apps.apkextract) application to extract the Android Package (APK) file for the installed Autel application
3.  uploading the APK file for Autel's application to Java/Android decompilation utility available at https://www.decompiler.com, which reconstructs the source code that would have been written and compiled by Autel in order to create the APK file.
4.  Downloading and decompressing the zip file outputted by https://www.decompiler.com, containing the source .java files

The entirety of the decompilation output has been produced alongside these infringement contentions.

Further, the Autel Sky app comprises an Android version (6.0 or later) and an iOS version (iOS 13.0 or later). For purposes of the analysis described herein, the Android version of the Autel Sky app was utilized, including for obtaining and analyzing application code. However, based on presently available information, the iOS version of the Autel Sky app operates in a materially similar manner with respect to the charted claim limitations, including with regard to the interaction between the Autel Sky app and EVO Lite. Accordingly, any references herein to the Autel Sky app are to both the Android version and the iOS version, and any references to performance of methods by EVO Lite, including via interaction with the Autel Sky app, in connection with the Android version will necessarily apply to performance of methods in connection with the iOS version as well.

**U.S. Patent No. 10,425,806**

Exhibit  E

Plaintiff includes publicly available corporate materials identifying Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH (https://file.finance.qq.com/finance/hs/pdf/2025/03/29/1222984698.pdf), as participating in the development, distribution, and coordinated global activities relating to the accused Autel products and mobile applications. Autel's own Privacy Policy defines "Autel Robotics" as "Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we")", available at https://www.autelrobotics.com/privacy/, confirming that Autel publicly presents its operations as a coordinated enterprise led by Autel Robotics Co., Ltd. The U.S. Apple App Store listings for the accused Autel Sky, and Autel Explorer, and Autel Explorer V2 applications identify Autel Robotics Co., Ltd. as the seller/developer of those applications distributed in the United States (see https://apps.apple.com/us/app/autel-sky/id1571426955, https://apps.apple.com/us/app/autel-explorer/id1395815245, and https://apps.apple.com/us/app/autel-explorer-v2/id1671748757). These listings show that Autel Robotics Co., Ltd. distributes accused software directly to U.S. users through Apple's U.S. App Store. Additional public-facing materials likewise present Autel as a unified global company headquartered in Shenzhen with centralized global offices and contacts, including European operations (see https://www.autelrobotics.com/about-us/ and https://www.autelrobotics.com/privacy/), consistent with Autel Robotics Europe GmbH's role in global distribution activities as publicly represented by Autel.

These charts therefore refer to "Autel" where appropriate to describe coordinated conduct reflected in Defendants' own public representations and product documentation. The charts do not rely on any joint-enterprise or alter-ego theory; rather, they identify direct acts of manufacture, distribution, importation, sale, and inducement supported by publicly available materials, product manuals, app listings, and technical documentation. To the extent additional affiliated entities—including any U.S. distributors, resellers, or service affiliates—participate in U.S. distribution or sales of the Accused Instrumentalities, those facts are uniquely within Defendants' possession and will be confirmed through discovery. Plaintiff reserves the right to supplement these charts or seek leave to amend to add additional parties if discovery reveals further entities participating in the accused activities. The purpose of these charts is to provide notice of infringement based on available evidence and representative products consistent with Federal Rule of Civil Procedure 8 and the Patent Local Rules.

**U.S. Patent No. 10,425,806**

Exhibit  E
**Data Types Transmitted from Autel drones to cloud Servers.**

**Overview of Data Flow**

Autel drones collect a broad spectrum of data categorized into three primary areas: Flight Logs & Geolocation Data, Media Data, and Technical & Account Data. All new devices require an Autel Account, meaning this data is stored and managed within the Autel ecosystem.

This data is transmitted via Wi-Fi Direct to the paired smartphone (through the Autel Sky app) connected to the remote controller. The app then uploads the data over the internet using HTTPS/TLS-encrypted connections to cloud servers for storage, analysis, and display in the user's dashboard or app.

**Flight Logs & Geolocation Data**
Data used to provide environmental and real-time information of the aircraft collected during flight.
Flight Data: Current altitude, latitude and longitude, power voltage, log files during operation.

**Media Data**
Images and/or videos captured by the user.

**Technical & Account Data**
System-level information required for device maintenance and account security.
System Diagnostics: Sensor data, fault captures.

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1(p) | A machine-implemented method of media transfer, comprising: | Autel performs and/or induces others to perform a machine-implemented method of media transfer, including as set forth in Claim Elements 1.I through 1.I.f.vii below. |
| 1.I | for a digital camera device having a short-range wireless capability | Autel Accused Instrumentalities comprise a digital camera device, for example EVO Lite[1] aircraft, with Bluetooth and Wi-Fi Direct capabilities. |

---

[1] While EVO Lite aircraft has been used as an exemplary product, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel products such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary product is representative for purposes of illustrating similar functionality of all other accused drones.

**U.S. Patent No. 10,425,806**

Exhibit E



digital camera device

*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)

**Autel Robotics Privacy Policy**

Effective Date: September 4, 2025

Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.

*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/<br><br><br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245  *See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |

**U.S. Patent No. 10,425,806**

Exhibit E

Further, Autel Accused Instrumentalities (including, for example EVO Lite aircraft) are equipped with Autel SkyLink transmission technology which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and which, upon information and belief, is based on Wireless LAN (including Wi-Fi Direct) and/or Bluetooth LE standards.

### 3.11  Autel SkyLink Image Transmission Function

The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.
● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45

**Table 3-15   Global Certified Frequency Bands for EVO Lite Series aircraft (Image Transmission)**

| Operating Frequency | Details | Bandwidth | Certified Countries & Regions |
|---|---|---|---|
| 2.4G | 2400 – 2476MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ China's Mainland |
| 2.4G | 2400 – 2483.5MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea<br>■ Japan |
| 5.1G | 5150 - 5250MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ Taiwan, China<br>■ USA |

**U.S. Patent No. 10,425,806**

Exhibit E

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 46

**Table 3-16  Global Certified Frequency Bands for EVO Lite Series Aircraft (Wi-Fi)**

| Operating Frequency | Details | Certified Countries & Regions |
|---|---|---|
| 2.4G（2400 – 2476MHz） | 802.11b/g/n | ■ Japan |
| 5.1G（5150 – 5250 MHz） | 802.18ac | ■ Japan |
| 5.1G（5150 – 5250 MHz） | 802.12ac | ■ USA |
| 5.8G（5725 – 5850 MHz） | 802.11ac | ■ China's Mainland |
| 5.8G（5725 – 5850 MHz） | 802.11ac | ■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea |

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47

## 2.4   Functions and services

### 2.4.1   Basic functions and services

For P2P operation outside the DMG and supporting Wi-Fi Protected Setup, this specification assumes that the following STA functions and services are implemented in P2P Devices:

- IEEE 802.11g or newer 2.4 GHz PHY [1]
- IEEE 802.11i (AES-CCMP) [1]
- Wi-Fi Protected Setup [2]
- Wi-Fi Multimedia [3]

Exhibit  E

| | | *See, e.g.,* Wi-Fi Direct Specifications at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, at Page 20 <br><br> ## Wi-Fi Direct® <br><br> Wi-Fi Direct® enables devices to create their own Wi-Fi networks without an internet connection. There is no need for an access point (AP), enabling Wi-Fi Direct networks to go wherever devices go. Wi-Fi Direct devices can transfer or display content, play games, and share applications quickly and easily. Wi-Fi Direct enables the following features: <br><br> • Enables devices to connect directly to each other <br><br> • Establishment of either a one-to-one connection, or a group of several devices can connect simultaneously <br><br> • View available devices and request a connection or receive an invitation to connect to another device <br><br> *See, e.g.,* About Wi-Fi Direct at https://www.wi-fi.org/alternative-topologies <br><br> Bluetooth® technology uses the 2.4 GHz ISM spectrum band (2400 to 2483.5 MHz), which enables a good balance between range and throughput. In addition, the 2.4 GHz band is available worldwide, making it a true standard for low-power wireless connectivity. <br><br> *See, e.g.,* About Bluetooth technology at https://www.bluetooth.com/learn-about-bluetooth/key-attributes/range/ |
|---|---|---|

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | For example, each Autel Accused Instrumentality comprises an onboard camera with a CMOS sensor, to capture images and/or videos of the surroundings.<br><br>**Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>**1/1.28" CMOS**<br>Imaging Sensor<br><br>**1.22µm（Bin2)**<br>Pixel size<br><br>**HDR Video**<br>4K 8-bit HDR<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Camera**<br><br>|  | EVO Lite | EVO Lite+ |<br>|---|---|---|<br>| Sensor | CMOS: 1/1.28 inch<br>Effective pixels: 50M<br>Pixel size: 1.22µm*1.22µm | CMOS: 1 inch<br>Effective pixels: 20M<br>Pixel size: 2.4µm*2.4µm |<br>| Lens | FOV: 85°<br>Equivalent focal length: 23mm<br>Aperture: f/1.9<br>Focus range: 0.5m ~ ∞<br>Focus mode: PDAF+CDAF/MF | FOV: 82°<br>Equivalent focal length: 29mm<br>Aperture: f/2.8 ~ f11<br>Focus range: 0.5m ~ ∞<br>Focus mode: CDAF/MF | |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>Image captured by EVO Lite aircraft<br><br>EVO Lite |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I(a) | [for a digital camera device having a short-range wireless capability] to connect with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, performing in the digital camera device | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), connects to a cellular phone with access to the internet over cellular network.<br><br>The EVO Lite aircraft ("digital camera device") pairs with the remote controller using SkyLink, wherein the remote controller is further connected via a USB cable to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The combination of the remote controller and the smartphone (hereinafter referred to as the 'combined controller') constitutes a "cellular phone".<br><br>### 4.5  Connecting to Mobile Device<br><br>When the RC is on, extend the mobile device holder and mount the device (pre-installed Autel Sky App) in the holder.<br>Use the RC cable (USB-C to USB-C or USB-C to Lightning) to connect the mobile device interface and the RC interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 54 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | combination of the remote controller and the smartphone constitutes the "cellular phone" remote controller is connected via a USB cable to a smartphone *See, e.g.,* EVO Lite series Quick Start Guide at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20Quick%20Start%20Guide-US(1).pdf, Page 4 and Page 5 (annotated) For example, the combined controller when executing the Autel Sky app incorporates cellular radio hardware and network protocols permitting the combined controller to connect directly to a mobile carrier network for data communications. In order for the combined controller to install and use and/or access the features of the Autel Sky app, the combined controller must gain internet access via a cellular data network and/or Wi-Fi communications network. The combined |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | controller particularly uses a mobile data service on a cellular network to access the Internet when not connected to a Wi-Fi network.<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br><br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated)<br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>**■ RC Devices**<br>The aircraft supports frequency pairing with the RC, enabling remote communication control of the aircraft.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.5  Connecting to Mobile Device**<br><br>When the RC is on, extend the mobile device holder and mount the device (pre-installed Autel Sky App) in the holder.<br>Use the RC cable (USB-C to USB-C or USB-C to Lightning) to connect the mobile device interface and the RC interface.<br><br>⚬ **Tips**<br><br>• Be sure to mount the mobile device firmly on the holder to avoid any looseness.<br><br>*See,   e.g.,*   EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 54<br><br>1.  Turn on the aircraft and the RC, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2.  Connect your RC with the mobile device, enter Autel Sky, click "Connect New Aircraft" in "Profile", and follow the pairing instruction.<br>3.  After successful pairing, the green LED on the rear arm of the aircraft will be on for 5 seconds and then flash slowly. The application will switch to the image transmission interface.<br><br>*See,   e.g.,*   EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 58<br><br>All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | [Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>## Connect to mobile networks on a Pixel phone<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>### Change mobile network settings<br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** ＞ **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** ＞ **Reset options** ＞ **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en [Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android) on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1.I.a | establishing a short-range paired wireless connection between the digital camera device and the cellular phone | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), establishes a short-range paired wireless connection between the digital camera device, such as the EVO Lite aircraft (see above), and the cellular phone, such as the combined controller (see above), through SkyLink wireless transmission operating over Wi-Fi Direct based communication.<br><br>For example, the EVO Lite aircraft and its remote controller are equipped with SkyLink transmission technology, which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and is based on Wireless LAN and/or Bluetooth LE standards.<br><br>EVO Lite aircraft ("digital camera device") and the combined controller ("cellular phone") operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. The Autel Sky app instructs the user to press and hold the power button on the EVO Lite aircraft and the remote controller, followed by a confirmation action within the application interface. These coordinated actions trigger opportunistic bootstrapping, during which the devices exchange Wi-Fi Direct provisioning information and negotiate group ownership. Following bootstrapping, the devices complete Wi-Fi Direct pairing and association, enabling encrypted communication over the established Wi-Fi Direct connection. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | combined controller<br><br>*See, e.g.,* Autle EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09<br><br>### 3.11 Autel SkyLink Image Transmission Function<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 1. Turn on the aircraft and the RC, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Connect your RC with the mobile device, enter Autel Sky, click "Connect New Aircraft" in "Profile", and follow the pairing instruction.<br>3. After successful pairing, the green LED on the rear arm of the aircraft will be on for 5 seconds and then flash slowly. The application will switch to the image transmission interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 58<br><br>Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button "⏻" and the return-to-home button "⌂" on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19 <br><br> **3.8.1    Introduction** <br><br> The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship. <br><br> P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure. <br><br> The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1]. <br><br> *See,   e.g.,*   Wi-Fi   Direct   Specification   v2.   at   https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  **Figure 25. Example of Wi-Fi Direct Pairing Protocols**  *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  **Figure 26. Example of P2P pairing bootstrapping method selection** *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.  Bootstrapping Methods**<br><br>

| Pairing Bootstrapping Methods | Description |
|---|---|
| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |
| Pin-code display | Device is capable of display a pin-code (4 digits or more). |
| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |
| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |
| NFC Tag | Device is capable of supporting the NFC Tag. |
| Keypad (pin-code only) | Device is capable of entering a pin. |
| Keypad (passphrase) | Device is capable of entering a passphrase |
| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |
| NFC reader | Device is capable of supporting the NFC reader. |
| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |

<br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>The PASN Authentication frames shall include the contents as defined in section 12.13.3.2 of [1]. In addition, the PASN Authentication frames shall include a P2P2 IE with corresponding P2P attributes, as specified in section 3.8.4.2 (for the pairing setup using a password).<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86<br><br>**Decompiled code for the Autel Sky app:**<br><br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the checkConnectStatus() checks the connection status of drone, phone and the remote controller. If the phone is not connected to the remote controller, it connects them, otherwise if the remote controller is not connected to the drone, it connects the drone.<br><br>isPhoneConnectRemoteControl(), checks whether there is a connection between the phone and the remote control, and isRemoteControlConnectDrone(), checks whether there is a connection between the remote control and the drone.<br><br><pre>public final void checkConnectStatus() {<br>    if (!isPhoneConnectRemoteControl()) {<br>        connectControl();<br>    } else if (!isRemoteControlConnectDrone()) {<br>        connectDrone();<br>    }<br>}</pre> |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
private final void connectControl() {
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;
    if (activityRemoteControlPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding = null;
    }
    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;
    if (activityRemoteControlPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding2 = null;
    }
}



private final void connectDrone() {
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;
    String str = null;
    if (activityRemoteControlPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding = null;
    }
    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;
    if (activityRemoteControlPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding2 = null;
    }
    activityRemoteControlPairBinding2.llGoToPair.setOnClickListener((View.OnClickListener) null);
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding3 = this.binding;
    if (activityRemoteControlPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding3 = null;
    }
}
``` <br><br> *See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/RemoteControlPairActivity.java <br><br> For example, the following screenshots from the decompiled code of the Autel Sky app show that when the user taps the Connect button, the Autel Sky app sends a binding request using bingAircraftToRemote(...) which triggers the pairing process between the drone (EVO Lite |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | aircraft) and the remote controller.<br><br>```java<br>public void onCreate(Bundle bundle) {<br>    super.onCreate(bundle);<br>    ActivityButtonPairBinding inflate = ActivityButtonPairBinding.inflate(getLayoutInflater());<br>    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");<br>    this.binding = inflate;<br>    ActivityButtonPairBinding activityButtonPairBinding = null;<br>    if (inflate == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        inflate = null;<br>    }<br>    setContentView((View) inflate.getRoot());<br>    String stringExtra = getIntent().getStringExtra("droneType");<br>    if (stringExtra == null) {<br>        stringExtra = DroneType.Lite.getDeviceName();<br>    }<br>    this.droneType = stringExtra;<br>    ActivityButtonPairBinding activityButtonPairBinding2 = this.binding;<br>    if (activityButtonPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityButtonPairBinding2 = null;<br>    }<br>```<br><br>```java<br>public static final void m848onCreate$lambda0(ButtonPairActivity buttonPairActivity, View view) {<br>    Intrinsics.checkNotNullParameter(buttonPairActivity, "this$0");<br>    ActivityButtonPairBinding activityButtonPairBinding = buttonPairActivity.binding;<br>    if (activityButtonPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityButtonPairBinding = null;<br>    }<br>    activityButtonPairBinding.btnConnect.setEnabled(false);<br>    buttonPairActivity.getPresenter().bingAircraftToRemote(new AirRemoteBindingInfo(AircraftRole.MASTER, DeviceTypeEnum.COMMON))<br>}<br>``` |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityWifiPairBinding inflate = ActivityWifiPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityWifiPairBinding activityWifiPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    ActivityWifiPairBinding activityWifiPairBinding2 = this.binding;
    if (activityWifiPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding2 = null;
    }
    activityWifiPairBinding2.tvConnectFromButton.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda1(this));
    ActivityWifiPairBinding activityWifiPairBinding3 = this.binding;
    if (activityWifiPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding3 = null;
    }
    activityWifiPairBinding3.tvChangeConnect.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda2(this));
    ActivityWifiPairBinding activityWifiPairBinding4 = this.binding;
    if (activityWifiPairBinding4 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
    } else {
        activityWifiPairBinding = activityWifiPairBinding4;
    }
    activityWifiPairBinding.vsInputWifi.setOnInflateListener(new WifiPairActivity$$ExternalSyntheticLambda3(this));
}
```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/WifiPairActivity.java<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.a.i | [establishing a short-range paired wireless connection…], wherein establishing the short-range paired wireless connection comprises, the | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), is configured to cryptographically authenticate identity of the cellular phone during the process by which the aircraft (*see* above) establishes the paired wireless connection (*see* above) with the |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | digital camera device cryptographically authenticating identity of the cellular phone, | combined controller (*see* above).<br><br>For example, during pairing, the EVO Lite aircraft ("digital camera device") and the combined controller ("cellular phone") perform Wi-Fi Direct provisioning and group formation, during which cryptographic authentication is carried out as defined by the Wi-Fi Direct security framework. The connection uses WPA2-Personal with AES-GCMP encryption or WPA3-Personal with AES-CCMP encryption, and the devices derive a Pairwise Master Key (PMK) as part of the authentication process. Using the derived PMK, the EVO Lite aircraft and the combined controller complete the required association and handshake exchanges. Further, according to the Wi-Fi Direct standard, during pairing and verification process, the devices (EVO Lite aircraft and the combined controller) exchange Device Identity Keys (DevIK), and Device Identity Resolution Attributes (DIRA). DevIK are unique cryptographic keys assigned to each device to prove its identity, and DIRA provide additional cryptographic information used to resolve and verify the peer device's identity during the pairing process. Therefore, upon information and belief, the EVO Lite aircraft cryptographically authenticates the identity of the combined controller.<br><br>The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky.<br><br>*See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47<br><br>● The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>● It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>● The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 <br><br> **3.2.6    Communication in a P2P Group** <br><br> **3.2.6.1    General** <br><br> Communication within a P2P Group established outside DMG shall employ WPA2-Personal security or WPA3-Personal security with AES-CCMP as the encryption cipher. Communication within a P2P Group operating within DMG shall employ WPA2-Personal security with AES-GCMP as the encryption cipher. Immediately after a successful association, the P2P Group Owner and the newly connected P2P Client shall execute the 4-way handshake, as specified in Section 12.7.6 of IEEE 802.11-2020 [1] when operating outside DMG and in Section 12.6.13 of IEEE 802.11-2020 [1] when operating within DMG, in which the P2P Group Owner shall act as the authenticator and the P2P Client shall act as the supplicant. The resulting temporal encryption keys shall be installed and used to encrypt unicast and broadcast/multicast frames exchanged between the P2P Group Owner and the Client as described in IEEE 802.11-2020 [1]. <br><br> *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 52 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3     Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>The PASN Authentication frames shall include the contents as defined in section 12.13.3.2 of [1]. In addition, the PASN Authentication frames shall include a P2P2 IE with corresponding P2P attributes, as specified in section 3.8.4.2 (for the pairing setup using a password).<br><br>The RSNE and the RSNXE included in the first and second PASN Authentication frames shall be aligned with the selected PASN type and DH group (see 12.13.3.2 of [1]) and set to the following values:<br><br>- RSNE: the AKM suite shall be set to PASN AKM in both frames<br>- RSNE: the PMKID count shall be set to 0 in both frames<br>- RSNXE: the "KEK in PASN" bit is set 1 in both frames (see 9.4.2.240 of [18])<br><br>The PCEA included in the first and second PASN Authentication frames shall be the same as those included in the USD frame transmitted by this device.<br><br>The first PASN Authentication frame may also include a Service Hash attribute (SHA) in the P2P IE.<br><br>The second and third PASN Authentication frames shall include a PASN Encrypted Data element (as defined in 9.4.2.314 of [18]) with a P2P2 IE (as a Vendor Specific subelement).  The P2P2 IE in the PASN Encrypted Data element of the second and third PASN Authentication frame shall include a Device Identity Key attribute (DIKA) if the PMK/DevIK Caching Enabled bit is set to 1 and shall always include a Password attribute with a password that is generated by the P2P Device.<br><br>After the successful completion of the pairing setup, a PTKSA is derived with the string "PMKz" padded with 28 0s (as defined in section 12.13.7 of [1]).<br><br>The password generated by the P2P GO shall be used for the connection setup using SAE AKM. If the connection setup is successful and a PMKSA is established, the corresponding PMKID shall be used with DevIK for subsequent Pairing verification procedure.<br><br>*See,  e.g.,*  Wi-Fi  Direct  Specification  v2.  at  https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | After the pairing responder and the pairing initiator generate PMKSA during WPA3-SAE, they can refer to the cached PMK and the corresponding PMKSA by using <local DevIK, peer DevIK> if the PMK/DevIK caching is enabled. Pairing initiator and responder shall cache PMKSA corresponding to the peer's DevIK exchanged in DIKA.<br><br>If a new PMK is generated via Paring with Opportunistic Bootstrapping between 2 Peers that already share a cached PMK, the new PMK shall replace the old one, even if it was generated as part of GO Negotiation for a new Group that is different from the Group that was associated with the older PMK.<br><br>If a P2P Device, either a pairing initiator or pairing responder, does not enable the PMK/DevIK caching, it shall delete the PMK and the corresponding PMKSA once the PTKSA is established during the 4-way handshake.<br><br>Figure 28 shows an example of the pairing setup using opportunistic bootstrapping and a password delivery for WPA3-SAE.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  **Figure 28. Example of Pairing setup using opportunistic bootstrapping with GO Negotiation**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 87 |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.1.33   Device Identity Resolution attribute (DIRA)**<br><br>The Device Identity Resolution attribute (DIRA) is used by a P2P Device to reveal its long-term identity to a peer device which possesses its DevIK. The format of the DIRA is defined in Table 68.<br><br>**Table 68.   DIRA format**<br><br>{table68}<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 133<br><br>**3.8.2   Pairing identity**<br><br>A pairing capable device may reveal its long-term identity to paired peers, by including a DIRA in the Unsynchronized Service Discovery (USD) frame. The format of the DIRA is defined in Section 4.1.33.<br><br>To produce the DIRA, the device shall generate a P2P Device Identity Key (DevIK), associated with a DevIK lifetime. The device shall select a random value as the DevIK.<br><br>A P2P Device shall provision its DevIK to a peer through a secured channel, during the P2P pairing setup procedure with the peer as in section 3.8.4. Once the peer obtains the device's DevIK, it can correctly identify the other peer device by resolving the Tag field included in the received DIRA.<br><br>In the DIRA, the value of the Cipher Version indicates the cryptographic parameters and method used to derive the Tag field. Device Identity Resolution (DIR) cryptographic parameters and methods are defined in Table 8.<br><br>**Table 8.   DIRA Cryptographic Parameters and Methods**<br><br>{table8}<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi- |

Table 68 (DIRA format):

| Field | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 32 | Identifying the type of P2P attribute. The specific value is defined in Table 21. |
| Length | 2 | Variable | Length of the following fields in the attribute. |
| Cipher Version | 1 | Variable | 0: 128-bit DevIK, 64-bit Nonce, 64-bit Tag, HMAC-SHA-256<br>1-255: reserved |
| Nonce | Variable | Variable | A random bit string |
| Tag | Variable | Variable | A resolvable identity |

Table 8 (DIRA Cryptographic Parameters and Methods):

| Cipher Version | DevIK (bits) | Nonce Size (bits) | Tag Size (bits) | Tag Calculation Method |
|---|---|---|---|---|
| 0 | 128 | 64 | 64 | Tag = Truncate-64(HMAC-SHA-256(DevIK, "DIR" || P2P Device Address || |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Fi%20Direct%20Specification%20v2.0_0.pdf](Fi%20Direct%20Specification%20v2.0_0.pdf), Page 79<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.a.i.A | [establishing a short-range paired wireless connection…], wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), is configured to cryptographically authenticate identity (*see* above) of the cellular phone during the process by which EVO Lite aircraft establishes the paired wireless connection (*see* above) using an association protocol with the cellular phone, such as the combined controller (*see* above).<br><br>For example, after the EVO Lite aircraft ("digital camera device") and the combined controller form a P2P Group, the EVO Lite aircraft establishes the paired connection using the Wi-Fi Direct association protocol, which comprises exchanging Association Request and Association Response management frames carrying P2P Information Elements and P2P attributes to admit the combined controller into the P2P Group's security domain.<br><br>The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2 Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at [https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf](https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf), Page 106 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ### 3.8.1    Introduction<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78<br><br>### 4.2.5    Association/Reassociation Response frame format<br><br>One or more P2P IEs shall be inserted after other information elements in the Association Response or Reassociation Response frame transmitted by a P2P Device. P2P attributes for a P2P IE that is included in the Association Response or Reassociation Response frames are shown in Table 86.<br><br>**Table 86.    P2P attributes in the Association/Reassociation Response frame**<br><br><table><tr><th>Attributes</th><th>Attribute ID</th><th>Note</th></tr><tr><td>Status</td><td>0</td><td>The Status attribute shall be present in the P2P IE to provide status information when a (Re) association Request frame is denied.</td></tr><tr><td>Extended Listen Timing</td><td>8</td><td>The Extended Listen Timing attribute may be present in the P2P IE in Association Response or Reassociation Response frames transmitted by a P2P Group Owner.</td></tr></table><br><br>NOTE: At least one P2P IE is always included in the Association/Reassociation Response frame. If neither P2P attribute is required according to the conditions in Table 86, then a P2P IE containing no P2P attributes is included.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 139 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | When a P2P Client associates with a P2P Group Owner using WSC for provisioning, it provides its Device Name, Primary Device Type, and optionally Secondary Device Type List information to the P2P Group Owner by including the P2P Device Info attribute (see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the P2P IE in the Association Request frame. This information shall be used by the P2P Group Owner for Group Information Advertisement.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 50<br><br>A P2P Client that connects to a P2P Group Owner indicates support for P2P Client Discovery using the P2P Client Discovery bit in the P2P Capability attribute in the Association Request frame. If the P2P Client supports P2P Client Discovery, the P2P Client shall set the P2P Client Discovery bit to 1, otherwise<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 50<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.b | acquiring new-media, wherein the new-media comprises one or more of video data and image data, and wherein | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), acquires new-media, such as images and/or videos data, using its onboard camera and sensors.<br><br>For example, after the paired wireless connection is established between the EVO Lite aircraft and the combined controller, the EVO Lite aircraft begins capturing images and/or videos ("acquiring new-media") utilizing its onboard camera and sensors. |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Fig 3-9   Gimbal Structure of EVO Lite Aircraft**<br><br>**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**<br><br>See table below<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 37 |

**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**

| No. | Name | Description |
|---|---|---|
| 1 | Dampener Mount | Used to support dampeners and gimbal cameras, etc. |
| 2 | Camera | Used to capture pictures or videos. |
| 3 | UV Lens | Used to filter ultraviolet rays, protect the lens. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Supersensitive 50MP Camera<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor. The camera adopts an RYYB color filter array design, which absorbs 40% more light than traditional RGGB arrays, allowing you to capture natural scenery in all its glory.<br><br>**RYYB** Sensor   **50MP** Photo   **4K HDR** Video<br><br>**1/1.28"(0.8")** CMOS   **PDAF+CDAF** Autofocus System<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Image captured by EVO Lite aircraft <br><br> *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>*See, e.g.,* EVO Lite First Use Guide at https://www.youtube.com/watch?v=ktv5Uz-ajDo , at 1:38 |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | (annotated)<br><br><br><br>*See,    e.g.,*    EVO    Lite    Beginner's    Operation    Guide    video    at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:46 (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.b.i | [acquiring new-media…] the new-media is acquired after establishing the short-range paired wireless connection between the digital camera device and the cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above) is configured to acquire, and does acquire new media (*see* above) after the paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller (*see* above) is established (*see* above). |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | For example, after EVO Lite aircraft ("digital camera device") is connected to the combined controller ("cellular phone"), establishing the short-range paired wireless connection between EVO Lite aircraft (*see* above) and the combined controller, the EVO Lite aircraft captures image and/or video data during the active paired session. The short-range paired wireless connection is continuously maintained when the EVO Lite aircraft captures image and/or video file as the live camera feed and recording controls are displayed on and accessible through the combined controller executing the Autel Sky app only after the short-range paired wireless connection has been established.<br><br>**3.11  Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br><br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15<br><br>The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2-Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86<br><br>Download the Autel Explorer or Autel Sky app: Depending on your drone model, visit the App Store (for iOS devices) or Google Play Store (for Android devices) and download the Autel Explorer app (available for Autel EVO and EVO II series) or Autel Sky app (for Autel EVO Nano and EVO Lite series).<br><br>Turn on your drone: Press the power button to turn on your Autel drone.<br><br>**Connect your phone to the controller:** Connect your phone to the controller's phone holder, then connect the controller to your phone using the appropriate USB cable that comes with the Autel controller.<br><br>**Power on the controller:** Power on the controller and it should automatically connect to your drone.<br><br>**Open the Autel Explorer or Autel Sky app:** Launch the app on your phone. The app should automatically connect to the drone and display live video from the drone's camera.<br><br>**After completing these steps,** you should be able to control your Autel drone using your phone and view live video from the drone's camera.<br><br>*See, e.g.,* Autel Drone Support Page at https://www.autelpilot.com/blogs/tips-tutorials/connect-autel-drone-to-mobile-phone |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See,     e.g.,*     EVO     Lite     Beginner's     Operation     Guide     video     at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) *See,     e.g.,*     EVO     Lite     Beginner's     Operation     Guide     video     at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.c | creating a new-media file using the acquired new-media; | Each Autel Accused Instrumentality, including the EVO Lite aircraft (*see above*), creates a new-media file using the acquired images and/or videos data. For example, after the EVO Lite aircraft captures video and image data during flight, it creates and stores captured images in digital image file formats such as JPG (8-bit), DNG (10-bit), or JPG+DNG, and stores captured video in digital video file formats such as MP4 or MOV, creating new-media files from the acquired new data. *See, e.g.,* EVO Lite First Use Guide at https://www.youtube.com/watch?v=ktv5Uz-ajDo , at 1:38 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:46 (annotated) <br><br> <br><br> *See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 90 <br><br> <br><br> *See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 91 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.d | storing the created new-media file in a memory of the digital camera device | Each Autel Accused Instrumentality, including the EVO Lite aircraft (*see above*), stores the created new-media file, such as the captured image and/or video data files in its memory device.<br><br>For example, after the EVO Lite aircraft captures and creates the images and/or videos file, it is saved on EVO Lite aircraft's internal flash storage ("memory of the digital camera device") or the microSD card, including image files such as JPG or DNG and video files such as MP4 or MOV.<br><br>**Storage**<br><br>Built-in storage      6GB<br><br>SD storage      max. support 256GB  (UHS-3 rating required)<br><br>*See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>**Fig 3-12   install a microSD Card**<br><br>☀ Tips<br><br>• The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>• It is recommended that you prioritize using an external microSD card for storing the image data collected during flight to avoid running out of internal storage space, which will affect the flight safety of the aircraft.<br>• If you plan to shoot high-definition videos, we recommend using a Class 10, UHS-3, or higher microSD card.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43<br><br>Without Micro SD card, it is also allowed to take photo or record video but the image will be directly stored in the mobile device.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 21 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Captured images and videos file stored in the EVO Lite aircraft's memory device. *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:46 *See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 90 *See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 91 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.d.i | [storing the created new-media file in a memory of the digital camera device,] wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file; | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), maintains the established short-range paired wireless connection between the digital camera device, such as the EVO Lite aircraft, and the cellular phone, such as combined controller (*see above*) after the created new-media file is stored in the memory of the digital camera device.<br><br>For example, after EVO Lite aircraft is connected to the combined controller, establishing the short-range paired wireless connection between EVO Lite aircraft("digital camera device") and the combined controller ("cellular phone"), the EVO Lite aircraft captures image and/or video data during the active paired session. The EVO Lite aircraft stores the created new-media file (such as JPG, DNG, MP4, or MOV) in its memory, while the established short-range paired wireless connection between the digital camera device and the cellular phone remains continuously paired, with the live camera feed and recording controls displayed on and accessible through the combined controller executing the Autel Sky app.<br><br><br><br>Autel Evo Lite aircraft being paired to the combined controller<br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See,    e.g.,*    EVO    Lite    Beginner's    Operation    Guide    video    at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite First Use Guide at https://www.youtube.com/watch?v=ktv5Uz-ajDo , at 1:38<br><br>The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>Fig 3-12   install a microSD Card<br><br>☀ Tips<br><br>● The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>● It is recommended that you prioritize using an external microSD card for storing the image data collected during flight to avoid running out of internal storage space, which will affect the flight safety of the aircraft.<br>● If you plan to shoot high-definition videos, we recommend using a Class 10, UHS-3, or higher microSD card.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Click the Album to view videos and photos. *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:46<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.e | receiving a data transfer request initiated by a mobile software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), receives a data transfer request after the new-media file, such as the image and/or video file is generated, initiated by a mobile software application on the cryptographically authenticated cellular phone, such as the Autel Sky app running on the combined controller, over the established short-range paired wireless connection.<br><br>For example, the EVO Lite aircraft ("digital camera device") captures and processes the image and/or video data to generate a corresponding media file, and stores it within its memory. The Autel Sky app ("mobile software application") executing on the combined controller ("cryptographically authenticated cellular phone"), upon information and belief, sends a data |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | camera device before receiving the data transfer request; and | transfer request to the EVO Lite aircraft for transferring the newly acquired images and/or video files ("new-media file") over the established paired Wi-Fi Direct connection ("short-range paired wireless connection"). <br><br> **Autel Sky** <br> Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact. <br><br> *See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ <br><br> **Autel Explorer** <br> Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series). <br><br> **Autel Explorer V2** <br> With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission. |

**U.S. Patent No. 10,425,806**

Exhibit  E

*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/



*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Autel Enterprise Application Overview<br><br>APR 10, 2023<br><br>The Autel Enterprise App is a dedicated app for the latest generation of commercial drones, supporting EVO MAX series/EVO Lite Enterprise series, Autel Alpha drone mission flights, photography recording, flight log recording, etc. With the new Autel Enterprise App, you can easily control your advanced commercial drones, such as the Autel EVO MAX 4T.<br><br><br><br>*See, e.g.,* Autel Enterprise app Overview at https://www.autelpilot.com/blogs/news/autel-enterprise-application-overview |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Autel Voyager App Introduction<br><br>APR 10, 2023<br><br>The Autel Voyager app is a special app for Autel Dragonfish, which can support the mission flight, remote control operation, flight log recording, etc. of the Dragonfish drone, ensuring safety, versatility and data accuracy.<br><br>*See, e.g.,* Autel Voyager app Overview at https://www.autelpilot.com/blogs/news/autel-voyager-app-introduction<br><br><br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **1.3 Download Autel Sky App**<br><br>Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways:<br><br>**Method one:**<br><br>Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**.<br><br>**Method Two:**<br><br>Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html<br><br>*See,  e.g.,*  EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7<br><br>**4.1.1 Device activation**<br><br>When using the EVO Lite series for the first time, follow these steps to activate:<br><br>1. Unfold the aircraft arms, remove the gimbal cover, and turn on the aircraft.<br><br>2. Turn on the remote controller, connect the remote controller and smart phone, and run the Autel Sky App.<br><br>3. After the remote controller and the aircraft are paired successfully, the App will automatically jump to the activation page. Click "Next" to go to the product terms of use page.<br><br>*See,  e.g.,*  EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 41 |

**U.S. Patent No. 10,425,806**

Exhibit E

<table>
<tr><td></td><td></td><td>

### 3.11 Autel SkyLink Image Transmission Function

The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.

- The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45

### Chapter 4  Remote Controller

### 4.1 Introduction

The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.

The built-in battery of RC is 3930mAh that can work for about 3.5h.

> **Remarks**
>
> - The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.
> - It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.
> - The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49

</td></tr>
</table>

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See,    e.g.,*    EVO    Lite    Beginner's    Operation    Guide    video    at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky.<br><br>*See,    e.g.,*   EVO-Lite-Series-Aircraft-User-Manual   at   https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f | transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), automatically transfers the new-media file, such as the captured image and/or video files, created by the digital camera device, such as the EVO Lite aircraft, to the cryptographically authenticated combined controller over the established short-range paired wireless connection. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Autel Evo Lite aircraft captures images and/or videos after continuously being paired to the combined ... *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | See, e.g., EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f.i | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the mobile software application on the | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, is configured to transfer automatically the captured image and/or video data files ("new-media file"), to the paired combined controller (*see* above) executing the Autel Sky app, over the established paired wireless connection (*see* above). Cellspin contends that all post-pairing communications between the digital camera device (*see* above) and the short-range wireless enabled cellular |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  | cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the new-media file, | phone (*see* above) occur over and via the paired wireless connection (*see* above), established through Wi-Fi Direct.<br><br><br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | See, e.g., EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.2.1 Home page**<br><br><br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |
| 1.I.f.ii | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) executing on the combined controller to download ("store") the captured image and/or video data file which is received by combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (*see* above).<br><br>For example, the combined controller executing the Autel Sky app comprises a memory to store the received images and videos captured by EVO Lite aircraft. Autel Sky app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the combined controller. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  new-data received from the EVO Lite aircraft<br><br>User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 3. After pairing, open the album, select the required materials and then click the download icon ( ↧ ) to realize high-speed download.<br><br>Cancel    2 items selected    Select All<br><br>2021-12-02<br><br>01:15<br><br>Downloading the received new-data into the combined controller's memory<br><br>↧    ✂    🗑<br><br>*See,  e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated) |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>**Capacity**[1]   256GB<br><br>512GB<br><br>*See, e.g.,* about iPhone 17 at https://www.apple.com/iphone-17/specs/<br>[Note: The above evidence has been obtained from a third-party source. It shows iPhone 17 as an example phone with memory capacity, on which Autel Sky app can be installed.] |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Memory and storage**  12 GB RAM  128 GB [10]  256 GB [11]  *See, e.g.,* about Pixel 10 at https://store.google.com/product/pixel_10_specs?hl=en-US  [Note: The above evidence has been obtained from a third-party source. It shows Pixel 10, an android device as an example phone with memory capacity, on which Autel Sky app can be installed.]  **Information**  Seller  Autel Robotics Co., Ltd.  Size  189.1 MB  *Autel Sky app utilizes the memory of the combined controller*  Compatibility  **iPhone** Requires iOS 13.0 or later.  **iPad** Requires iPadOS 13.0 or later.  **iPod touch** Requires iOS 13.0 or later.  **Apple Vision** Requires visionOS 1.0 or later.  Languages English and 7 more ⌄  *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated)  To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Defendant. |
| 1.I.f.iii | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), maintains the established short-range paired wireless connection between the digital camera device, such as the EVO Lite aircraft, and the cryptographically authenticated combined controller after the combined controller stores the received new-media file in its memory. <br><br> For example, after downloading the received image and/or video data in the memory of the combined controller, the EVO Lite aircraft and the combined controller remains paired through the SkyLink connection operating over Wi-Fi Direct. The Autel Sky app continues to receive the live camera feed and access to capture new images and/or videos. <br><br> EVO Lite series drones have 6GB of built-in memory and can also be installed with an external SD card. When the drone does not have on-board memory, the captured images and videos are stored in the cloud, and with the "mobile fast transfer" function, the cloud download will be very fast. <br><br> After the shooting is completed, the drone and the remote controller are connected point-to-point using wireless communication. The mobile phone is the connecting device and the remote controller is the transmitting signal source. Just hold your smartphone close to the drone and use the Autel Sky app to download photos and videos at 160Mbps (20MB/s). <br><br> *See, e.g.,* EVO Lite blog at https://www.autelpilot.com/blogs/tips-tutorials/how-do-i-use-the-mobile-fast-transfer-function <br><br> <br><br> Autel Evo Lite aircraft being paired to the combined controller |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated)<br><br><br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:49 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky.<br><br>*See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f.iv | [transferring the new-media file to the cryptographically authenticated | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, to use HTTP to upload the new-data such as the captured |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | short-range wireless enabled cellular phone…] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, | image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above). <br><br> For example, upon receiving the captured image and/or video data, the Autel Sky app causes the combined controller to use Internet protocols, such as HTTP, over a cellular data network to transfer, or upload, the captured image and/or video data, along with information relating to the user's account or the user's Autel Robotics ID, to online publishing platforms. The new-data is uploaded on the online publishing platform along with the user's account information to indicate the source of the content. Such transfer, or upload, by the combined controller, including by operation of the Autel Sky app installed therein, is performed using, *inter alia*, an HTTP action and/or method, such as a POST or PUT method/action. These actions/methods are used by the Autel Sky app installed on the combined controller, over a cellular data network, *inter alia*, for posting, tracking, putting, or otherwise logging the captured image and/or video data to the online publishing platforms. <br><br> Further, in order for the combined controller to install and use and/or access the features of the Autel Sky app, the combined controller must have Internet access via a cellular data network or Wi-Fi. Specifically, the combined controller uses a cellular data service on a cellular network to access the Internet when not connected to a Wi-Fi network. <br><br> For example, the Autel Sky app, is installed, via download over the Internet, onto a smartphone, comprising access to the Internet via cellular mobile data network. Further, during operation, the Autel Sky app requires access to the smartphone's Internet connection. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | After pairing the RC with the aircraft, open the Autel Sky on the mobile device, and you will automatically enter the main interface.<br><br><br><br>**Fig 6-1  Main Interface of the Autel Sky App**<br><br>**Table 6-1   Details of the Main Interface of the Autel Sky App**<br><br>| No. | Name | Description |<br>|---|---|---|<br>| 1 | Profile | Register or log in to your Autel account to access relevant cloud services provided by Autel Robotics. On this feature page, you can also manage devices, connect to the aircraft frequency, set the App display language, and get after-sales service support. |<br><br>*See,  e.g.,*  EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 74 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | EVO Lite series UAVs include EVO Lite and EVO Lite+, the camera of which adopts 1/1.28 inch and 1 inch CMOS image sensors respectively. EVO Lite is provided with 4-axis gimbal that can steadily shoot 4K high-definition videos and pictures at 50m pixels. EVO Lite+ is provided with 3-axis gimbal that can shoot 6K videos and pictures at 20m pixels. With the new Autel Sky App, they can realize a variety of intelligent shooting modes such as one-click short film, panorama and time lapse. With the rich built-in templates in the APP, you can use the templates in your film after selecting materials and then use the mobile phone quick transfer or one-click share functions to quickly download and share your works.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 8<br><br>4. After shooting, click the album to view the short video, and continue to edit it in APP and share it to other social platform.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 53 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Option to share the received captured image and video data to online publishing platforms<br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Online publishing platforms require internet to share the captured image and/or video data<br><br>*See, e.g.,* Autel Sky app interface as seen by a typical user (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/<br>[Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.<br><br>## Connect to mobile networks on a Pixel phone<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>## Change mobile network settings<br><br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** > **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** > **Reset options** > **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android) on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>**HTTP Methods**<br><br>• **GET**<br>• **POST**<br>• **PUT**<br>• **HEAD**<br>• **DELETE**<br>• **PATCH**<br>• **OPTIONS**<br>• **CONNECT**<br>• **TRACE**<br><br>PUT is used to send data to a server to create/update a resource.<br><br>The difference between POST and PUT is that PUT requests are idempotent. That is, calling the same PUT request multiple times will always produce the same result. In contrast, calling a POST request repeatedly have side effects of creating the same resource multiple times.<br><br>*See, e.g.,* Article on HTTP Request Methods found at https://www.w3schools.com/tags/ref_httpmethods.asp<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the combined controller executing the Autel Sky app utilizes the HTTP methods described in the evidence.] |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | • Online upgrade requires ensuring that the RC (with mobile devices) can normally access the Internet.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 83<br><br>Regional Data Storage<br><br>To comply with data security and localization requirements in different jurisdictions, Autel Robotics applies the following storage and security measures:<br><br>**Americas:** Data generated in the Americas is stored on AWS cloud servers located in the United States. Security measures include encrypted transmission and storage and private read/write controls.<br><br>**Europe:** Data generated in Europe is stored on AWS cloud servers located within the European Union. Security measures include encrypted transmission and storage and private read/write controls.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>We have improved the accessibility of flight logs within the Autel Sky App, making it easier for our users to access them and send them to our customer service team, should the need arise.<br><br>From the Profile menu in the Autel Sky App, select Flight Log, then the clipboard icon in the upper right corner. From there you'll be able to view three different types of logs: Flight Logs, RC Logs, and App Logs.<br><br>Select the log menu you want, and you'll be prompted to connect to the drone's Wi-Fi. From there, you can quickly download specific logs straight to your smartphone. At this point, you can upload them to the cloud if our Customer Service or Maintenance team requests them for repairs or service. When uploaded, the files will be stored in a regional server. All customer data in the U.S. is stored on AWS servers in Texas.<br><br>*See, e.g.,* Drone blogs at https://www.autelrobotics.com/news/1024/<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the Autel Sky app uploads the media content, and upon information and belief, a user identifier, to a remote server over HTTP. |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>```java<br>private HttpResponse directUpload(GenericUrl genericUrl) throws IOException {<br>    updateStateAndNotifyListener(UploadState.MEDIA_IN_PROGRESS);<br>    HttpContent httpContent = this.mediaContent;<br>    if (this.metadata != null) {<br>        httpContent = new MultipartContent().setContentParts(Arrays.asList(new HttpContent[]{this.metadata, this.me<br>        genericUrl.put("uploadType", (Object) "multipart");<br>    } else {<br>        genericUrl.put("uploadType", (Object) "media");<br>    }<br>    HttpRequest buildRequest = this.requestFactory.buildRequest(this.initiationRequestMethod, genericUrl, httpConte<br>    buildRequest.getHeaders().putAll(this.initiationHeaders);<br>    HttpResponse executeCurrentRequest = executeCurrentRequest(buildRequest);<br>    try {<br>        if (isMediaLengthKnown()) {<br>            this.totalBytesServerReceived = getMediaContentLength();<br>        }<br>        updateStateAndNotifyListener(UploadState.MEDIA_COMPLETE);<br>        return executeCurrentRequest;<br>    } catch (Throwable th) {<br>        executeCurrentRequest.disconnect();<br>        throw th;<br>    }<br>}<br>```<br><br>*See,     e.g.,*     Autel     Sky     app     decompiled     code     at sources/com/google/api/client/googleapis/media/MediaHttpUploader.java<br><br>```java<br>package org.apache.http.client;<br><br>import org.apache.http.protocol.HttpContext;<br><br>public interface UserTokenHandler {<br>    Object getUserToken(HttpContext httpContext);<br>}<br>```<br><br>*See,     e.g.,*     Autel     Sky     app     decompiled     code     at sources/org/apache/http/client/UserTokenHandler.java |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
private final ReqFlyRecord requestFlightId(FlightRecord flightRecord) {
    LoginSuccessBean loginBean = getLoginBean();
    if (loginBean == null) {
        return null;
    }
    try {
        FormParams formParams = new FormParams();
        HashMap hashMap = new HashMap();
        String autelId = loginBean.getData().getAutelId();
        Intrinsics.checkNotNullExpressionValue(autelId, "bean.data.autelId");
        hashMap.put("autelId", autelId);
        String actCode = loginBean.getData().getActCode();
        Intrinsics.checkNotNullExpressionValue(actCode, "bean.data.actCode");
        hashMap.put("actCode", actCode);
        String code = loginBean.getData().getCode();
        Intrinsics.checkNotNullExpressionValue(code, "bean.data.code");
        hashMap.put("userCode", code);
        String token = loginBean.getData().getToken();
        Intrinsics.checkNotNullExpressionValue(token, "bean.data.token");
        hashMap.put("token", token);
        hashMap.put("model", "2");
```<br><br>*See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f.v | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the user information is stored in the mobile | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises, for example, the Autel Sky app executed on the combined controller that enables the combined controller to store the user's authentication credentials, such as email address and/or phone number in the memory device of the combined controller. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file | For example, Autel Sky app ("mobile software application") on the combined controller ("cryptographically authenticated short-range wireless enabled cellular phone") stores the user's login credentials such as the email address and/or phone number related to the user's Autel Robotics ID within the combined controller's memory to facilitate automatic authentication upon subsequent logins to user's Autel Sky app's account. Further, the stored user's account information is utilized by the online platforms ("user media publishing") to authenticate the user and indicate the source of the uploaded image and/or video file that is being published to the online platform.<br><br>After pairing the RC with the aircraft, open the Autel Sky on the mobile device, and you will automatically enter the main interface.<br><br><br>**Fig 6-1 Main Interface of the Autel Sky App**<br><br>**Table 6-1 Details of the Main Interface of the Autel Sky App**<br><br>| No. | Name | Description |<br>|---|---|---|<br>| 1 | Profile | Register or log in to your Autel account to access relevant cloud services provided by Autel Robotics. On this feature page, you can also manage devices, connect to the aircraft frequency, set the App display language, and get after-sales service support. | |

**U.S. Patent No. 10,425,806**

Exhibit  E

| | | |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 74<br><br>**I. What Information Do We Collect?**<br><br>When you use our Services, personal information may be collected. The types of data collected vary depending on the Services you use. We will not share or disclose your information to third parties without your authorization, except as required by applicable laws. We will only collect and use your personal information for the purposes described in this statement. The personal information that may be collected includes:<br><br>**1. Information You Provide Directly**<br><br>(1) When creating an account or profile, you may be required to provide your phone number, email address, custom username, and password. This information is used for identity verification, account security, and service provision.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Log in to Autel Robotics ID<br><br>ID     Please enter your pho<br><br>Password     Required<br><br>LOGIN<br><br>Forgot password?     Sign Up<br><br>*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | *See, e.g.,* About Autel Sky app at https://www.youtube.com/watch?v=hFOMjrFttUo, at 1:20 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>Online publishing platforms require user's account information to publish the captured image and/or video file<br><br>*See, e.g.,* Autel Sky app interface as seen by a typical user (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Information**<br><br>Seller<br>Autel Robotics Co., Ltd.<br><br>Size<br>189.1 MB<br><br>*Autel Sky app utilizes the memory of the combined controller*<br><br>Compatibility<br>**iPhone**<br>Requires iOS 13.0 or later.<br><br>**iPad**<br>Requires iPadOS 13.0 or later.<br><br>**iPod touch**<br>Requires iOS 13.0 or later.<br><br>**Apple Vision**<br>Requires visionOS 1.0 or later.<br><br>Languages<br>English and 7 more ∨<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated)<br><br>Regional Data Storage<br><br>To comply with data security and localization requirements in different jurisdictions, Autel Robotics applies the following storage and security measures:<br><br>**Americas:** Data generated in the Americas is stored on AWS cloud servers located in the United States. Security measures include encrypted transmission and storage and private read/write controls.<br><br>**Europe:** Data generated in Europe is stored on AWS cloud servers located within the European Union. Security measures include encrypted transmission and storage and private read/write controls.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | We have improved the accessibility of flight logs within the Autel Sky App, making it easier for our users to access them and send them to our customer service team, should the need arise.<br><br>From the Profile menu in the Autel Sky App, select Flight Log, then the clipboard icon in the upper right corner. From there you'll be able to view three different types of logs: Flight Logs, RC Logs, and App Logs.<br><br>Select the log menu you want, and you'll be prompted to connect to the drone's Wi-Fi. From there, you can quickly download specific logs straight to your smartphone. At this point, you can upload them to the cloud if our Customer Service or Maintenance team requests them for repairs or service. When uploaded, the files will be stored in a regional server. All customer data in the U.S. is stored on AWS servers in Texas.<br><br>*See, e.g.,* Drone blogs at https://www.autelrobotics.com/news/1024/<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f.vi | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface in the cryptographically authenticated short-range wireless enabled cellular phone, wherein the touch based graphical user interface is for the received new-media file, | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Graphical user interface (GUI) provided in the combined controller<br><br>*See, e.g.,* EVO Lite series remote controller Pairing at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:48 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Captured images and videos transferred to the combined controller.<br><br>User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:48 (annotated) |
| 1.I.f.vii | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, and | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, includes a touch-based graphical interface that includes an option to delete the received image and/or video file. |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Touch based graphical user interface to delete new media file<br><br>*See,        e.g.,*        Autel        Sky        app        Tutorial        at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated)<br><br> |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I.f.viii | [transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file. | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, includes a touch-based graphical interface that includes a touch-based GUI to select a user media publishing website for uploading the received new-media file.<br><br>For example, the Autel Sky app provides an option to share images and/or video file to different online platforms. When the share option is selected, the Autel Sky app presents available online platforms on the screen, allowing the user to select an online platform through touch input for uploading the selected media file. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated) |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | List of different online publishing platforms<br><br>*See, e.g.,* Autel Sky app interface as seen by a typical user (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 2(p) | The machine implemented method of claim 1, further comprising, performing in the digital camera device: | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, practices/performs the method of claim 1.<br><br>*See* Claim 1 above. |
| 2.I | creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the digital camera device; and | Each Autel Accused Instrumentality comprises the digital camera device such as EVO Lite aircraft (*see* Claim 1 above), that creates and stores the data associated with the captured data in an associated file in its memory.<br><br>For example, EVO Lite aircraft captures image and/or video data during flight and creates a corresponding new-media file in formats such as JPG, DNG, MP4, or MOV. The EVO Lite aircraft further generates an associated file comprising metadata associated with the new-media file, including but not limited to timestamp information and data size, and stores the associated file on a storage medium formatted using the exFAT file system in its memory. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br> |

**U.S. Patent No. 10,425,806**

Exhibit  E

| | | |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated)<br><br><br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated)<br><br>**Supported file system** — Fat32、exFat<br><br>**Video format** — MP4/MOV<br><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | In the exFAT file system, a typical file consists of these entries (in this order, with no other entries between):<br><br>• one file entry,<br>• one stream extension entry,<br>• one or more file name entries (as needed to store the file name),<br>• zero, one or more vendor-specific entries (which can be ignored if not supported).<br><br>The first two entries describe all file metadata (its attributes, timestamps, data size, first cluster, etc.), while the file name entries contain strings to form the file name (each file name entry stores no more than 15 Unicode characters and the file name is no longer than 255 characters). Together, these entries are called a directory entry set (and it must contain at least three entries).<br><br>*See, e.g.,* About exFat file system at https://dfir.ru/2022/02/11/exfat-orphan-file-name-entries/ [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the new-data files stored in an exFAT file system by the accused product(s) include associated data such as file attributes, timestamps, and data size.]<br><br>**Storage**<br><br>Built-in storage      6GB<br><br>SD storage      max. support 256GB（UHS-3 rating required） |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg<br><br>The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>**Fig 3-12   install a microSD Card**<br><br>☀ Tips<br><br>● The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>● It is recommended that you prioritize using an external microSD card for storing the image data collected during flight to avoid running out of internal storage space, which will affect the flight safety of the aircraft.<br>● If you plan to shoot high-definition videos, we recommend using a Class 10, UHS-3, or higher microSD card.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app, upon information and belief, show that the Autel Sky app receives data from the drone. |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | ```java
public final Msg receiveMsg() {
    long currentTimeMillis = System.currentTimeMillis();
    int readPacket = readPacket();
    if (readPacket <= 0) {
        return null;
    }
    ISubTranslate subTranslate = getSubTranslate(this.mReceiveHead.msgType());
    if (subTranslate != null) {
        Msg receivePacket = subTranslate.receivePacket(this.mReceiveBuffer, 16, readPacket - 16, this.mReceiveHead);
        MsgTracker msgTracker = this.mTracker;
        if (msgTracker != null) {
            String str = TAG;
            Intrinsics.checkNotNullExpressionValue(str, "TAG");
            MsgTracker.trackReceiveTime$default(msgTracker, str, currentTimeMillis, false, 4, (Object) null);
        }
        if (receivePacket == null) {
            return null;
        }
        String str2 = TAG;
        Intrinsics.checkNotNullExpressionValue(str2, "TAG");
        AutelLog.d(str2, "receiveMsg msg:" + receivePacket);
        return receivePacket;
    }
    return buildMsg(this.mReceiveHead.msgType(), this.mReceiveHead.msgDst(), this.mReceiveBuffer, 16, readPacket - 16, currentTimeMillis)
}
```

*See, e.g.,* Autel Sky app decompiled code at com/autel/drone/sdk/protocol/translate/udp/AutelTranslate.java

```java
public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {
    if (mediaDescriptionCompat == null) {
        throw new IllegalArgumentException("description cannot be null");
    } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {
        this.mFlags = i;
        this.mDescription = mediaDescriptionCompat;
    } else {
        throw new IllegalArgumentException("description must have a non-empty media id");
    }
}
```

*See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java

**Decompiled code for the Autel Sky app:** |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | For example, the following screenshots from the decompiled code of the Autel Sky app shows that it stores information about the media, such as its ID and description<br><br>```java<br>public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {<br>    if (mediaDescriptionCompat == null) {<br>        throw new IllegalArgumentException("description cannot be null");<br>    } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {<br>        this.mFlags = i;<br>        this.mDescription = mediaDescriptionCompat;<br>    } else {<br>        throw new IllegalArgumentException("description must have a non-empty media id");<br>    }<br>}<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public static class MediaItem implements Parcelable {
    public static final Parcelable.Creator<MediaItem> CREATOR = new Parcelable.Creator<MediaItem>() {
        public MediaItem createFromParcel(Parcel parcel) {
            return new MediaItem(parcel);
        }

        public MediaItem[] newArray(int i) {
            return new MediaItem[i];
        }
    };
    public static final int FLAG_BROWSABLE = 1;
    public static final int FLAG_PLAYABLE = 2;
    private final MediaDescriptionCompat mDescription;
    private final int mFlags;

    @Retention(RetentionPolicy.SOURCE)
    public @interface Flags {
    }

    public int describeContents() {
        return 0;
    }

    public static MediaItem fromMediaItem(Object obj) {
        if (obj == null) {
            return null;
        }
        MediaBrowser.MediaItem mediaItem = (MediaBrowser.MediaItem) obj;
        return new MediaItem(MediaDescriptionCompat.fromMediaDescription(mediaItem.getDescription()), mediaItem.getFlags());
    }
}
```

*See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 2.II | transferring the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), sends the captured image and/or video files and the associated data file to the combined controller executing the Autel Sky app.

For example, EVO Lite aircraft transfers the captured image and/or video files and the associated |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the associated file and store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone. | data file including its metadata to the combined controller ("cryptographically authenticated short-range wireless enabled cellular phone") executing the Autel Sky app over the established short-range paired wireless connection between the two. The Autel Sky app ("mobile software application") is configured to receive the new-media file along with its associated metadata file. Further, upon downloading the captured image and/or video file, the Autel Sky app automatically stores the received associated metadata file of the captured data in the memory of the combined controller. Cellspin contends that all post-pairing communications between the digital camera device (*see* above) and the short-range wireless enabled cellular phone (*see* above) occur over and via the paired wireless connection (*see* above), established through Wi-Fi Direct.<br><br><br>Autel Evo Lite aircraft being paired to the combined controller<br><br>*See,    e.g.,*    EVO    Lite    Beginner's    Operation    Guide    video    at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Sky**<br><br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/<br><br>**4.2.1 Home page**<br><br><br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | New-media data and its associated data received by the Autel Sky app<br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:47 (annotated)<br><br><br><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | In the exFAT file system, a typical file consists of these entries (in this order, with no other entries between):<br><br>• one file entry,<br>• one stream extension entry,<br>• one or more file name entries (as needed to store the file name),<br>• zero, one or more vendor-specific entries (which can be ignored if not supported).<br><br>The first two entries describe all file metadata (its attributes, timestamps, data size, first cluster, etc.), while the file name entries contain strings to form the file name (each file name entry stores no more than 15 Unicode characters and the file name is no longer than 255 characters). Together, these entries are called a directory entry set (and it must contain at least three entries).<br><br>*See, e.g.,* About exFat file system at https://dfir.ru/2022/02/11/exfat-orphan-file-name-entries/ [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the new-data files stored in an exFAT file system by the accused product(s) include associated data such as file attributes, timestamps, and data size.] |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | 3. After pairing, open the album, select the required materials and then click the download icon ( ⤓ ) to realize high-speed download.<br><br>Cancel     2 items selected     Select All<br><br>2021-12-02<br><br>01:15<br><br><span style="color:red">Downloading the received new-data into the combined controller's memory</span><br><br>⤓ — <span style="color:red">Download option</span>    ✂    🗑<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app, upon information and belief, show that the Autel Sky app receives data from the drone. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | ```
public final Msg receiveMsg() {
    long currentTimeMillis = System.currentTimeMillis();
    int readPacket = readPacket();
    if (readPacket <= 0) {
        return null;
    }
    ISubTranslate subTranslate = getSubTranslate(this.mReceiveHead.msgType());
    if (subTranslate != null) {
        Msg receivePacket = subTranslate.receivePacket(this.mReceiveBuffer, 16, readPacket - 16, this.mReceiveHead);
        MsgTracker msgTracker = this.mTracker;
        if (msgTracker != null) {
            String str = TAG;
            Intrinsics.checkNotNullExpressionValue(str, "TAG");
            MsgTracker.trackReceiveTime$default(msgTracker, str, currentTimeMillis, false, 4, (Object) null);
        }
        if (receivePacket == null) {
            return null;
        }
        String str2 = TAG;
        Intrinsics.checkNotNullExpressionValue(str2, "TAG");
        AutelLog.d(str2, "receiveMsg msg:" + receivePacket);
        return receivePacket;
    }
    return buildMsg(this.mReceiveHead.msgType(), this.mReceiveHead.msgDst(), this.mReceiveBuffer, 16, readPacket - 16, currentTimeMillis)
}
``` <br><br> *See, e.g.,* Autel Sky app decompiled code at com/autel/drone/sdk/protocol/translate/udp/AutelTranslate.java <br><br> ```
        public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {
            if (mediaDescriptionCompat == null) {
                throw new IllegalArgumentException("description cannot be null");
            } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {
                this.mFlags = i;
                this.mDescription = mediaDescriptionCompat;
            } else {
                throw new IllegalArgumentException("description must have a non-empty media id");
            }
        }
``` <br><br> *See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java <br><br> For example, the following screenshots from the decompiled code of the Autel Sky app shows that it stores information about the media, such as its ID and description |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {
    if (mediaDescriptionCompat == null) {
        throw new IllegalArgumentException("description cannot be null");
    } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {
        this.mFlags = i;
        this.mDescription = mediaDescriptionCompat;
    } else {
        throw new IllegalArgumentException("description must have a non-empty media id");
    }
}
```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java<br><br>```
public static class MediaItem implements Parcelable {
    public static final Parcelable.Creator<MediaItem> CREATOR = new Parcelable.Creator<MediaItem>() {
        public MediaItem createFromParcel(Parcel parcel) {
            return new MediaItem(parcel);
        }

        public MediaItem[] newArray(int i) {
            return new MediaItem[i];
        }
    };
    public static final int FLAG_BROWSABLE = 1;
    public static final int FLAG_PLAYABLE = 2;
    private final MediaDescriptionCompat mDescription;
    private final int mFlags;

    @Retention(RetentionPolicy.SOURCE)
    public @interface Flags {
    }

    public int describeContents() {
        return 0;
    }

    public static MediaItem fromMediaItem(Object obj) {
        if (obj == null) {
            return null;
        }
        MediaBrowser.MediaItem mediaItem = (MediaBrowser.MediaItem) obj;
        return new MediaItem(MediaDescriptionCompat.fromMediaDescription(mediaItem.getDescription()), mediaItem.getFlags());
    }
}
``` |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 3(p) | The machine-implemented method of claim 1, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, practices/performs the method of claim 1.<br><br>*See* Claim 1 above. |
| 3.I | the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Each Autel Accused Instrumentality is configured to establish a paired wireless connection between the digital camera device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller (*see* Claim 1 above).<br><br>For example, EVO Lite aircraft pairs with the combined controller via its built-in Bluetooth and Wi-Fi module. EVO Lite aircraft and the combined controller operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. Therefore, the "short-range paired wireless connection" between the EVO Lite aircraft and the combined controller is at least one of a Bluetooth paired wireless connection, and/or a Wi-Fi paired wireless connection. |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09<br><br>**3.11  Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br>Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button "⏻" and the return-to-home button "⌂" on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | for three seconds to turn it on. *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19 *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2 Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106<br><br>**3.8.1  Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Figure 25. Example of Wi-Fi Direct Pairing Protocols** *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>**Figure 26. Example of P2P pairing bootstrapping method selection**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.  Bootstrapping Methods**<br><br>| Pairing Bootstrapping Methods | Description |<br>|---|---|<br>| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |<br>| Pin-code display | Device is capable of display a pin-code (4 digits or more). |<br>| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |<br>| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |<br>| NFC Tag | Device is capable of supporting the NFC Tag. |<br>| Keypad (pin-code only) | Device is capable of entering a pin. |<br>| Keypad (passphrase) | Device is capable of entering a passphrase |<br>| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |<br>| NFC reader | Device is capable of supporting the NFC reader. |<br>| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |<br><br>*See,  e.g.,*  Wi-Fi  Direct  Specification  v2.  at  https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83<br><br>**3.8.4.3     Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See,  e.g.,*  Wi-Fi  Direct  Specification  v2.  at  https://www.wi-fi.org/system/files/Wi- |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4(p) | A short-range wireless enabled digital camera device, comprising: | Autel Accused Instrumentalities comprise a short-range wireless enabled digital camera device, such as EVO Lite[2] aircraft configured to capture images and video.<br><br>*See* Claim 1.I above. |
| 4.I | a memory; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a memory.<br><br>For example, EVO Lite aircraft includes an integrated flash memory with 6GB capacity for storing the captured images and video files, and further supports an external storage via a microSD card. |

[2] While EVO Lite aircraft has been used as an exemplary product, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel products such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary product is representative for purposes of illustrating similar functionality of all other accused drones.

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Storage**<br><br>Built-in storage       6GB<br><br>SD storage       max. support 256GB（UHS-3 rating required）<br><br>*See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg<br><br>The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>**Fig 3-12   install a microSD Card**<br><br>💡 Tips<br><br>● The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>● It is recommended that you prioritize using an external microSD card for storing the image<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II | a  processor  coupled  to  said memory; | Each Autel Accused Instrumentality including for example, EVO Lite aircraft (*see* above), comprises a primary processor coupled to the memory (*see* above).<br><br>For example, EVO Lite aircraft comprises at least one primary processor such as, upon information and belief, the Autel A810 chip ("a processor"). The Autel A810 chip performs capturing, processing, storing, and transferring the newly acquired data, such as the video/image data. The Autel A810 chip further enables storage of the captured videos/images in the flash memory. To the extent any of these functions are performed by a processor other than the primary processor, these functions are necessarily performed under the direction and control of the primary processor (which, upon information and belief, is the Autel A810 chip in the EVO Lite aircraft). Therefore, in order to store the captured images and/or videos in the memory, it would be apparent to a person having ordinary skill in the art that the Autel A810 chip is electronically coupled to the memory. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 8 (annotated)<br><br>**Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Storage**<br><br>Built-in storage          6GB<br><br>SD storage          max. support 256GB（UHS-3 rating required）<br><br>*See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Supersensitive 50MP Camera<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor. The camera adopts an RYYB color filter array design, which absorbs 40% more light than traditional RGGB arrays, allowing you to capture natural scenery in all its glory.<br><br>**RYYB** Sensor    **50MP** Photo    **4K HDR** Video<br><br>**1/1.28"(0.8")** CMOS    **PDAF+CDAF** Autofocus System<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.III | a short-range wireless communication device configured to control the processor to establish a short-range paired wireless connection between the short-range wireless enabled digital camera device and a short-range wireless | Each Autel Accused Instrumentality comprises a short-range wireless communication device, such as its built-in Bluetooth and Wi-Fi Direct module (collectively "short-range wireless communication device"), that configures the primary processor to configure to establish a paired wireless connection between the short-range wireless enabled digital camera device, such as EVO Lite aircraft, and a short-range wireless enabled cellular phone. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | enabled cellular phone, | For example, EVO Lite aircraft ("short-range wireless enabled digital camera device") includes a short-range wireless communication device, such as the ESP 32 chip that includes integrated Wi-Fi and Bluetooth functionality. The EVO Lite aircraft and its remote controller are equipped with SkyLink transmission technology, which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and is based on Wireless LAN and/or Bluetooth LE standards.<br><br>The EVO Lite aircraft pairs with the remote controller using SkyLink, where in the remote controller is further connected via a USB cable to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The combined controller constitutes a "short-range wireless enabled cellular phone".<br><br>**4.5  Connecting to Mobile Device**<br><br>When the RC is on, extend the mobile device holder and mount the device (pre-installed Autel Sky App) in the holder.<br>Use the RC cable (USB-C to USB-C or USB-C to Lightning) to connect the mobile device interface and the RC interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 54 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | combination of the remote controller and the smartphone constitutes the "short-range wireless enabled cellular phone"<br><br>remote controller is connected via a USB cable to a smartphone<br><br>*See, e.g.,* EVO Lite series Quick Start Guide at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20Quick%20Start%20Guide-US(1).pdf, Page 4 and Page 5 (annotated)<br><br>EVO Lite aircraft and the combined controller operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. The Autel Sky app instructs the user to press and hold the power |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | button on the EVO Lite aircraft and the remote controller, followed by a confirmation action within the application interface. These coordinated actions trigger opportunistic bootstrapping, during which the devices exchange Wi-Fi Direct provisioning information and negotiate group ownership. Following bootstrapping, the devices complete Wi-Fi Direct pairing and association, enabling encrypted communication over the established Wi-Fi Direct connection.<br><br>For example, the combined controller when executing the Autel Sky app incorporates cellular radio hardware and network protocols permitting the combined controller to connect directly to a mobile carrier network for data communications. In order for the combined controller to install and use and/or access the features of the Autel Sky app, the combined controller must gain internet access via a cellular data network and/or Wi-Fi communications network. The combined controller particularly uses a mobile data service on a cellular network to access the Internet when not connected to a Wi-Fi network. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 14 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br>**3.11  Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Chapter 4  Remote Controller<br><br>### 4.1 Introduction<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br>The built-in battery of RC is 3930mAh that can work for about 3.5h.<br><br>**Remarks**<br><br>• The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>• It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>• The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br>All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/ |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>**Connect to mobile networks on a Pixel phone**<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>**Change mobile network settings**<br><br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** > **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** > **Reset options** > **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en<br><br>[Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android devices) on which the Autel Sky app can be installed are cellular devices that include cellular capability.] |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Forced frequency pairing process is as follows:<br><br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button "⏻" and the return-to-home button "⌂" on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59<br><br><br><br>and click "Connect New Aircraft."<br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19<br><br>| P2P Device | Wi-Fi Direct device that is capable of acting as both a P2P Group Owner and a P2P Client. |<br>\| P2P Device Address \| An identifier used to uniquely reference a P2P Device. \|<br>\| P2P Discovery \| A capability that provides a set of functions to allow a device to easily and quickly identify and connect to a device and its services in its vicinity. \|<br>\| P2P Group \| A set of devices consisting of one P2P Group Owner and zero or more Clients. \|<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2 Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106<br><br>**3.8.1  Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

**Figure 25. Example of Wi-Fi Direct Pairing Protocols**

*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  |  Figure 26. Example of P2P pairing bootstrapping method selection<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.  Bootstrapping Methods**<br><br>| Pairing Bootstrapping Methods | Description |<br>|---|---|<br>| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |<br>| Pin-code display | Device is capable of display a pin-code (4 digits or more). |<br>| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |<br>| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |<br>| NFC Tag | Device is capable of supporting the NFC Tag. |<br>| Keypad (pin-code only) | Device is capable of entering a pin. |<br>| Keypad (passphrase) | Device is capable of entering a passphrase |<br>| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |<br>| NFC reader | Device is capable of supporting the NFC reader. |<br>| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83<br><br>**3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi- |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Fi%20Direct%20Specification%20v2.0_0.pdf](Fi%20Direct%20Specification%20v2.0_0.pdf), Page 86 <br><br> **Decompiled code for the Autel Sky app:** <br> For example, the following screenshots from the decompiled code of the Autel Sky app show that the checkConnectStatus() checks the connection status of drone, phone and the remote controller. If the phone is not connected to the remote controller, it connects them, otherwise if the remote controller is not connected to the drone, it connects the drone. <br><br> isPhoneConnectRemoteControl(), checks whether there is a connection between the phone and the remote control, and isRemoteControlConnectDrone(), checks whether there is a connection between the remote control and the drone. <br><br> <pre>public final void checkConnectStatus() {<br>    if (!isPhoneConnectRemoteControl()) {<br>        connectControl();<br>    } else if (!isRemoteControlConnectDrone()) {<br>        connectDrone();<br>    }<br>}</pre> <br> <pre>private final void connectControl() {<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;<br>    if (activityRemoteControlPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding = null;<br>    }<br>    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;<br>    if (activityRemoteControlPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding2 = null;<br>    }<br>}</pre> |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
private final void connectDrone() {
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;
    String str = null;
    if (activityRemoteControlPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding = null;
    }
    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;
    if (activityRemoteControlPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding2 = null;
    }
    activityRemoteControlPairBinding2.llGoToPair.setOnClickListener((View.OnClickListener) null);
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding3 = this.binding;
    if (activityRemoteControlPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding3 = null;
    }
``` *See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/RemoteControlPairActivity.java<br><br>For example, the following screenshots from the decompiled code of the Autel Sky app show that when the user taps the Connect button, the Autel Sky app sends a binding request using bingAircraftToRemote(...) which triggers the pairing process between the drone (EVO Lite aircraft) and the remote controller. |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityButtonPairBinding inflate = ActivityButtonPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityButtonPairBinding activityButtonPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    String stringExtra = getIntent().getStringExtra("droneType");
    if (stringExtra == null) {
        stringExtra = DroneType.Lite.getDeviceName();
    }
    this.droneType = stringExtra;
    ActivityButtonPairBinding activityButtonPairBinding2 = this.binding;
    if (activityButtonPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding2 = null;
    }
```

```
public static final void m848onCreate$lambda0(ButtonPairActivity buttonPairActivity, View view) {
    Intrinsics.checkNotNullParameter(buttonPairActivity, "this$0");
    ActivityButtonPairBinding activityButtonPairBinding = buttonPairActivity.binding;
    if (activityButtonPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding = null;
    }
    activityButtonPairBinding.btnConnect.setEnabled(false);
    buttonPairActivity.getPresenter().bingAircraftToRemote(new AirRemoteBindingInfo(AircraftRole.MASTER, DeviceTypeEnum.COMMON))
}
``` |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityWifiPairBinding inflate = ActivityWifiPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityWifiPairBinding activityWifiPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    ActivityWifiPairBinding activityWifiPairBinding2 = this.binding;
    if (activityWifiPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding2 = null;
    }
    activityWifiPairBinding2.tvConnectFromButton.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda1(this));
    ActivityWifiPairBinding activityWifiPairBinding3 = this.binding;
    if (activityWifiPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding3 = null;
    }
    activityWifiPairBinding3.tvChangeConnect.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda2(this));
    ActivityWifiPairBinding activityWifiPairBinding4 = this.binding;
    if (activityWifiPairBinding4 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
    } else {
        activityWifiPairBinding = activityWifiPairBinding4;
    }
    activityWifiPairBinding.vsInputWifi.setOnInflateListener(new WifiPairActivity$$ExternalSyntheticLambda3(this));
}
```

*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/WifiPairActivity.java

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.III.a | [a short-range wireless communication device…] | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | establishing the short-range paired wireless connection comprises, the short-range wireless enabled digital camera device cryptographically authenticating identity of the short-range wireless enabled cellular phone | comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip which is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone during the process by which the EVO Lite aircraft (see above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above). <br><br> For example, during pairing, the EVO Lite aircraft and the combined controller perform Wi-Fi Direct provisioning and group formation, during which cryptographic authentication is carried out as defined by the Wi-Fi Direct security framework. The connection uses WPA2-Personal with AES-GCMP encryption or WPA3-Personal with AES-CCMP encryption, and the devices derive a Pairwise Master Key (PMK) as part of the authentication process. Using the derived PMK, the EVO Lite aircraft and the combined controller complete the required association and handshake exchanges. Further, according to the Wi-Fi Direct standard, during pairing and verification process, the devices (EVO Lite aircraft and the combined controller) exchange Device Identity Keys (DevIK), and Device Identity Resolution Attributes (DIRA). DevIK are unique cryptographic keys assigned to each device to prove its identity, and DIRA provide additional cryptographic information used to resolve and verify the peer device's identity during the pairing process. Therefore, upon information and belief, the EVO Lite aircraft cryptographically authenticates the identity of the combined controller. <br><br> The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky. <br><br> *See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47 |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <ul><li>The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.</li><li>It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.</li><li>The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.</li></ul>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 <br><br>**3.2.6     Communication in a P2P Group**<br><br>**3.2.6.1     General**<br><br>Communication within a P2P Group established outside DMG shall employ WPA2-Personal security or WPA3-Personal security with AES-CCMP as the encryption cipher. Communication within a P2P Group operating within DMG shall employ WPA2-Personal security with AES-GCMP as the encryption cipher. Immediately after a successful association, the P2P Group Owner and the newly connected P2P Client shall execute the 4-way handshake, as specified in Section 12.7.6 of IEEE 802.11-2020 [1] when operating outside DMG and in Section 12.6.13 of IEEE 802.11-2020 [1] when operating within DMG, in which the P2P Group Owner shall act as the authenticator and the P2P Client shall act as the supplicant. The resulting temporal encryption keys shall be installed and used to encrypt unicast and broadcast/multicast frames exchanged between the P2P Group Owner and the Client as described in IEEE 802.11-2020 [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 52 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3      Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>The PASN Authentication frames shall include the contents as defined in section 12.13.3.2 of [1]. In addition, the PASN Authentication frames shall include a P2P2 IE with corresponding P2P attributes, as specified in section 3.8.4.2 (for the pairing setup using a password).<br><br>The RSNE and the RSNXE included in the first and second PASN Authentication frames shall be aligned with the selected PASN type and DH group (see 12.13.3.2 of [1]) and set to the following values:<br><br>- RSNE: the AKM suite shall be set to PASN AKM in both frames<br>- RSNE: the PMKID count shall be set to 0 in both frames<br>- RSNXE: the "KEK in PASN" bit is set 1 in both frames (see 9.4.2.240 of [18])<br><br>The PCEA included in the first and second PASN Authentication frames shall be the same as those included in the USD frame transmitted by this device.<br><br>The first PASN Authentication frame may also include a Service Hash attribute (SHA) in the P2P IE.<br><br>The second and third PASN Authentication frames shall include a PASN Encrypted Data element (as defined in 9.4.2.314 of [18]) with a P2P2 IE (as a Vendor Specific subelement).  The P2P2 IE in the PASN Encrypted Data element of the second and third PASN Authentication frame shall include a Device Identity Key attribute (DIKA) if the PMK/DevIK Caching Enabled bit is set to 1 and shall always include a Password attribute with a password that is generated by the P2P Device.<br><br>After the successful completion of the pairing setup, a PTKSA is derived with the string "PMKz" padded with 28 0s (as defined in section 12.13.7 of [1]).<br><br>The password generated by the P2P GO shall be used for the connection setup using SAE AKM. If the connection setup is successful and a PMKSA is established, the corresponding PMKID shall be used with DevIK for subsequent Pairing verification procedure.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | After the pairing responder and the pairing initiator generate PMKSA during WPA3-SAE, they can refer to the cached PMK and the corresponding PMKSA by using <local DevIK, peer DevIK> if the PMK/DevIK caching is enabled. Pairing initiator and responder shall cache PMKSA corresponding to the peer's DevIK exchanged in DIKA.<br><br>If a new PMK is generated via Paring with Opportunistic Bootstrapping between 2 Peers that already share a cached PMK, the new PMK shall replace the old one, even if it was generated as part of GO Negotiation for a new Group that is different from the Group that was associated with the older PMK.<br><br>If a P2P Device, either a pairing initiator or pairing responder, does not enable the PMK/DevIK caching, it shall delete the PMK and the corresponding PMKSA once the PTKSA is established during the 4-way handshake.<br><br>Figure 28 shows an example of the pairing setup using opportunistic bootstrapping and a password delivery for WPA3-SAE.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>**Figure 28. Example of Pairing setup using opportunistic bootstrapping with GO Negotiation**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 87 |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.1.33  Device Identity Resolution attribute (DIRA)**<br><br>The Device Identity Resolution attribute (DIRA) is used by a P2P Device to reveal its long-term identity to a peer device which possesses its DevIK. The format of the DIRA is defined in Table 68.<br><br>**Table 68.   DIRA format**<br><br>{table below}<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 133<br><br>**3.8.2   Pairing identity**<br><br>A pairing capable device may reveal its long-term identity to paired peers, by including a DIRA in the Unsynchronized Service Discovery (USD) frame. The format of the DIRA is defined in Section 4.1.33.<br><br>To produce the DIRA, the device shall generate a P2P Device Identity Key (DevIK), associated with a DevIK lifetime. The device shall select a random value as the DevIK.<br><br>A P2P Device shall provision its DevIK to a peer through a secured channel, during the P2P pairing setup procedure with the peer as in section 3.8.4. Once the peer obtains the device's DevIK, it can correctly identify the other peer device by resolving the Tag field included in the received DIRA.<br><br>In the DIRA, the value of the Cipher Version indicates the cryptographic parameters and method used to derive the Tag field. Device Identity Resolution (DIR) cryptographic parameters and methods are defined in Table 8.<br><br>**Table 8.    DIRA Cryptographic Parameters and Methods**<br><br>{table below}<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi- |

**Table 68.   DIRA format**

| Field | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 32 | Identifying the type of P2P attribute. The specific value is defined in Table 21. |
| Length | 2 | Variable | Length of the following fields in the attribute. |
| Cipher Version | 1 | Variable | 0: 128-bit DevIK, 64-bit Nonce, 64-bit Tag, HMAC-SHA-256<br>1-255: reserved |
| Nonce | Variable | Variable | A random bit string |
| Tag | Variable | Variable | A resolvable identity |

**Table 8.    DIRA Cryptographic Parameters and Methods**

| Cipher Version | DevIK (bits) | Nonce Size (bits) | Tag Size (bits) | Tag Calculation Method |
|---|---|---|---|---|
| 0 | 128 | 64 | 64 | Tag = Truncate-64(HMAC-SHA-256(DevIK, "DIR" \|\| P2P Device Address \|\| |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.III.b | [a short-range wireless communication device…] establishing the short-range paired wireless connection further comprises the short-range wireless enabled digital camera device using an association protocol; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip (*see* above), which is configured to cryptographically authenticate identity (*see* above) of the short-range wireless enabled cellular phone during the process by which the drone, such as EVO Lite aircraft (*see* above), establishes the paired wireless connection (*see* above) using an association protocol with the short-range wireless enabled cellular phone, such as the combined controller (*see* above).<br><br>*See* Claim 1.I.a.i.A above. |
| 4.IV | a data capture circuitry; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises onboard imaging hardware such as one or more cameras with CMOS sensors and control circuitry (collectively forming "data capture circuitry"), to capture images and videos of the surrounding environment. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The EVO Lite Series aircraft (hereafter referred to as the aircraft) is a lightweight aircraft, integrated with a Visual Perception System of 6 visual sensors for three directional obstacle avoidance capability. With an excellent power management system, the aircraft can reach a flight time of up to 40 minutes. Also, it utilizes a three-axis stabilized gimbal, allowing you to view observed videos and data in real time through the Autel Sky Application. The EVO Lite Series aircraft adopts a foldable design and can hold its propellers for easy storage and transportation. The EVO Lite Series aircraft is equipped with auxiliary light and ultrasonic sensor at the bottom to improve visual positioning performance in weak light conditions, thus enhancing flight safety during landing. *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 1 <br><br>**Supersensitive 50MP Camera with 1/1.28" CMOS Sensor** <br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly. <br><br>1/1.28" CMOS — Imaging Sensor    1.22µm ( Bin2) — Pixel size    HDR Video — 4K 8-bit HDR <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Camera**<br><br>| | **EVO Lite** | **EVO Lite+** |<br>|---|---|---|<br>| **Sensor** | CMOS: 1/1.28 inch<br>Effective pixels: 50M<br>Pixel size: 1.22μm*1.22μm | CMOS: 1 inch<br>Effective pixels: 20M<br>Pixel size: 2.4μm*2.4μm |<br>| **Lens** | FOV: 85°<br>Equivalent focal length: 23mm<br>Aperture: f/1.9<br>Focus range: 0.5m ~ ∞<br>Focus mode: PDAF+CDAF/MF | FOV: 82°<br>Equivalent focal length: 29mm<br>Aperture: f/2.8 ~ f11<br>Focus range: 0.5m ~ ∞<br>Focus mode: CDAF/MF |<br><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) *See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 2 (annotated) |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

**Fig 3-9   Gimbal Structure of EVO Lite Aircraft**

**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**

| No. | Name | Description |
|---|---|---|
| 1 | Dampener Mount | Used to support dampeners and gimbal cameras, etc. |
| 2 | Camera | Used to capture pictures or videos. |
| 3 | UV Lens | Used to filter ultraviolet rays, protect the lens. |

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 37 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor. The camera adopts an RYYB color filter array design, which absorbs 40% more light than traditional RGGB arrays, allowing you to capture natural scenery in all its glory.<br><br>**RYYB**  Sensor     **50MP**  Photo     **4K HDR**  Video<br><br>**1/1.28"(0.8")**  CMOS     **PDAF+CDAF**  Autofocus System<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.V | said processor configured to acquire new-media in the short- | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises said primary processor (Autel A810 chip) configured to acquire new-data such as |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | range wireless enabled digital camera device using the data capture circuitry, | images and/or video files. The Autel A810 chip acquires the new data, by communicating with the data capture circuitry through the electronic circuitry of the motherboard.<br><br>For example, the Autel A810 chip controls and utilizes the data capture circuitry to cause the capture of images and/or video and to acquire the resulting newly captured data for subsequent processing, storage, and transmission.<br><br>To the extent the primary processor (Autel A810 chip) does not acquire new data directly (for example, using instead an integrated chip within the accused instrumentality), the new data is still acquired under the direction and control of the primary processor.<br><br><br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 2 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

**Fig 3-9   Gimbal Structure of EVO Lite Aircraft**

**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**

| No. | Name | Description |
|---|---|---|
| 1 | Dampener Mount | Used to support dampeners and gimbal cameras, etc. |
| 2 | Camera | Used to capture pictures or videos. |
| 3 | UV Lens | Used to filter ultraviolet rays, protect the lens. |

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 37 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.V.a | [said processor configured to…] wherein the new-media comprises | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), is configured to acquire the new-media wherein the captured image and video data ("new-media") |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | one or more of video data and image data, and | (*see* above) comprises image data and video data.<br><br>For example, EVO Lite aircraft includes an onboard camera which utilizes the processor to acquire new-data, such as capturing images and recording videos, which are stored locally in its memory.<br><br><br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>The EVO Lite Series aircraft (hereafter referred to as the aircraft) is a lightweight aircraft, integrated with a Visual Perception System of 6 visual sensors for three directional obstacle avoidance capability. With an excellent power management system, the aircraft can reach a flight time of up to 40 minutes. Also, it utilizes a three-axis stabilized gimbal, allowing you to view observed videos and data in real time through the Autel Sky Application.<br>The EVO Lite Series aircraft adopts a foldable design and can hold its propellers for easy storage and transportation.<br>The EVO Lite Series aircraft is equipped with auxiliary light and ultrasonic sensor at the bottom to improve visual positioning performance in weak light conditions, thus enhancing flight safety during landing.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 1 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ (annotated) |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |
| 4.V.b | [said processor configured to…] wherein the new-media is acquired after establishing the short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft ("digital camera device") (*see* above), comprises the primary processor (Autel A810 chip), wherein the said primary processor (*see* above) is configured to acquire, and does acquire new data (*see* above) after the paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller ("short-range wireless enabled cellular phone") (*see* above) is established (*see* above).<br><br>*See* Claim 1.I.b.i above. |
| 4.VI | said processor configured to create | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (*see above*), |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | a new-media file using the acquired new-media; | comprises the processor, wherein the said processor (*see above*) is configured to create a new-media file using the acquired images and/or videos data.<br><br>*See* Claim 1.I.c above. |
| 4.VII | said processor configured to store the created new-media file in the memory of the short-range wireless enabled digital camera device, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), comprises the primary processor (Autel A810 chip), wherein said primary processor (*see above*) is configured to store the created new-media file, such as the captured image and/or video data files in its memory device.<br><br>*See* Claim 1.I.d above. |
| 4.VII.a | [said processor configured to…] the established short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone remains paired after storing the created new-media file; | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (*see above*), comprises a primary processor, wherein the said primary processor (*see above*) is configured to store, and does store, the created new-media file (*see above*) in the memory of the short-range wireless enabled digital camera device, such as the EVO Lite aircraft (*see above*), and wherein the paired wireless connection (*see above*) between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone, such as the combined controller (*see above*), remains paired after storing the created new-media file.<br><br>*See* Claim 1.I.d.i above. |
| 4.VIII | said processor configured to receive a data transfer request initiated by a mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new- | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), comprises a primary processor, wherein the said primary processor receives a data transfer request after the new-media file, such as the image and/or video file is generated, initiated by a mobile software application on the cryptographically authenticated cellular phone, such as the Autel Sky app running on the combined controller, over the established short-range paired wireless connection.<br><br>*See* Claim 1.I.e above. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | media file, and wherein the new-media file was created in the short-range wireless enabled digital camera device before receiving the data transfer request; and | |
| 4.IX | said processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), comprises a primary processor (Autel A810 chip), wherein the said primary processor (Autel A810 chip) (see above) is configured to transfer the new-media file created by the short-range wireless enabled digital camera device, such as the EVO Lite aircraft (see above), to the cryptographically authenticated short-range wireless enabled cellular phone, such as the combined controller (see above), over the established paired wireless connection (see above). Cellspin contends that all post-pairing communications between the short-range wireless enabled digital camera device (see above) and the short-range wireless enabled cellular phone (see above) occur over and via the paired wireless connection (see above), established through Wi-Fi Direct.<br><br>*See* Claim 1.I.f above. |
| 4.IX.a | [said processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone…] the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application that when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular phone is configured to control the processor of the cryptographically authenticated | Each Autel Accused Instrumentality comprises a mobile software application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), comprising executable instructions that, when executed by a processor in the combined controller, causes the processor inside the combined controller to detect, receive, store, and use HTTP to transfer, the captured image and/or video data. (*see* above).<br><br>Autel Sky<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | short-range wireless enabled cellular phone to receive the new-media file | *See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/<br><br>**Autel Explorer**<br>Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series).<br><br>**Autel Explorer V2**<br>With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |
*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | ## Autel Enterprise Application Overview<br><br>APR 10, 2023<br><br>The Autel Enterprise App is a dedicated app for the latest generation of commercial drones, supporting EVO MAX series/EVO Lite Enterprise series, Autel Alpha drone mission flights, photography recording, flight log recording, etc. With the new Autel Enterprise App, you can easily control your advanced commercial drones, such as the Autel EVO MAX 4T.<br><br>*See, e.g.,* Autel Enterprise app Overview at https://www.autelpilot.com/blogs/news/autel-enterprise-application-overview |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Voyager App Introduction**<br><br>APR 10, 2023<br><br>The Autel Voyager app is a special app for Autel Dragonfish, which can support the mission flight, remote control operation, flight log recording, etc. of the Dragonfish drone, ensuring safety, versatility and data accuracy.<br><br>*See, e.g.,* Autel Voyager app Overview at https://www.autelpilot.com/blogs/news/autel-voyager-app-introduction<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | A19 chip<br><br>6-core CPU with 2 performance and 4 efficiency cores<br><br>5-core GPU with Neural Accelerators<br><br>16-core Neural Engine<br><br>Hardware-accelerated ray tracing<br><br>*See, e.g.,* about iPhone 17 at https://www.apple.com/iphone-17/specs/<br>[Note: The above evidence has been obtained from a third-party source. It shows iPhone 17 as an example phone on which Autel Sky app can be installed, with a processor chip.]<br><br>Google Tensor G5<br><br>Titan M2 security coprocessor<br><br>*See, e.g.,* about Pixel 10 at https://store.google.com/product/pixel_10_specs?hl=en-US<br>[Note: The above evidence has been obtained from a third-party source. It shows Pixel 10, an android device as an example phone on which Autel Sky app can be installed, with a processor.] |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10<br><br>**1.3 Download Autel Sky App**<br><br>Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways:<br><br>**Method one:**<br><br>Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**.<br><br>**Method Two:**<br><br>Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7 <br><br>**4.1.1 Device activation**<br><br>When using the EVO Lite series for the first time, follow these steps to activate:<br><br>1. Unfold the aircraft arms, remove the gimbal cover, and turn on the aircraft.<br><br>2. Turn on the remote controller, connect the remote controller and smart phone, and run the Autel Sky App.<br><br>3. After the remote controller and the aircraft are paired successfully, the App will automatically jump to the activation page. Click "Next" to go to the product terms of use page.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 41<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.IX.a.i | [said processor configured to… a mobile software application that when executed by a processor…] to receive the new-media file, | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, is configured to transfer automatically the captured image and/or video data files ("new-media file"), to the paired combined controller (*see* above) executing the Autel Sky app, over the established paired wireless connection (*see* above). Cellspin contends that all post-pairing communications between the digital camera (*see* above) and the short-range wireless enabled cellular phone (*see* above) occur over and via the paired wireless connection (*see* above), established through Wi-Fi Direct. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See* Claim 1.I.f.i above. |
| 4.IX.a.ii | [said processor configured to… a mobile software application that when executed by a processor…] store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) executing on the combined controller to download ("store") the captured image and/or video data file which is received by combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (*see* above).<br><br>*See* Claim 1.I.f.ii above. |
| 4.IX.a.iii | [said processor configured to… a mobile software application that when executed by a processor…] use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.I.f.iv above. |
| 4.IX.a.iv | [said processor configured to… a mobile software application that when executed by a processor…] wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises, for example, the Autel Sky app executed on the combined controller that enables the combined controller to store the user's authentication credentials, such as email address and/or phone number in the memory device of the combined controller.<br><br>*See* Claim 1.I.f.v above. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | publish the new-media file, | |
| 4.IX.a.v | [said processor configured to… a mobile software application that when executed by a processor…] and wherein the mobile software application that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface, wherein the touch based graphical user interface is for the received new-media file, | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app.<br><br>*See* Claim 1.I.f.vi above. |
| 4.IX.a.vi | [said processor configured to… a mobile software application that when executed by a processor…] and wherein the touch based graphical user interface is configured to receive input to select the user media publishing website for uploading the received new-media file. | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, includes a touch-based graphical interface that includes an option to delete the received image and/or video file.<br><br>*See* Claim 1.I.f.vii above. |
| 5(p) | The short-range wireless enabled digital camera device of claim 4, | The Autel Accused Instrumentalities comprise the short-range wireless enabled digital camera device of claim 4.<br><br>*See* Claim 4 above. |
| 5(p).a | wherein the processor of the short-range wireless enabled digital camera device is further configured to: | Each Autel Accused Instrumentality comprises at least a primary processor (Autel A810 chip) (*see* above), which is configured to perform different functionalities.<br><br>*See* Claim 4.II above. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 5.I | create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the short-range wireless enabled digital camera device; and | Each Autel Accused Instrumentality comprises the digital camera device such as EVO Lite aircraft, comprising a primary processor that is configured to create and store the data associated with the captured data in an associated file in its memory. *See* Claim 2.I above. |
| 5.II | transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file. | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a primary processor that is configured to send the captured image and/or video files and the associated data file to the combined controller executing the Autel Sky app. *See* Claim 2.II above. |
| 6.(p) | The short-range wireless enabled digital camera device of claim 4, | Autel Accused Instrumentalities comprise the short-range wireless enabled digital camera device of claim 4. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wherein | *See* Claim 4 above. |
| 6.I | the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Each Autel Accused Instrumentality comprises built-in Bluetooth and Wi-Fi Direct module chip (*see* above), configured to establish a paired wireless connection between the short-range wireless enabled digital camera device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller.<br><br>*See* Claim 3.I above. |
| 7(p) | A system for transferring media, the system comprising: | Autel Accused Instrumentalities comprise drones, such as EVO Lite[3] aircraft, and Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later). EVO Lite aircraft pairs with a remote controller that is connected to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The drone and the combined controller executing the Autel Sky app constitutes a system for transferring media, including as detailed in Claim Elements 7.I through 7.II.e below. |

---

[3] While EVO Lite aircraft has been used as an exemplary product, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel products such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary product is representative for purposes of illustrating similar functionality of all other accused drones.

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>**Autel Robotics Privacy Policy**<br><br>Effective Date: September 4, 2025<br><br>Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/ |
| 7.I | a digital camera device, comprising: | Autel Accused Instrumentalities comprise a digital camera device, such as EVO Lite series aircraft, a camera drone configured to capture images and video.<br><br>*See* Claim 4(p) above. |
| 7.I.a | a memory; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), comprises a memory.<br><br>*See* Claim 4.I above. |
| 7.I.b | a processor coupled to the memory; | Each Autel Accused Instrumentality including for example, EVO Lite aircraft (*see above*), comprises a primary processor coupled to the memory device (*see above*).<br><br>*See* Claim 4.II above. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 7.I.c | a short-range wireless communication device configured to establish a short-range paired wireless connection with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, | Each Autel Accused Instrumentality comprises a short-range wireless communication device, such as its built-in Bluetooth and Wi-Fi Direct module (collectively "short-range wireless communication device"), that configures the primary processor to configure to establish a paired wireless connection between the digital camera device, such as EVO Lite aircraft, and a cellular phone.<br><br>*See* Claim 4.III above. |
| 7.I.c.i | [a short-range wireless communication device…] wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip which is configured to cryptographically authenticate identity of the cellular phone during the process by which the EVO Lite aircraft (see above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>*See* Claim 4.III.a above. |
| 7.I.c.ii | [a short-range wireless communication device…] establishing the short-range paired wireless connection further comprises the short-range wireless enabled digital camera device using an association protocol; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), comprises Bluetooth and Wi-Fi Direct module (*see above*), which is configured to cryptographically authenticate identity (*see above*) of the short-range wireless enabled cellular phone during the process by which the drone, such as EVO Lite aircraft (*see above*), establishes the paired wireless connection (*see above*) using an association protocol with the short-range wireless enabled cellular phone, such as the combined controller (*see above*).<br><br>*See* Claim 4.III.b above. |
| 7.I.d | a data capture circuitry; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises onboard imaging hardware such as one or more cameras with CMOS sensors and control circuitry (collectively forming "data capture circuitry"), to capture images and/or videos of the surrounding environment. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See* Claim 4.IV above. |
| 7.I.e | said processor configured to acquire new-media in the digital camera device using the data capture circuitry, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises said primary processor (Autel A810 chip) configured to acquire new-data such as images and/or video files. The Autel A810 chip acquires the new data, by communicating with the data capture circuitry through the electronic circuitry of the motherboard.<br><br>*See* Claim 4.V above. |
| 7.I.e.i | [said processor configured to…] the new-media comprises one or more of video data and image data, and wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), is configured to acquire the new-media wherein the captured image and video data ("new-media") (*see* above) comprises image data and video data.<br><br>*See* Claim 4.V.a above. |
| 7.I.e.ii | [said processor configured to…] the new-media is acquired after establishing the short-range paired wireless connection with the cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises the primary processor (Autel A810 chip), wherein the said primary processor (*see* above) is configured to acquire, and does acquire new data (*see* above) after the paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller (*see* above) is established (*see* above).<br><br>*See* Claim 1.I.b.i above. |
| 7.I.f | said processor configured to create a new-media file using the acquired new-media; | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (*see above*), comprises the processor, wherein the said processor (*see above*) is configured to create a new-media file using the acquired images and/or videos data.<br><br>*See* Claim 1.I.c above. |
| 7.I.g | said processor configured to store | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see above*), |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | the created new-media file in the memory of the digital camera device, wherein | comprises the primary processor (Autel A810 chip), wherein said primary processor (*see above*) is configured to store the created new-media file, such as the captured image and/or video data files in its memory device.<br><br>*See* Claim 1.I.d above. |
| 7.I.g.i | [said processor configured to…] the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file; | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (*see above*), comprises a primary processor, wherein the said primary processor (*see above*) is configured to store, and does store, the created new-media file (*see above*) in the memory of the digital camera device, such as the EVO Lite aircraft (*see above*), and wherein the paired wireless connection (*see above*) between the camera device and the cellular phone, such as the combined controller (*see above*), remains paired after storing the created new-media file.<br><br>*See* Claim 1.I.d.i above. |
| 7.I.h | said processor configured to receive a data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), comprises a primary processor, wherein the said primary processor receives a data transfer request after the new-media file, such as the image and/or video file is generated, initiated by a mobile software application on the cryptographically authenticated cellular phone, such as the Autel Sky app running on the combined controller, over the established short-range paired wireless connection.<br><br>*See* Claim 1.I.e above. |
| 7.I.i | said processor configured to transfer the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), comprises a primary processor (Autel A810 chip), wherein the said primary processor (Autel A810 chip) (see above) is configured to transfer the new-media file created by the digital camera device, such as the EVO Lite aircraft (see above), to the cryptographically authenticated cellular phone, such as the combined controller (see above), over the established paired wireless |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | connection; | connection (see above). Cellspin contends that all post-pairing communications between the digital camera device (see above) and the cellular phone (see above) occur over and via the paired wireless connection (see above), established through Wi-Fi Direct.<br><br>*See* Claim 1.I.f above. |
| 7.II | said software application for the cryptographically authenticated cellular phone, wherein the software application is embodied as executable program instructions that when executed by a processor of the cryptographically authenticated cellular phone, is configured to control the processor of the cryptographically authenticated cellular phone to | Each Autel Accused Instrumentality comprises a software application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), comprising executable instructions that, when executed by a processor in the combined controller, causes the processor in the combined controller to detect, receive, store, and use HTTP to transfer, the captured image and/or video data. (*see* above).<br><br>*See* Claim 4.IX.a above. |
| 7.II.a | send the data transfer request to the digital camera device, over the established short-range paired wireless connection, wherein the data transfer request corresponds to transfer of the new-media file; | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, executed on the combined controller (*see* above) that is configured to, upon information and belief, send a data transfer request for the new-media file, such as the image and/or video file to the digital camera device over the established paired wireless connection. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky.<br><br>*See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  Autel Evo Lite aircraft being paired to the combined controller<br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated)<br><br>Autel Evo Lite aircraft captures images and/or videos after continuously being paired to the combined controller<br><br>take photos by tapping the white button on the screen |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 7.II.b | receive the new-media file from the digital camera device, over the established short-range paired wireless connection; | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, executed on the combined controller (*see* above) that is configured to automatically receive the new-media file, such as the image and/or video file from the digital camera device over the established paired wireless connection.<br><br>*See* Claim 1.I.f.i above. |
| 7.II.c. | store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, executed on the combined controller (*see* above) that is configured to store the received new-media file, such as the image and/or video file from the digital camera device, in a memory inside the combined controller, over the established paired wireless connection.<br><br>*See* Claim 1.I.f.ii above. |
| 7.II.c.i | [store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein] the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file; | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, executed on the combined controller (*see* above) that is configured to maintain the paired wireless connection with the digital camera device, such as EVO Lite aircraft, after storing the received image and/or video data.<br><br>*See* Claim 1.I.f.iii above. |
| 7.II.d | provide a touch based graphical | Each Autel Accused Instrumentality comprises a software application, for example, the Autel |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | user interface for the received new-media file, wherein | Sky app, executed on the combined controller (*see* above) which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app.<br><br>*See* Claim 1.I.f.vi above. |
| 7.II.d.i | [provide a touch based graphical user interface for the received new-media file, wherein] the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file; and | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, executed on the combined controller (*see* above) which contains a touch based GUI to select a user media publishing website for uploading the received new-media file.<br><br>*See* Claim 1.I.f.viii above. |
| 7.II.e | use HTTP to upload the received new-media file along with user information to the user media publishing website over the cellular data network, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file. | Each Autel Accused Instrumentality comprises a software application, for example, the Autel Sky app, use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.I.f.iv above. |
| 8(p) | The system of claim 7, | The Autel Accused Instrumentalities comprise the system of claim 7.<br><br>*See* Claim 7 above. |
| 8(p).a | wherein the processor of the digital camera device is further configured to: | Each Autel Accused Instrumentality comprises at least a primary processor (Autel A810 chip) (*see* above), which is configured to perform different functionalities.<br><br>*See* Claim 7.I.b above. |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | |
| 8.I | create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the short-range wireless enabled digital camera device; and | Each Autel Accused Instrumentality comprises the digital camera device such as EVO Lite aircraft, comprising a primary processor that is configured to create and store the data associated with the captured data in an associated file in its memory. *See* Claim 2.I above. |
| 8.II | transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file. | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a primary processor that is configured to send the captured image and/or video files and the associated data file to the combined controller executing the Autel Sky app. *See* Claim 2.II above. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 9(p) | The system of claim 7, wherein the software application is one of: | Autel Accused Instrumentalities comprise the system of claim 7.<br><br>*See* Claim 7 above. |
| 9.I | stored on a non-transitory computer-readable medium and is installable in the memory of the cryptographically authenticated cellular phone; and | Each Autel Accused Instrumentality comprises a mobile software application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), which is available for installation on the official Autel site, stored on the Defendant's servers ("non-transitory computer-readable medium"). Autel Sky app is compatible with iPhone and Android phone ("cellular phone"), and utilizes the memory of the combined controller for installation.<br><br>**1.3 Download Autel Sky App**<br><br>Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways:<br><br>**Method one:**<br><br>Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**.<br><br>**Method Two:**<br><br>Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7 |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Sky**<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/<br><br>**Information**<br>Seller<br>Autel Robotics Co., Ltd.<br><br>Size<br>189.1 MB<br><br>Compatibility<br>**iPhone**<br>Requires iOS 13.0 or later.<br>**iPad**<br>Requires iPadOS 13.0 or later.<br>**iPod touch**<br>Requires iOS 13.0 or later.<br>**Apple Vision**<br>Requires visionOS 1.0 or later.<br><br>Languages<br>English and 7 more<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955

*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 9.II | downloadable on to the memory of the cryptographically authenticated cellular phone from a remote server. | Each Autel Accused Instrumentality comprises a mobile software application in (*i.e.,* executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), which is available for installation on App store. Autel Sky app is compatible with iPhone and Android phone ("cellular phone"), and utilizes the memory of the combined controller for installation. |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  |  mobile software application  <br><br> *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) <br><br> <br> Autel Sky <br> Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact. <br><br> *See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Information**<br><br>Seller<br>Autel Robotics Co., Ltd.<br><br>Size<br>189.1 MB<br><br>Compatibility<br>**iPhone**<br>Requires iOS 13.0 or later.<br><br>**iPad**<br>Requires iPadOS 13.0 or later.<br><br>**iPod touch**<br>Requires iOS 13.0 or later.<br><br>**Apple Vision**<br>Requires visionOS 1.0 or later.<br><br>Languages<br>English and 7 more<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>**Autel Sky**<br>**Born to explore**<br>Free<br>Share<br><br>41 RATINGS — 2.9 ★★★☆☆    AGES — 4+ Years    CATEGORY — Photo & Video    DEVELOPER — Autel Robotics Co., Ltd.<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245<br><br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Defendant. |
| 10(p) | The system of claim 7, | Autel Accused Instrumentalities comprise the system of claim 7.<br><br>*See* Claim 7 above. |
| 10.I | wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Each Autel Accused Instrumentality comprises built-in Bluetooth and Wi-Fi Direct module chip (*see* above), configured to establish a paired wireless connection between the short-range wireless enabled digital camera device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller.<br><br>*See* Claim 3.I above. |
| 11(p) | A non-transitory computer-readable medium containing machine executable instructions that, when executed by a processor on a digital camera device with short-range wireless capability, cause the processor on the digital camera device to perform a method comprising: | Autel Accused Instrumentalities comprise a digital camera device, such as EVO Lite[4] aircraft that includes a memory device ("non-transitory computer-readable medium") configured to a processor, which processes instructions that when executed, causes the digital camera device to perform the method as detailed in Claim Elements 11.I through 11.V.i<br><br>For example, EVO Lite aircraft includes an integrated flash memory device ("non-transitory computer-readable medium") with 6GB capacity which contains executable instructions and the captured images and video files. |

[4] While EVO Lite aircraft has been used as an exemplary product, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel products such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary product is representative for purposes of illustrating similar functionality of all other accused drones.

**U.S. Patent No. 10,425,806**

Exhibit  E



digital camera device

*See, e.g.,* EVO Lite Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)



*See, e.g.,* EVO Lite series Technical Specifications at
https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg

- The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 <br><br> *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>**Autel Robotics Privacy Policy**<br><br>Effective Date: September 4, 2025<br><br>Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/ |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/<br><br>For example, EVO Lite aircraft comprises at least one primary processor such as, upon information and belief, the Autel A810 chip ("a processor"). The Autel A810 chip performs capturing, processing, storing, and transferring the newly acquired data, such as the video/image data. The Autel A810 chip further enables execution of the instructions stored in the flash memory.<br><br>To the extent any of these functions are performed by a processor other than the primary processor, these functions are necessarily performed under the direction and control of the primary processor (which, upon information and belief, is the Autel A810 chip in the EVO Lite aircraft). |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | *See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 8 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit  E

Further, Autel Accused Instrumentalities (including, for example EVO Lite aircraft) are equipped with Autel SkyLink transmission technology which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and which, upon information and belief, is based on Wireless LAN (including Wi-Fi Direct) and/or Bluetooth LE standards. Therefore, the digital camera device includes short-range wireless capability.

### 3.11  Autel SkyLink Image Transmission Function

The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.
- The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45

Exhibit  E



**Table 3-15   Global Certified Frequency Bands for EVO Lite Series aircraft (Image Transmission)**

| Operating Frequency | Details | Bandwidth | Certified Countries & Regions |
|---|---|---|---|
| 2.4G | 2400 – 2476MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ China's Mainland |
| 2.4G | 2400 – 2483.5MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea<br>■ Japan |
| 5.1G | 5150 - 5250MHz | ■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz | ■ Taiwan, China<br>■ USA |

*See,   e.g.,*   EVO   Lite   series   User   Manual   at   https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 46

Exhibit  E

**Table 3-16  Global Certified Frequency Bands for EVO Lite Series Aircraft (Wi-Fi)**

| Operating Frequency | Details | Certified Countries & Regions |
|---|---|---|
| 2.4G（2400 – 2476MHz） | 802.11b/g/n | ■ Japan |
| 5.1G（5150 – 5250 MHz） | 802.18ac | ■ Japan |
| 5.1G（5150 – 5250 MHz） | 802.12ac | ■ USA |
| 5.8G（5725 – 5850 MHz） | 802.11ac | ■ China's Mainland |
| 5.8G（5725 – 5850 MHz） | 802.11ac | ■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea |

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47

## 2.4  Functions and services

### 2.4.1  Basic functions and services

For P2P operation outside the DMG and supporting Wi-Fi Protected Setup, this specification assumes that the following STA functions and services are implemented in P2P Devices:

- IEEE 802.11g or newer 2.4 GHz PHY [1]
- IEEE 802.11i (AES-CCMP) [1]
- Wi-Fi Protected Setup [2]
- Wi-Fi Multimedia [3]

*See, e.g.,* Wi-Fi Direct Specifications at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, at Page 20

Exhibit  E

| | | |
|---|---|---|
| | | **Wi-Fi Direct®**<br><br>Wi-Fi Direct® enables devices to create their own Wi-Fi networks without an internet connection. There is no need for an access point (AP), enabling Wi-Fi Direct networks to go wherever devices go. Wi-Fi Direct devices can transfer or display content, play games, and share applications quickly and easily. Wi-Fi Direct enables the following features:<br><br>• Enables devices to connect directly to each other<br><br>• Establishment of either a one-to-one connection, or a group of several devices can connect simultaneously<br><br>• View available devices and request a connection or receive an invitation to connect to another device<br><br>*See, e.g.,* About Wi-Fi Direct at https://www.wi-fi.org/alternative-topologies<br><br>Bluetooth® technology uses the 2.4 GHz ISM spectrum band (2400 to 2483.5 MHz), which enables a good balance between range and throughput. In addition, the 2.4 GHz band is available worldwide, making it a true standard for low-power wireless connectivity.<br><br>*See, e.g.,* About Bluetooth technology at https://www.bluetooth.com/learn-about-bluetooth/key-attributes/range/<br><br>For example, each Autel Accused Instrumentality comprises an onboard camera with a CMOS sensor, to capture images and videos of the surroundings. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>**1/1.28" CMOS** — Imaging Sensor    **1.22µm（Bin2)** — Pixel size    **HDR Video** — 4K 8-bit HDR<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Camera**<br><br><table><tr><td></td><td>**EVO Lite**</td><td>**EVO Lite+**</td></tr><tr><td>**Sensor**</td><td>CMOS: 1/1.28 inch<br>Effective pixels: 50M<br>Pixel size: 1.22µm*1.22µm</td><td>CMOS: 1 inch<br>Effective pixels: 20M<br>Pixel size: 2.4µm*2.4µm</td></tr><tr><td>**Lens**</td><td>FOV: 85°<br>Equivalent focal length: 23mm<br>Aperture: f/1.9<br>Focus range: 0.5m ~ ∞<br>Focus mode: PDAF+CDAF/MF</td><td>FOV: 82°<br>Equivalent focal length: 29mm<br>Aperture: f/2.8 ~ f11<br>Focus range: 0.5m ~ ∞<br>Focus mode: CDAF/MF</td></tr></table><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

     **U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br><br><br>Image captured by EVO Lite aircraft<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 11.I | acquiring new-media, wherein the new-media comprises one or more of video data and image data, | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), acquires new-media, such as images and/or videos data, using its onboard camera and sensors.<br><br>*See* Claim 1.I.b above. |
| 11.I.a | [acquiring new-media…] wherein the new-media is acquired after establishing a short-range paired wireless connection between the digital camera device and a cellular phone, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above) establishes a short-range paired wireless connection with a cellular phone through SkyLink wireless transmission operating over Wi-Fi Direct based communication.<br><br>For example, the EVO Lite aircraft and its remote controller are equipped with SkyLink transmission technology, which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and is based on Wireless LAN and/or Bluetooth LE standards. EVO Lite aircraft ("digital camera device") pairs with a remote controller that is connected via USB cable to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The combined controller constitutes a "cellular phone".<br><br>**4.5  Connecting to Mobile Device**<br><br>When the RC is on, extend the mobile device holder and mount the device (pre-installed Autel Sky App) in the holder.<br>Use the RC cable (USB-C to USB-C or USB-C to Lightning) to connect the mobile device interface and the RC interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 54 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Quick Start Guide at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20Quick%20Start%20Guide-US(1).pdf, Page 4 and Page 5 (annotated)<br><br>EVO Lite aircraft ("digital camera device") and the combined controller ("cellular phone") operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. The Autel Sky app |

In the image annotations: "combination of the remote controller and the smartphone constitutes the "cellular phone"" and "remote controller is connected via a USB cable to a smartphone"

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | instructs the user to press and hold the power button on the EVO Lite aircraft and the remote controller, followed by a confirmation action within the application interface. These coordinated actions trigger opportunistic bootstrapping, during which the devices exchange Wi-Fi Direct provisioning information and negotiate group ownership. Following bootstrapping, the devices complete Wi-Fi Direct pairing and association, enabling encrypted communication over the established Wi-Fi Direct connection.<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated) |

**U.S. Patent No. 10,425,806**

Exhibit E

## 3.11 Autel SkyLink Image Transmission Function

The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.

- The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45

The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49

1. Turn on the aircraft and the RC, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.
2. Connect your RC with the mobile device, enter Autel Sky, click "Connect New Aircraft" in "Profile", and follow the pairing instruction.
3. After successful pairing, the green LED on the rear arm of the aircraft will be on for 5 seconds and then flash slowly. The application will switch to the image transmission interface.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 58

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button "⏻" and the return-to-home button "⌂" on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | _See, e.g.,_ Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19<br><br>**3.8.1   Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Figure 25. Example of Wi-Fi Direct Pairing Protocols** *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Figure 26. Example of P2P pairing bootstrapping method selection<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

**U.S. Patent No. 10,425,806**

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.  Bootstrapping Methods**<br><br>| Pairing Bootstrapping Methods | Description |<br>|---|---|<br>| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |<br>| Pin-code display | Device is capable of display a pin-code (4 digits or more). |<br>| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |<br>| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |<br>| NFC Tag | Device is capable of supporting the NFC Tag. |<br>| Keypad (pin-code only) | Device is capable of entering a pin. |<br>| Keypad (passphrase) | Device is capable of entering a passphrase |<br>| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |<br>| NFC reader | Device is capable of supporting the NFC reader. |<br>| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>The PASN Authentication frames shall include the contents as defined in section 12.13.3.2 of [1]. In addition, the PASN Authentication frames shall include a P2P2 IE with corresponding P2P attributes, as specified in section 3.8.4.2 (for the pairing setup using a password).<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the checkConnectStatus() checks the connection status of drone, phone and the remote controller. If the phone is not connected to the remote controller, it connects them, otherwise if the remote controller is not connected to the drone, it connects the drone.<br><br>isPhoneConnectRemoteControl(), checks whether there is a connection between the phone and the remote control, and isRemoteControlConnectDrone(), checks whether there is a connection between the remote control and the drone.<br><br>```java public final void checkConnectStatus() { if (!isPhoneConnectRemoteControl()) { connectControl(); } else if (!isRemoteControlConnectDrone()) { connectDrone(); } } ``` |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>```java<br>private final void connectControl() {<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;<br>    if (activityRemoteControlPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding = null;<br>    }<br>    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;<br>    if (activityRemoteControlPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding2 = null;<br>    }<br>}<br><br><br><br>private final void connectDrone() {<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;<br>    String str = null;<br>    if (activityRemoteControlPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding = null;<br>    }<br>    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;<br>    if (activityRemoteControlPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding2 = null;<br>    }<br>    activityRemoteControlPairBinding2.llGoToPair.setOnClickListener((View.OnClickListener) null);<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding3 = this.binding;<br>    if (activityRemoteControlPairBinding3 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding3 = null;<br>    }<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/RemoteControlPairActivity.java<br><br>For example, the following screenshots from the decompiled code of the Autel Sky app show that when the user taps the Connect button, the Autel Sky app sends a binding request using bingAircraftToRemote(...) which triggers the pairing process between the drone (EVO Lite |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | aircraft) and the remote controller.<br><br>```java<br>public void onCreate(Bundle bundle) {<br>    super.onCreate(bundle);<br>    ActivityButtonPairBinding inflate = ActivityButtonPairBinding.inflate(getLayoutInflater());<br>    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");<br>    this.binding = inflate;<br>    ActivityButtonPairBinding activityButtonPairBinding = null;<br>    if (inflate == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        inflate = null;<br>    }<br>    setContentView((View) inflate.getRoot());<br>    String stringExtra = getIntent().getStringExtra("droneType");<br>    if (stringExtra == null) {<br>        stringExtra = DroneType.Lite.getDeviceName();<br>    }<br>    this.droneType = stringExtra;<br>    ActivityButtonPairBinding activityButtonPairBinding2 = this.binding;<br>    if (activityButtonPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityButtonPairBinding2 = null;<br>    }<br>```<br><br>```java<br>public static final void m848onCreate$lambda0(ButtonPairActivity buttonPairActivity, View view) {<br>    Intrinsics.checkNotNullParameter(buttonPairActivity, "this$0");<br>    ActivityButtonPairBinding activityButtonPairBinding = buttonPairActivity.binding;<br>    if (activityButtonPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityButtonPairBinding = null;<br>    }<br>    activityButtonPairBinding.btnConnect.setEnabled(false);<br>    buttonPairActivity.getPresenter().bingAircraftToRemote(new AirRemoteBindingInfo(AircraftRole.MASTER, DeviceTypeEnum.COMMON));<br>}<br>``` |

U.S. Patent No. 10,425,806

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>```java<br>public void onCreate(Bundle bundle) {<br>    super.onCreate(bundle);<br>    ActivityWifiPairBinding inflate = ActivityWifiPairBinding.inflate(getLayoutInflater());<br>    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");<br>    this.binding = inflate;<br>    ActivityWifiPairBinding activityWifiPairBinding = null;<br>    if (inflate == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        inflate = null;<br>    }<br>    setContentView((View) inflate.getRoot());<br>    ActivityWifiPairBinding activityWifiPairBinding2 = this.binding;<br>    if (activityWifiPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityWifiPairBinding2 = null;<br>    }<br>    activityWifiPairBinding2.tvConnectFromButton.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda1(this));<br>    ActivityWifiPairBinding activityWifiPairBinding3 = this.binding;<br>    if (activityWifiPairBinding3 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityWifiPairBinding3 = null;<br>    }<br>    activityWifiPairBinding3.tvChangeConnect.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda2(this));<br>    ActivityWifiPairBinding activityWifiPairBinding4 = this.binding;<br>    if (activityWifiPairBinding4 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>    } else {<br>        activityWifiPairBinding = activityWifiPairBinding4;<br>    }<br>    activityWifiPairBinding.vsInputWifi.setOnInflateListener(new WifiPairActivity$$ExternalSyntheticLambda3(this));<br>}<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/WifiPairActivity.java<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 11.I.b | [acquiring                 new-media…] establishing the short-range paired wireless connection comprises, the | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), is configured to cryptographically authenticate identity of the cellular phone during the process by |

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | digital camera device cryptographically authenticating identity of the cellular phone, and wherein | which the aircraft (*see* above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>*See* Claim 1.I.a.i above. |
| 11.I.c | [acquiring new-media…] establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), is configured to cryptographically authenticate identity (*see* above) of the cellular phone during the process by which EVO Lite aircraft establishes the paired wireless connection (*see* above) using an association protocol with the cellular phone, such as the combined controller (*see* above).<br><br>See Claim 1.I.a.i.A above. |
| 11.II | creating a new-media file using the acquired new-media; | Each Autel Accused Instrumentality, including the EVO Lite aircraft (*see above*), creates a new-media file using the acquired images and/or videos data.<br><br>See Claim 1.I.c above. |
| 11.III | storing the created new-media file in a memory of the digital camera device, wherein | Each Autel Accused Instrumentality, including the EVO Lite aircraft (*see above*), stores the created new-media file, such as the captured image and/or video data files in its memory device.<br><br>See Claim 1.I.d above. |
| 11.III.a | [storing the created new-media file in a memory of the digital camera device, wherein] the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file; | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), maintains the established short-range paired wireless connection between the digital camera device, such as the EVO Lite aircraft, and the cellular phone, such as combined controller (*see above*) remains paired after the created new-media file is stored in the memory of the digital camera device.<br><br>See Claim 1.I.d.i above. |
| 11.IV | receiving a data transfer request | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), receives a data |

U.S. Patent No. 10,425,806

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | transfer request after the new-media file, such as the image and/or video file is generated, initiated by a mobile software application on the cellular phone, such as the Autel Sky app running on the combined controller, over the established short-range paired wireless connection.<br><br>See Claim 1.I.e above. |
| 11.V | transferring the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), automatically transfers the new-media file, such as the captured image and/or video files, created by the digital camera device, such as the EVO Lite aircraft, to the cryptographically authenticated combined controller over the established short-range paired wireless connection.<br><br>See Claim 1.I.f above. |
| 11.V.a | [transferring the new-media file…] the mobile software application on the cryptographically authenticated cellular phone is configured to receive the new-media file, wherein | Each Autel Accused Instrumentality, including, for example, the EVO Lite aircraft (see above), comprises the processor (Autel A810 chip), wherein the said processor (Autel A810 chip) (see above) is configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, such as the combined controller (see above), over the established paired wireless connection (see above), wherein the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application, such as the Autel Sky app (see above), that, when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular Device(see above), is configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the new-media file.<br><br>See Claim 1.I.f.i above. |
| 11.V.b | [transferring the new-media file… wherein the mobile software application…] the | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) executing on the combined controller to download ("store") the captured image and/or video data file which is received by combined controller (*see* above), including by operation of the |

Exhibit  E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  | cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein | Autel Sky app (*see* above), over the established paired wireless connection (*see* above).<br><br>See Claim 1.I.f.ii above. |
| 11.V.c | [transferring the new-media file… wherein the mobile software application…] the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, wherein | Each Autel Accused Instrumentality, including the EVO Lite series (*see above*), maintains the established short-range paired wireless connection between the digital camera device, such as the EVO Lite aircraft, and the cryptographically authenticated combined controller after the combined controller stores the received new-media file in its memory.<br><br>*See* Claim 1.I.f.iii above. |
| 11.V.d | [transferring the new-media file… wherein the mobile software application…] the mobile software application on the cryptographically authenticated cellular phone is configured to provide a touch based graphical user interface in the cryptographically authenticated cellular phone, wherein the touch based graphical user interface is for the received new-media file, | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app.<br><br>See Claim 1.I.f.vi above. |
| 11.V.e | [transferring the new-media file… wherein the mobile software application…] the touch based graphical user interface is configured to receive input to delete the created new-media file, | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, includes a touch-based graphical interface that includes an option to delete the received image and/or video file.<br><br>See Claim 1.I.f.vii above |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wherein . | |
| 11.V.f | [transferring the new-media file… wherein the mobile software application…] the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file, wherein | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, includes a touch-based graphical interface that includes a touch-based GUI to select a user media publishing website for uploading the received new-media file.<br><br>See Claim 1.I.f.viii above |
| 11.V.g | [transferring the new-media file… wherein the mobile software application…] the cryptographically authenticated cellular phone is configured to use HTTP to upload the received new-media file and user information to the user media publishing website over a cellular data network, wherein | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.I.f.iv above. |
| 11.V.i | [transferring the new-media file… wherein the mobile software application…] the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file. | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises, for example, the Autel Sky app executed on the combined controller that enables the combined controller to store the user's authentication credentials, such as email address and/or phone number in the memory device of the combined controller.<br><br>*See* Claim 1.I.f.v above. |
| 12(p) | The non-transitory computer-readable medium of claim 11, | The Autel Accused Instrumentalities comprise the non-transitory computer-readable medium of claim 11. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See* Claim 11 above. |
| 12(p).a | further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform: | Each Autel Accused Instrumentality comprises at least a primary processor (Autel A810 chip) (*see* above), which is configured to perform different functionalities.<br><br>*See* Claim 11(p) above. |
| 12.I | creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the digital camera device; and | Each Autel Accused Instrumentality comprises the digital camera device such as EVO Lite aircraft, comprising a primary processor that is configured to create and store the data associated with the captured data in an associated file in its memory.<br><br>*See* Claim 2.I above. |
| 12.II | transferring the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the associated file, and store the received associated file in the memory of the cryptographically authenticated cellular phone. | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a primary processor that is configured to send the captured image and/or video files and the associated data file to the combined controller executing the Autel Sky app.<br><br>*See* Claim 2.II above. |
| 13(p) | The non-transitory computer readable medium of claim 11, | Autel Accused Instrumentalities comprise the non-transitory computer readable medium of claim 11.<br><br>*See* Claim 4 above. |

**U.S. Patent No. 10,425,806**

Exhibit E

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 13.I | wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Each Autel Accused Instrumentality is configured to establish a paired wireless connection between the digital camera device, such as EVO Lite aircraft, and the cellular phone, such as the combined controller.<br><br>*See* Claim 3.I above. |

**U.S. Patent No. 10,425,806**