Exhibit F

*Cellspin Soft, Inc. v. Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH*
U.S. Patent No. 11,234,121
Infringement Chart for **Autel Accused Instrumentalities**
Claims Charted: 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10

This Infringement Chart is provided pursuant to the Local Patent Rules and is based on Cellspin's reasonable investigation and publicly available information presently available to it. The chart addresses methods practiced by or in connection with certain Autel drone products and associated versions of the Autel applications, such as Autel Sky app, Autel Explorer app, and Autel Explorer V2 app, as identified herein (collectively, the "Autel Accused Instrumentalities"). For purposes of illustrating infringement of the charted claims, Cellspin has selected the EVO Lite aircraft as a representative example, which operates in conjunction with the Autel Sky application. Based on presently available information, Cellspin contends that other accused Autel drone products implement claim limitations materially similar to those charted herein in substantially similar ways with respect to the specific limitations identified, including through SkyLink based communications, data capture sensors, and associated mobile application functionality. These contentions are made for pleading and notice purposes only and are subject to confirmation, refinement, and supplementation through discovery. The accused Autel applications have been released in multiple versions, and the infringement allegations herein apply to such versions to the extent they implement the charted claim limitations, based on presently available information and subject to confirmation and refinement through discovery. To the extent this chart references Wi-Fi Direct and/or Bluetooth specifications, teardown materials, or information relating to particular models or application versions, such materials are cited as exemplary of functionality relevant to the asserted claims and are not intended as admissions that all accused products share identical structure, hardware, software, or implementation. Rather, Cellspin alleges material similarity with respect to the charted claim limitations based on publicly available descriptions and observed operation, recognizing that internal implementation details and version-specific differences are uniquely within Autel's possession and control. Cellspin further contends that the accused Autel Accused Instrumentalities are configured to operate in conjunction with versions of one or more of the Autel applications and compatible remote controllers and/or mobile devices to collect, transmit, and process one or more captured data, such as images, videos, and/or technical system data in manners relevant to the asserted claims. The present chart should therefore be understood as providing representative notice of infringement for the accused products identified herein, without prejudice to Cellspin's right to further particularize, amend, or supplement its infringement contentions based on discovery.

**U.S. Patent No. 8,892,752**

Exhibit F

The present chart provides evidence of infringement by Autel, including evidence obtained from Autel's website and manuals, internal circuit board photos, Wi-Fi Direct standard documents, code pertaining to Autel's application and testing evidence.

The decompiled code for the relevant Autel application was obtained by:
1. installing the application on an Android device
2. using APK Extractor (https://play.google.com/store/apps/details?id=braveheart.apps.apkextract) application to extract the Android Package (APK) file for the installed Autel application
3. uploading the APK file for Autel's application to Java/Android decompilation utility available at https://www.decompiler.com, which reconstructs the source code that would have been written and compiled by Autel in order to create the APK file.
4. Downloading and decompressing the zip file outputted by https://www.decompiler.com, containing the source .java files

The entirety of the decompilation output has been produced alongside these infringement contentions.

Further, the Autel Sky app comprises an Android version (6.0 or later) and an iOS version (iOS 13.0 or later). For purposes of the analysis described herein, the Android version of the Autel Sky app was utilized, including for obtaining and analyzing application code. However, based on presently available information, the iOS version of the Autel Sky app operates in a materially similar manner with respect to the charted claim limitations, including with regard to the interaction between the Autel Sky app and EVO Lite. Accordingly, any references herein to the Autel Sky app are to both the Android version and the iOS version, and any references to performance of methods by EVO Lite, including via interaction with the Autel Sky app, in connection with the Android version will necessarily apply to performance of methods in connection with the iOS version as well.

**U.S. Patent No. 8,892,752**

Exhibit F

Plaintiff includes publicly available corporate materials identifying Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH (https://file.finance.qq.com/finance/hs/pdf/2025/03/29/1222984698.pdf), as participating in the development, distribution, and coordinated global activities relating to the accused Autel products and mobile applications. Autel's own Privacy Policy defines "Autel Robotics" as "Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we")", available at https://www.autelrobotics.com/privacy/, confirming that Autel publicly presents its operations as a coordinated enterprise led by Autel Robotics Co., Ltd. The U.S. Apple App Store listings for the accused Autel Sky, and Autel Explorer, and Autel Explorer V2 applications identify Autel Robotics Co., Ltd. as the seller/developer of those applications distributed in the United States (see https://apps.apple.com/us/app/autel-sky/id1571426955, https://apps.apple.com/us/app/autel-explorer/id1395815245, and https://apps.apple.com/us/app/autel-explorer-v2/id1671748757). These listings show that Autel Robotics Co., Ltd. distributes accused software directly to U.S. users through Apple's U.S. App Store. Additional public-facing materials likewise present Autel as a unified global company headquartered in Shenzhen with centralized global offices and contacts, including European operations (see https://www.autelrobotics.com/about-us/ and https://www.autelrobotics.com/privacy/), consistent with Autel Robotics Europe GmbH's role in global distribution activities as publicly represented by Autel.

These charts therefore refer to "Autel" where appropriate to describe coordinated conduct reflected in Defendants' own public representations and product documentation. The charts do not rely on any joint-enterprise or alter-ego theory; rather, they identify direct acts of manufacture, distribution, importation, sale, and inducement supported by publicly available materials, product manuals, app listings, and technical documentation. To the extent additional affiliated entities—including any U.S. distributors, resellers, or service affiliates—participate in U.S. distribution or sales of the Accused Instrumentalities, those facts are uniquely within Defendants' possession and will be confirmed through discovery. Plaintiff reserves the right to supplement these charts or seek leave to amend to add additional parties if discovery reveals further entities participating in the accused activities. The purpose of these charts is to provide notice of infringement based on available evidence and representative products consistent with Federal Rule of Civil Procedure 8 and the Patent Local Rules.

**U.S. Patent No. 8,892,752**

Exhibit F

**Data Types Transmitted from Autel drones to Autel Servers.**

**Overview of Data Flow**

Autel drones collect a broad spectrum of data categorized into three primary areas: Flight Logs & Geolocation Data, Media Data, and Technical & Account Data. All new devices require an Autel Account, meaning this data is stored and managed within the Autel ecosystem.

This data is transmitted via Wi-Fi Direct to the paired smartphone (through the Autel Sky app) connected to the remote controller. The app then uploads the data over the internet using HTTPS/TLS-encrypted connections to Autel servers for storage, analysis, and display in the user's dashboard or app.

**Flight Logs & Geolocation Data**
Data used to provide environmental and real-time information of the aircraft collected during flight.
Flight Data: Current altitude, latitude and longitude, power voltage, log files during operation.

**Media Data**
Photos and videos captured by the user.

**Technical & Account Data**
System-level information required for device maintenance and account security.
System Diagnostics: Sensor data, fault records.

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1(p) | A short-range wireless enabled data capture device, comprising: | Autel Accused Instrumentalities comprise a short-range wireless enabled data capture device, such as EVO Lite[1] aircraft configured to capture images and video.<br><br><br><br>*See, e.g.,* EVO Lite Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

---

[1] While EVO Lite aircraft has been used as an exemplary infringing instrumentality, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel Accused Instrumentalities such as EVO II Series work in conjunction with the Autel Explorer app or Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of all other accused drones.

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Robotics Privacy Policy**<br><br>Effective Date: September 4, 2025<br><br>Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>Further, Autel Accused Instrumentalities (including, for example EVO Lite aircraft) are equipped with Autel SkyLink transmission technology which operates in frequency bands including 2.4 GHz, 5.2 GHz, and 5.8 GHz and which, upon information and belief, is based on Wireless LAN (including Wi-Fi Direct) and/or Bluetooth LE standards.<br><br>**3.11 Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Table 3-15   Global Certified Frequency Bands for EVO Lite Series aircraft (Image Transmission)**<br><br><table><tr><th>Operating Frequency</th><th>Details</th><th>Bandwidth</th><th>Certified Countries & Regions</th></tr><tr><td>2.4G</td><td>2400 – 2476MHz</td><td>■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz</td><td>■ China's Mainland</td></tr><tr><td>2.4G</td><td>2400 – 2483.5MHz</td><td>■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz</td><td>■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea<br>■ Japan</td></tr><tr><td>5.1G</td><td>5150 - 5250MHz</td><td>■ BW=1.4MHz<br>■ BW=10MHz<br>■ BW=20MHz</td><td>■ Taiwan, China<br>■ USA</td></tr></table>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 46 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | **Table 3-16  Global Certified Frequency Bands for EVO Lite Series Aircraft (Wi-Fi)** <br><br> See, e.g., EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47 <br><br> **2.4   Functions and services** <br><br> **2.4.1   Basic functions and services** <br><br> For P2P operation outside the DMG and supporting Wi-Fi Protected Setup, this specification assumes that the following STA functions and services are implemented in P2P Devices: <br><br> • IEEE 802.11g or newer 2.4 GHz PHY [1] <br> • IEEE 802.11i (AES-CCMP) [1] <br> • Wi-Fi Protected Setup [2] <br> • Wi-Fi Multimedia [3] |

Table 3-16 content:

| Operating Frequency | Details | Certified Countries & Regions |
|---|---|---|
| 2.4G （2400 – 2476MHz） | 802.11b/g/n | ■ Japan |
| 5.1G （5150 – 5250 MHz） | 802.18ac | ■ Japan |
| 5.1G （5150 – 5250 MHz） | 802.12ac | ■ USA |
| 5.8G （5725 – 5850 MHz） | 802.11ac | ■ China's Mainland |
| 5.8G （5725 – 5850 MHz） | 802.11ac | ■ Taiwan, China <br> ■ USA <br> ■ Canada <br> ■ EU <br> ■ UK <br> ■ Australia <br> ■ Korea |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Wi-Fi Direct Specifications at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, at Page 20 <br><br> **Wi-Fi Direct®** <br><br> Wi-Fi Direct® enables devices to create their own Wi-Fi networks without an internet connection. There is no need for an access point (AP), enabling Wi-Fi Direct networks to go wherever devices go. Wi-Fi Direct devices can transfer or display content, play games, and share applications quickly and easily. Wi-Fi Direct enables the following features: <br><br> • Enables devices to connect directly to each other <br><br> • Establishment of either a one-to-one connection, or a group of several devices can connect simultaneously <br><br> • View available devices and request a connection or receive an invitation to connect to another device <br><br> *See, e.g.,* About Wi-Fi Direct at https://www.wi-fi.org/alternative-topologies <br><br> Bluetooth® technology uses the 2.4 GHz ISM spectrum band (2400 to 2483.5 MHz), which enables a good balance between range and throughput. In addition, the 2.4 GHz band is available worldwide, making it a true standard for low-power wireless connectivity. <br><br> *See, e.g.,* About Bluetooth technology at https://www.bluetooth.com/learn-about-bluetooth/key-attributes/range/ <br><br> For example, each Autel Accused Instrumentality comprises an onboard camera with a CMOS sensor, to capture images and videos of the surroundings. |

     **U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>1/1.28" CMOS — Imaging Sensor   1.22μm (Bin2) — Pixel size   HDR Video — 4K 8-bit HDR<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Camera**<br><br>| | EVO Lite | EVO Lite+ |<br>|---|---|---|<br>| Sensor | CMOS: 1/1.28 inch<br>Effective pixels: 50M<br>Pixel size: 1.22μm*1.22μm | CMOS: 1 inch<br>Effective pixels: 20M<br>Pixel size: 2.4μm*2.4μm |<br>| Lens | FOV: 85°<br>Equivalent focal length: 23mm<br>Aperture: f/1.9<br>Focus range: 0.5m ~ ∞<br>Focus mode: PDAF+CDAF/MF | FOV: 82°<br>Equivalent focal length: 29mm<br>Aperture: f/2.8 ~ f11<br>Focus range: 0.5m ~ ∞<br>Focus mode: CDAF/MF |<br><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br><br>Image captured by EVO Lite aircraft<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.I | a memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a memory device.<br><br>For example, EVO Lite aircraft includes an integrated flash memory device with 6GB capacity for storing the captured images and video files, and further supports an external storage via a microSD card.<br><br>**Storage**<br><br>Built-in storage      6GB<br><br>SD storage      max. support 256GB (UHS-3 rating required)<br><br>*See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>**Fig 3-12   install a microSD Card**<br><br>☀ Tips<br><br>● The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>● It is recommended that you prioritize using an external microSD card for storing the image data collected during flight to avoid running out of internal storage space, which will affect the flight safety of the aircraft.<br>● If you plan to shoot high-definition videos, we recommend using a Class 10, UHS-3, or higher microSD card.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.II | a processor coupled to the memory device; | Each Autel Accused Instrumentality including for example, EVO Lite aircraft (*see* above), comprises a primary processor coupled to the memory device (*see* above).<br><br>For example, EVO Lite aircraft comprises at least one primary processor such as, upon information |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | and belief, the Autel A810 chip ("a processor"). The Autel A810 chip performs capturing, processing, storing, and transferring the newly acquired data, such as the video/image data. The Autel A810 chip further enables storage of the captured videos/images in the flash memory ("memory device"). To the extent any of these functions are performed by a processor other than the primary processor, these functions are necessarily performed under the direction and control of the primary processor (which, upon information and belief, is the Autel A810 chip in the EVO Lite aircraft). Therefore, in order to store the captured images and/or videos in the memory, it would be apparent to a person having ordinary skill in the art that the Autel A810 chip is electronically coupled to the memory.<br><br><br><br>*See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 8 (annotated) |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Storage**<br><br>Built-in storage — 6GB<br><br>SD storage — max. support 256GB（UHS-3 rating required）<br><br>*See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.III | a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality comprises a short-range wireless communication device, such as its built-in Bluetooth and Wi-Fi Direct module (collectively "short-range wireless communication device"), configured to establish a paired wireless connection between the short-range wireless enabled data capture device, such as EVO Lite aircraft, and a short-range wireless enabled cellular phone.<br><br>For example, EVO Lite aircraft ("short-range wireless enabled data capture device") includes a short-range wireless communication device, such as the ESP 32 chip that includes integrated Wi- |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Fi and Bluetooth functionality. The EVO Lite aircraft and its remote controller are equipped with SkyLink transmission technology, which is in turn based on Wi-Fi Direct and Bluetooth LE standards.<br><br>The EVO Lite aircraft pairs with the remote controller using SkyLink, wherein the remote controller is further connected via a USB cable to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The combination of the remote controller and the smartphone (hereinafter referred to as the 'combined controller') constitutes a "short-range wireless enabled cellular phone".<br><br>## 4.5  Connecting to Mobile Device<br><br>When the RC is on, extend the mobile device holder and mount the device (pre-installed Autel Sky App) in the holder.<br>Use the RC cable (USB-C to USB-C or USB-C to Lightning) to connect the mobile device interface and the RC interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 54 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Quick Start Guide at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20Quick%20Start%20Guide-US(1).pdf, Page 4 and Page 5 (annotated)<br><br>Further, EVO Lite aircraft and the combined controller operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. The Autel Sky app instructs the user to press and hold the power button on the EVO Lite aircraft and the remote controller, followed by a confirmation action within the |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | application interface. These coordinated actions trigger opportunistic bootstrapping, during which the devices exchange Wi-Fi Direct provisioning information and negotiate group ownership. Following bootstrapping, the devices complete Wi-Fi Direct pairing and association, enabling encrypted communication over the established Wi-Fi Direct connection.<br><br>For example, the combined controller when executing the Autel Sky app incorporates cellular radio hardware and network protocols permitting the combined controller to connect directly to a mobile carrier network for data communications. In order for the combined controller to install and use and/or access the features of the Autel Sky app, the combined controller must gain internet access via a cellular data network and/or Wi-Fi communications network. The combined controller particularly uses a mobile data service on a cellular network to access the Internet when not connected to a Wi-Fi network.<br><br><br><br>*See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 14 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br>**3.11 Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Chapter 4  Remote Controller**<br><br>**4.1 Introduction**<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br>The built-in battery of RC is 3930mAh that can work for about 3.5h.<br><br>**Remarks**<br><br>• The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>• It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>• The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br>All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/<br>[Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Connect to mobile networks on a Pixel phone<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>### Change mobile network settings<br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** › **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** › **Reset options** › **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en<br>[Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android) on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button " ⏻ " and the return-to-home button " 🏠 " on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface. |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19<br><br><br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2-Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106<br><br>**3.8.1    Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Figure 25. Example of Wi-Fi Direct Pairing Protocols**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  **Figure 26. Example of P2P pairing bootstrapping method selection** <br><br> *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute. |

**Table 10.  Bootstrapping Methods**

| Pairing Bootstrapping Methods | Description |
|---|---|
| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |
| Pin-code display | Device is capable of display a pin-code (4 digits or more). |
| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |
| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |
| NFC Tag | Device is capable of supporting the NFC Tag. |
| Keypad (pin-code only) | Device is capable of entering a pin. |
| Keypad (passphrase) | Device is capable of entering a passphrase |
| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |
| NFC reader | Device is capable of supporting the NFC reader. |
| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |

*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83

**3.8.4.3      Pairing setup using opportunistic bootstrapping**

Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.

The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.

*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the checkConnectStatus() checks the connection status of drone, phone and the remote controller. If the phone is not connected to the remote controller, it connects them, otherwise if the remote controller is not connected to the drone, it connects the drone.<br><br>isPhoneConnectRemoteControl(), checks whether there is a connection between the phone and the remote control, and isRemoteControlConnectDrone(), checks whether there is a connection between the remote control and the drone.<br><br><pre>public final void checkConnectStatus() {<br>    if (!isPhoneConnectRemoteControl()) {<br>        connectControl();<br>    } else if (!isRemoteControlConnectDrone()) {<br>        connectDrone();<br>    }<br>}</pre><br><pre>private final void connectControl() {<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;<br>    if (activityRemoteControlPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding = null;<br>    }<br>    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;<br>    if (activityRemoteControlPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding2 = null;<br>    }</pre> |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
private final void connectDrone() {
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;
    String str = null;
    if (activityRemoteControlPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding = null;
    }
    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;
    if (activityRemoteControlPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding2 = null;
    }
    activityRemoteControlPairBinding2.llGoToPair.setOnClickListener((View.OnClickListener) null);
    ActivityRemoteControlPairBinding activityRemoteControlPairBinding3 = this.binding;
    if (activityRemoteControlPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityRemoteControlPairBinding3 = null;
    }
``` *See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/RemoteControlPairActivity.java<br><br>For example, the following screenshots from the decompiled code of the Autel Sky app show that when the user taps the Connect button, the Autel Sky app sends a binding request using bingAircraftToRemote(...) which triggers the pairing process between the drone (EVO Lite aircraft) and the remote controller. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityButtonPairBinding inflate = ActivityButtonPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityButtonPairBinding activityButtonPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    String stringExtra = getIntent().getStringExtra("droneType");
    if (stringExtra == null) {
        stringExtra = DroneType.Lite.getDeviceName();
    }
    this.droneType = stringExtra;
    ActivityButtonPairBinding activityButtonPairBinding2 = this.binding;
    if (activityButtonPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding2 = null;
    }
```

```java
public static final void m848onCreate$lambda0(ButtonPairActivity buttonPairActivity, View view) {
    Intrinsics.checkNotNullParameter(buttonPairActivity, "this$0");
    ActivityButtonPairBinding activityButtonPairBinding = buttonPairActivity.binding;
    if (activityButtonPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding = null;
    }
    activityButtonPairBinding.btnConnect.setEnabled(false);
    buttonPairActivity.getPresenter().bingAircraftToRemote(new AirRemoteBindingInfo(AircraftRole.MASTER, DeviceTypeEnum.COMMON));
}
``` |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityWifiPairBinding inflate = ActivityWifiPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityWifiPairBinding activityWifiPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    ActivityWifiPairBinding activityWifiPairBinding2 = this.binding;
    if (activityWifiPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding2 = null;
    }
    activityWifiPairBinding2.tvConnectFromButton.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda1(this));
    ActivityWifiPairBinding activityWifiPairBinding3 = this.binding;
    if (activityWifiPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding3 = null;
    }
    activityWifiPairBinding3.tvChangeConnect.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda2(this));
    ActivityWifiPairBinding activityWifiPairBinding4 = this.binding;
    if (activityWifiPairBinding4 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
    } else {
        activityWifiPairBinding = activityWifiPairBinding4;
    }
    activityWifiPairBinding.vsInputWifi.setOnInflateListener(new WifiPairActivity$$ExternalSyntheticLambda3(this));
}
```

*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/WifiPairActivity.java

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.III.a | [a short-range wireless communication device…] wherein establishing the short-range paired | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip which is configured to cryptographically authenticate identity of the short-range wireless enabled |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | cellular phone during the process by which the aircraft (see above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>For example, during pairing, the EVO Lite aircraft and the combined controller perform Wi-Fi Direct provisioning and group formation, during which cryptographic authentication is carried out as defined by the Wi-Fi Direct security framework. The connection uses WPA2-Personal with AES-GCMP encryption or WPA3-Personal with AES-CCMP encryption, and the devices derive a Pairwise Master Key (PMK) as part of the authentication process. Using the derived PMK, the EVO Lite aircraft and the combined controller complete the required association and handshake exchanges. Further, according to the Wi-Fi Direct standard, during pairing and verification process, the devices (EVO Lite aircraft and the combined controller) exchange Device Identity Keys (DevIK), and Device Identity Resolution Attributes (DIRA). DevIK are unique cryptographic keys assigned to each device to prove its identity, and DIRA provide additional cryptographic information used to resolve and verify the peer device's identity during the pairing process. Therefore, upon information and belief, the EVO Lite aircraft cryptographically authenticates the identity of the combined controller.<br><br>The EVO Lite Series aircraft supports the DRI system and uses Wi-Fi (Wi-Fi Beacon, 802.11n) for broadcasting. Enable the DRI system by configuring it in the Autel Sky.<br><br>*See, e.g.,* EVO-Lite-Series-Aircraft-User-Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, Page 47<br><br>• The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>• It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>• The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.2.6    Communication in a P2P Group**<br><br>**3.2.6.1    General**<br><br>Communication within a P2P Group established outside DMG shall employ WPA2-Personal security or WPA3-Personal security with AES-CCMP as the encryption cipher. Communication within a P2P Group operating within DMG shall employ WPA2-Personal security with AES-GCMP as the encryption cipher. Immediately after a successful association, the P2P Group Owner and the newly connected P2P Client shall execute the 4-way handshake, as specified in Section 12.7.6 of IEEE 802.11-2020 [1] when operating outside DMG and in Section 12.6.13 of IEEE 802.11-2020 [1] when operating within DMG, in which the P2P Group Owner shall act as the authenticator and the P2P Client shall act as the supplicant. The resulting temporal encryption keys shall be installed and used to encrypt unicast and broadcast/multicast frames exchanged between the P2P Group Owner and the Client as described in IEEE 802.11-2020 [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 52 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.4.3     Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>The PASN Authentication frames shall include the contents as defined in section 12.13.3.2 of [1]. In addition, the PASN Authentication frames shall include a P2P2 IE with corresponding P2P attributes, as specified in section 3.8.4.2 (for the pairing setup using a password).<br><br>The RSNE and the RSNXE included in the first and second PASN Authentication frames shall be aligned with the selected PASN type and DH group (see 12.13.3.2 of [1]) and set to the following values:<br><br>• RSNE: the AKM suite shall be set to PASN AKM in both frames<br>• RSNE: the PMKID count shall be set to 0 in both frames<br>• RSNXE: the "KEK in PASN" bit is set 1 in both frames (see 9.4.2.240 of [18])<br><br>The PCEA included in the first and second PASN Authentication frames shall be the same as those included in the USD frame transmitted by this device.<br><br>The first PASN Authentication frame may also include a Service Hash attribute (SHA) in the P2P IE.<br><br>The second and third PASN Authentication frames shall include a PASN Encrypted Data element (as defined in 9.4.2.314 of [18]) with a P2P2 IE (as a Vendor Specific subelement).  The P2P2 IE in the PASN Encrypted Data element of the second and third PASN Authentication frame shall include a Device Identity Key attribute (DIKA) if the PMK/DevIK Caching Enabled bit is set to 1 and shall always include a Password attribute with a password that is generated by the P2P Device.<br><br>After the successful completion of the pairing setup, a PTKSA is derived with the string "PMKz" padded with 28 0s (as defined in section 12.13.7 of [1]).<br><br>The password generated by the P2P GO shall be used for the connection setup using SAE AKM. If the connection setup is successful and a PMKSA is established, the corresponding PMKID shall be used with DevIK for subsequent Pairing verification procedure.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | After the pairing responder and the pairing initiator generate PMKSA during WPA3-SAE, they can refer to the cached PMK and the corresponding PMKSA by using <local DevIK, peer DevIK> if the PMK/DevIK caching is enabled. Pairing initiator and responder shall cache PMKSA corresponding to the peer's DevIK exchanged in DIKA.<br><br>If a new PMK is generated via Paring with Opportunistic Bootstrapping between 2 Peers that already share a cached PMK, the new PMK shall replace the old one, even if it was generated as part of GO Negotiation for a new Group that is different from the Group that was associated with the older PMK.<br><br>If a P2P Device, either a pairing initiator or pairing responder, does not enable the PMK/DevIK caching, it shall delete the PMK and the corresponding PMKSA once the PTKSA is established during the 4-way handshake.<br><br>Figure 28 shows an example of the pairing setup using opportunistic bootstrapping and a password delivery for WPA3-SAE.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  Figure 28. Example of Pairing setup using opportunistic bootstrapping with GO Negotiation<br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 87 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.1.33  Device Identity Resolution attribute (DIRA)**<br><br>The Device Identity Resolution attribute (DIRA) is used by a P2P Device to reveal its long-term identity to a peer device which possesses its DevIK. The format of the DIRA is defined in Table 68.<br><br>**Table 68.   DIRA format**<br><br>_table below_<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 133<br><br>**3.8.2  Pairing identity**<br><br>A pairing capable device may reveal its long-term identity to paired peers, by including a DIRA in the Unsynchronized Service Discovery (USD) frame. The format of the DIRA is defined in Section 4.1.33.<br><br>To produce the DIRA, the device shall generate a P2P Device Identity Key (DevIK), associated with a DevIK lifetime. The device shall select a random value as the DevIK.<br><br>A P2P Device shall provision its DevIK to a peer through a secured channel, during the P2P pairing setup procedure with the peer as in section 3.8.4. Once the peer obtains the device's DevIK, it can correctly identify the other peer device by resolving the Tag field included in the received DIRA.<br><br>In the DIRA, the value of the Cipher Version indicates the cryptographic parameters and method used to derive the Tag field. Device Identity Resolution (DIR) cryptographic parameters and methods are defined in Table 8.<br><br>**Table 8.   DIRA Cryptographic Parameters and Methods**<br><br>_table below_<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

**Table 68.   DIRA format**

| Field | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 32 | Identifying the type of P2P attribute. The specific value is defined in Table 21. |
| Length | 2 | Variable | Length of the following fields in the attribute. |
| Cipher Version | 1 | Variable | 0: 128-bit DevIK, 64-bit Nonce, 64-bit Tag, HMAC-SHA-256<br>1-255: reserved |
| Nonce | Variable | Variable | A random bit string |
| Tag | Variable | Variable | A resolvable identity |

**Table 8.   DIRA Cryptographic Parameters and Methods**

| Cipher Version | DevIK (bits) | Nonce Size (bits) | Tag Size (bits) | Tag Calculation Method |
|---|---|---|---|---|
| 0 | 128 | 64 | 64 | Tag = Truncate-64(HMAC-SHA-256(DevIK, "DIR" \|\| P2P Device Address \|\| |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.IV | a data capture circuitry; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises onboard imaging hardware such as one or more cameras with CMOS sensors and control circuitry (collectively forming "data capture circuitry"), to capture images and videos of the surrounding environment.<br><br>The EVO Lite Series aircraft (hereafter referred to as the aircraft) is a lightweight aircraft, integrated with a Visual Perception System of 6 visual sensors for three directional obstacle avoidance capability. With an excellent power management system, the aircraft can reach a flight time of up to 40 minutes. Also, it utilizes a three-axis stabilized gimbal, allowing you to view observed videos and data in real time through the Autel Sky Application.<br>The EVO Lite Series aircraft adopts a foldable design and can hold its propellers for easy storage and transportation.<br>The EVO Lite Series aircraft is equipped with auxiliary light and ultrasonic sensor at the bottom to improve visual positioning performance in weak light conditions, thus enhancing flight safety during landing.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 1 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera with 1/1.28" CMOS Sensor**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor and 16x digital zoom. The Autel EVO Lite comes with a large aperture of f/1.9 and a higher ISO range up to 64000 at the night scene mode, which gives you the ability to capture crisp, vibrant pictures. Even under the condition of complex light, you can freeze the beautiful moment clearly.<br><br>1/1.28" CMOS — Imaging Sensor  |  1.22µm (Bin2) — Pixel size  |  HDR Video — 4K 8-bit HDR<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br>**Camera**<br><br>|  | EVO Lite | EVO Lite+ |<br>|---|---|---|<br>| Sensor | CMOS: 1/1.28 inch<br>Effective pixels: 50M<br>Pixel size: 1.22µm*1.22µm | CMOS: 1 inch<br>Effective pixels: 20M<br>Pixel size: 2.4µm*2.4µm |<br>| Lens | FOV: 85°<br>Equivalent focal length: 23mm<br>Aperture: f/1.9<br>Focus range: 0.5m ~ ∞<br>Focus mode: PDAF+CDAF/MF | FOV: 82°<br>Equivalent focal length: 29mm<br>Aperture: f/2.8 ~ f11<br>Focus range: 0.5m ~ ∞<br>Focus mode: CDAF/MF |<br><br>*See, e.g.,* EVO Lite series Specifications at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **World's First 4-Axis Gimbal Design - One Click For Vertical Shot**<br><br>Autel EVO Lite is the first drone featuring a four-axis gimbal design in the industry to improve customers' experience. The 4th "axis" happens within the gimbal, where the widescreen imaging frame can be remotely rotated into a vertical position. With a vertical mode of shooting, you can capture images and videos that are mobile-ready for social media platforms where videos and images are displayed in the ratio 16:10 like Titok, with no need for additional edits to make them vertical manually. It's perfect for vloggers!<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone<br><br><br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 2 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>**Fig 3-9   Gimbal Structure of EVO Lite Aircraft**<br><br>**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**<br><br><table><tr><td>No.</td><td>Name</td><td>Description</td></tr><tr><td>1</td><td>Dampener Mount</td><td>Used to support dampeners and gimbal cameras, etc.</td></tr><tr><td>2</td><td>Camera</td><td>Used to capture pictures or videos.</td></tr><tr><td>3</td><td>UV Lens</td><td>Used to filter ultraviolet rays, protect the lens.</td></tr></table><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 37 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1.V | said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises said primary processor (Autel A810 chip) configured to acquire new-data such as images and/or video files. The Autel A810 chip acquires the new data, by communicating with the data capture circuitry through the electronic circuitry of the motherboard.<br><br>For example, the Autel A810 chip controls and utilizes the data capture circuitry to cause the capture of images and/or video and to acquire the resulting newly captured data for subsequent processing, storage, and transmission.<br><br>To the extent the primary processor (Autel A810 chip) does not acquire new data directly (for example, using instead an integrated chip within the accused instrumentality), the new data is still acquired under the direction and control of the primary processor.<br><br><br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Internal Photos FCC Report at https://fcc.report/FCC-ID/2AGNTMDXM2409A/5544087, at Page 2 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>**Fig 3-9   Gimbal Structure of EVO Lite Aircraft**<br><br>**Table 3-9   Gimbal Structure Details of EVO Lite Aircraft**<br><br>| No. | Name | Description |<br>|---|---|---|<br>| 1 | Dampener Mount | Used to support dampeners and gimbal cameras, etc. |<br>| 2 | Camera | Used to capture pictures or videos. |<br>| 3 | UV Lens | Used to filter ultraviolet rays, protect the lens. |<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 37 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Supersensitive 50MP Camera**<br><br>Experience a new level of image quality thanks to a supersensitive 50MP camera equipped with a 1/1.28-inch CMOS sensor. The camera adopts an RYYB color filter array design, which absorbs 40% more light than traditional RGGB arrays, allowing you to capture natural scenery in all its glory.<br><br>**RYYB** Sensor      **50MP** Photo      **4K HDR** Video<br><br>**1/1.28"(0.8")** CMOS      **PDAF+CDAF** Autofocus System<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.V.a | [said processor configured to…] wherein the new-data is data acquired after establishing the | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft ("short-range wireless enabled data capture device") (*see* above), comprises the primary processor (Autel A810 chip), wherein the said primary processor (*see* above) is configured to acquire, and does acquire |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | new data (*see* above) after the paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller ("short-range wireless enabled cellular phone") (*see* above) is established (*see* above).<br><br>For example, after EVO Lite aircraft is connected to the combined controller, establishing the short-range paired wireless connection between EVO Lite aircraft (*see* above) and the combined controller, the EVO Lite aircraft captures image and/or video data during the active paired session. The short-range paired wireless connection is continuously maintained when the EVO Lite aircraft captures image and/or video file as the live camera feed and recording controls are displayed on and accessible through the combined controller executing the Autel Sky app only after the short-range paired wireless connection has been established.<br><br>To the extent the primary processor (Autel A810 chip) does not acquire new data directly (for example, using instead an integrated chip within the accused instrumentality), the new data is still acquired under the direction and control of the primary processor.<br><br>**3.11 Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky. |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br><br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15<br><br>The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2-Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi- |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106<br><br>**3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86<br><br>Download the Autel Explorer or Autel Sky app: Depending on your drone model, visit the App Store (for iOS devices) or Google Play Store (for Android devices) and download the Autel Explorer app (available for Autel EVO and EVO II series) or Autel Sky app (for Autel EVO Nano and EVO Lite series).<br><br>Turn on your drone: Press the power button to turn on your Autel drone.<br><br>**Connect your phone to the controller:** Connect your phone to the controller's phone holder, then connect the controller to your phone using the appropriate USB cable that comes with the Autel controller.<br><br>**Power on the controller:** Power on the controller and it should automatically connect to your drone.<br><br>**Open the Autel Explorer or Autel Sky app:** Launch the app on your phone. The app should automatically connect to the drone and display live video from the drone's camera.<br><br>**After completing these steps,** you should be able to control your Autel drone using your phone and view live video from the drone's camera.<br><br>*See, e.g.,* Autel Drone Support Page at https://www.autelpilot.com/blogs/tips-tutorials/connect-autel-drone-to-mobile-phone |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) <br><br> Autel Evo Lite aircraft being paired to the combined controller <br><br> Autel Evo Lite aircraft captures images and/or videos after continuously being paired to the combined controller <br><br> take photos by tapping the white button on the screen <br><br> *See, e.g.,* EVO Lite Beginner's Operation Guide video at |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.VI | said processor further configured to store the new-data in the memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises the primary processor (Autel A810 chip), wherein said primary processor (*see* above) is configured to store, and does store, the new data in the memory device (*see* above). After capturing and acquiring the new data, the said primary processor stores the new data in the memory of the short-range wireless enabled data capture device.<br><br>For example, in the EVO Lite aircraft, the onboard Autel A810 chip is further configured to store the newly captured image and video data in the internal flash storage ("memory device") or in the microSD card, during the active flight session.<br><br>To the extent the primary processor (Autel A810 chip) does not acquire new data directly (for example, using instead an integrated chip within the accused instrumentality), the new data is still acquired under the direction and control of the primary processor.<br><br>Storage<br><br>Built-in storage    6GB<br><br>SD storage    max. support 256GB (UHS-3 rating required) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series Technical Specifications at https://www.autelrobotics.com/productdetail/evo-lite-series-drones/#jsgg<br><br>The aircraft is equipped with a microSD card slot for storage expansion. Before turning on the aircraft, please insert a microSD card into the slot as shown in the following picture. The EVO Lite Aircraft supports a maximum capacity of 256GB microSD card. If users need to replace it with a larger capacity microSD card, please follow the steps below.<br><br>**Fig 3-12   install a microSD Card**<br><br>☀ Tips<br><br>● The aircraft has built-in 6 GB storage space, when the microSD card is not inserted, you can still take a single photo or record a video, and the images will be directly stored in the on-board flash memory.<br>● It is recommended that you prioritize using an external microSD card for storing the image data collected during flight to avoid running out of internal storage space, which will affect the flight safety of the aircraft.<br>● If you plan to shoot high-definition videos, we recommend using a Class 10, UHS-3, or higher microSD card.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 43<br><br>Without Micro SD card, it is also allowed to take photo or record video but the image will be directly stored in the mobile device.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 21 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.VII | said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a primary processor (Autel A810 chip) that automatically configures to send a signal to notify ("event notification"), and the captured image and/or video data ("acquired new-data") to the combined controller ("short-range wireless enabled cellular phone") over the established paired wireless connection.<br><br>For example, EVO Lite aircraft upon capturing new image and/or vide data, upon information and belief, sends a signal to the combined controller that new data has been acquired and is ready for transmission, along with the captured image and/or video data. Further, EVO lite aircraft and the combined controller operate using SkyLink, which is in turn based on Wi-Fi Direct and therefore, inherently utilizes Request to Send (RTS) and Clear to Send (CTS) frames for event notifications. RTS is a control frame that utilizes Multiple Access with Collision Avoidance (MACA) in wireless networks. An RTS frame is sent by a transmitter (herein EVO lite aircraft) prior to transmission of the actual data frame. Because an RTS frame is transmitted only when a device has data buffered and is preparing to send that data over the short-range paired wireless connection, upon information and belief, the primary processor sends an RTS frame signal that corresponds to notification that new data, such as images and/or video data has been captured by EVO lite aircraft and is ready for transfer to the paired combined controller.<br><br>Further, upon information and belief, in addition to the RTS/CTS signaling as part of the Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications in the firmware and/or source code wherein such event notifications notify presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel.<br><br>To the extent the primary processor (Autel A810 chip) does not create the new-data directly (for example, using an integrated chip within the accused instrumentality), creating the new-data is still |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | performed under the direction and control of the primary processor.<br><br><br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Table 3-15   Global Certified Frequency Bands for EVO Lite Series aircraft (Image Transmission)**<br><br>See, e.g., EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 46 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Table 3-16  Global Certified Frequency Bands for EVO Lite Series Aircraft (Wi-Fi)** |

<table>
<tr><th>Operating Frequency</th><th>Details</th><th>Certified Countries & Regions</th></tr>
<tr><td>2.4G<br>（2400 – 2476MHz）</td><td>802.11b/g/n</td><td>■ Japan</td></tr>
<tr><td>5.1G<br>（5150 – 5250 MHz）</td><td>802.18ac</td><td>■ Japan</td></tr>
<tr><td>5.1G<br>（5150 – 5250 MHz）</td><td>802.12ac</td><td>■ USA</td></tr>
<tr><td>5.8G<br>（5725 – 5850 MHz）</td><td>802.11ac</td><td>■ China's Mainland</td></tr>
<tr><td>5.8G<br>（5725 – 5850 MHz）</td><td>802.11ac</td><td>■ Taiwan, China<br>■ USA<br>■ Canada<br>■ EU<br>■ UK<br>■ Australia<br>■ Korea</td></tr>
</table>

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47

## 2.4    Functions and services

### 2.4.1    Basic functions and services

For P2P operation outside the DMG and supporting Wi-Fi Protected Setup, this specification assumes that the following STA functions and services are implemented in P2P Devices:

- IEEE 802.11g or newer 2.4 GHz PHY [1]
- IEEE 802.11i (AES-CCMP) [1]
- Wi-Fi Protected Setup [2]
- Wi-Fi Multimedia [3]

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Wi-Fi Direct Specifications at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, at Page 20<br><br>Request to Send (RTS) is a control frame employed in the medium access control (MAC) layer protocol IEEE 802.11 RTS/CTS. The protocol uses the concept of Multiple Access with Collision Avoidance (MACA) in wireless networks. The RTS/CTS (Request to Send / Clear to Send) mechanism aims to reduce frame collisions introduced by the hidden terminal problem. RTS frame is sent by the transmitter prior to transmission of the actual data frame.<br><br>## Working Principle of MACA implementing RTS<br><br>The MACA protocol works with the condition that the communicating stations are synchronized and frame sizes and data speed are the same.<br><br>Let us consider that a transmitting station STA has data frame to send to a receiving station STB. The operation works as follows -<br><br>- Station STA sends a RTS frame to the receiving station.<br>- On receiving the RTS, station STB replies by sending a CTS frame.<br>- On receipt of CTS frame, station STA begins transmitting its data frame.<br>- After successful receipt of the data frame, station STB sends an ACK frame (acknowledgement frame).<br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Frame Format of RTS frame<br><br>There are five fields in a RTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br>- **TA (Transmitter Address)**: It is a 6 – bytes address field.<br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br><br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).]<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app, upon information and belief, show that the Autel Sky app receives data from the drone. |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | ```
public final Msg receiveMsg() {
    long currentTimeMillis = System.currentTimeMillis();
    int readPacket = readPacket();
    if (readPacket <= 0) {
        return null;
    }
    ISubTranslate subTranslate = getSubTranslate(this.mReceiveHead.msgType());
    if (subTranslate != null) {
        Msg receivePacket = subTranslate.receivePacket(this.mReceiveBuffer, 16, readPacket - 16, this.mReceiveHead);
        MsgTracker msgTracker = this.mTracker;
        if (msgTracker != null) {
            String str = TAG;
            Intrinsics.checkNotNullExpressionValue(str, "TAG");
            MsgTracker.trackReceiveTime$default(msgTracker, str, currentTimeMillis, false, 4, (Object) null);
        }
        if (receivePacket == null) {
            return null;
        }
        String str2 = TAG;
        Intrinsics.checkNotNullExpressionValue(str2, "TAG");
        AutelLog.d(str2, "receiveMsg msg:" + receivePacket);
        return receivePacket;
    }
    return buildMsg(this.mReceiveHead.msgType(), this.mReceiveHead.msgDst(), this.mReceiveBuffer, 16, readPacket - 16, currentTimeMillis);
}
``` <br> *See, e.g.,* Autel Sky app decompiled code at com/autel/drone/sdk/protocol/translate/udp/AutelTranslate.java <br><br> ```
public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {
    if (mediaDescriptionCompat == null) {
        throw new IllegalArgumentException("description cannot be null");
    } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {
        this.mFlags = i;
        this.mDescription = mediaDescriptionCompat;
    } else {
        throw new IllegalArgumentException("description must have a non-empty media id");
    }
}
``` <br> *See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java <br><br> To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Defendant. |
| 1.VII.a | [said processor further configured to send an event notification…] the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the event notification and receive the new-data over the established short-range paired wireless connection, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), operates using Wi-Fi Direct (*see* above), therefore, inherently supports RTS and CTS frames. In response to the EVO Lite aircraft sending a Request-to-Send (RTS) frame (*see* above), the combined controller (*see* above) sends a Clear-to-Send (CTS) frame granting use of the wireless medium for the transmission. The CTS frame, upon information and belief, indicates that the combined controller is listening to and responding to the notification signal transmitted by the EVO Lite aircraft.<br><br>For example, the combined controller executing the Autel Sky app receives an RTS frame sent by EVO Lite aircraft, indicating a signal to notify ("event notification") that newly captured data, such as image and/or video data is available for transfer. In response, the Autel Sky app on the combined controller transmits a CTS frame, a signal notifying the EVO Lite aircraft to transmit the captured data. The CTS frame is sent only after the reception of the RTS frame, therefore, upon information and belief, it indicates that the combined controller executing the Autel Sky app is listening to ("short-range wireless enabled cellular phone is configured to listen to the event notification") and responding to the notification signal transmitted by the EVO Lite aircraft. Further, on receiving the CTS frame, the EVO Lite aircraft automatically sends the captured data ("new-data") to the Autel Sky app on the combined controller.<br><br>Further, upon information and belief, in addition to the RTS/CTS signaling as part of the Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications in the firmware and/or source code wherein such event notifications notify presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Clear to Send (CTS) is a control frame employed in the medium access control (MAC) layer protocol IEEE 802.11 RTS/CTS. The protocol uses the concept of Multiple Access with Collision Avoidance (MACA) in wireless networks. The RTS/CTS (Request to Send / Clear to Send) mechanism aims to reduce frame collisions introduced by the hidden terminal problem. CTS frame is sent by the receiver after it gets the RTS frame prior to receiving of the actual data frame.<br><br>## Working Principle of MACA implementing CTS<br><br>The MACA protocol works with the condition that the communicating stations are synchronized and frame sizes and data speed are the same.<br><br>Let us consider that a transmitting station STA has data frame to send to a receiving station STB. The operation works as follows -<br><br>• Station STA sends a RTS frame to the receiving station.<br><br>• On receiving the RTS, station STB replies by sending a CTS frame.<br><br>• On receipt of CTS frame, station STA begins transmitting its data frame.<br><br>• After successful receipt of the data frame, station STB sends an ACK frame (acknowledgement frame).<br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Frame Format of CTS frame<br><br>There are four fields in a CTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br><br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br>**CTS Frame Format**<br><br>Frame Control \| Duration \| RA \| FCS<br>Bytes: 2 \| 2 \| 6 \| 4<br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Frame Format of RTS frame<br><br>There are five fields in a RTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br><br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>- **TA (Transmitter Address)**: It is a 6 – bytes address field.<br><br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br><br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *Image captured by EVO Lite aircraft*<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.VII.b | [said processor further configured to send an event notification…] a single mobile client application for the cryptographically authenticated | Each Autel Accused Instrumentality comprises a mobile application in (*i.e.*, installed on) the combined controller (*see* above), for example, the Autel Sky app (*see* above). Autel Sky app comprises executable instructions that when executed by the combined controller (*see* above), processes the event notification signal (*see* above) and store the received new-data (*see* above) in |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | short-range wireless enabled cellular phone is configured to process the event notification and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone, wherein | a memory device of the combined controller (*see* above), over an established paired wireless connection.<br><br>For example, in EVO Lite aircraft, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), executing on the combined controller ("cryptographically authenticated short-range wireless enabled cellular phone"), is configured to receive and process the RTS signal transmitted by the EVO Lite aircraft. In response, the Autel Sky app transmits a CTS frame and subsequently receives the acquired data such as the captured images and/or video data. Further, Autel Sky app provides the functionality to download the received new-data (i.e., shared images and video files) to a memory device of the combined controller.<br><br>Further, upon information and belief, in addition to the RTS/CTS signaling as part of the Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications in the firmware and/or source code wherein such event notifications notify presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel.<br><br>**Autel Sky**<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Explorer**<br><br>Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series).<br><br>**Autel Explorer V2**<br><br>With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Explorer V2**<br>Photo & Video<br>Free<br>Share<br><br>6 RATINGS 4.0 ★★★★☆  AGES 4+ Years  CATEGORY Photo & Video  DEVELOPER Autel Robotics Co., Ltd.<br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757<br><br>**Autel Sky**<br>Born to explore<br>Free<br>Share — mobile client application<br><br>41 RATINGS 2.9 ★★★☆☆  AGES 4+ Years  CATEGORY Photo & Video  DEVELOPER Autel Robotics Co., Ltd.<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Information**<br><br>Seller<br>Autel Robotics Co., Ltd.<br><br>Compatibility<br>**iPhone**<br>Requires iOS 13.0 or later.<br><br>**iPad**<br>Requires iPadOS 13.0 or later.<br><br>**iPod touch**<br>Requires iOS 13.0 or later.<br><br>**Apple Vision**<br>Requires visionOS 1.0 or later.<br><br>Size 189.1 MB<br><br>Languages English and 7 more<br><br>*Autel Sky app utilizes the memory of the combined controller*<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated)<br><br>**1.3 Download Autel Sky App**<br><br>Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways:<br><br>**Method one:**<br><br>Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**.<br><br>**Method Two:**<br><br>Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.1.1 Device activation**<br><br>When using the EVO Lite series for the first time, follow these steps to activate:<br><br>1. Unfold the aircraft arms, remove the gimbal cover, and turn on the aircraft.<br><br>2. Turn on the remote controller, connect the remote controller and smart phone, and run the Autel Sky App.<br><br>3. After the remote controller and the aircraft are paired successfully, the App will automatically jump to the activation page. Click "Next" to go to the product terms of use page.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 41 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Request to Send (RTS) is a control frame employed in the medium access control (MAC) layer protocol IEEE 802.11 RTS/CTS. The protocol uses the concept of Multiple Access with Collision Avoidance (MACA) in wireless networks. The RTS/CTS (Request to Send / Clear to Send) mechanism aims to reduce frame collisions introduced by the hidden terminal problem. RTS frame is sent by the transmitter prior to transmission of the actual data frame.<br><br>## Working Principle of MACA implementing RTS<br><br>The MACA protocol works with the condition that the communicating stations are synchronized and frame sizes and data speed are the same.<br><br>Let us consider that a transmitting station STA has data frame to send to a receiving station STB. The operation works as follows -<br><br>- Station STA sends a RTS frame to the receiving station.<br>- On receiving the RTS, station STB replies by sending a CTS frame.<br>- On receipt of CTS frame, station STA begins transmitting its data frame.<br>- After successful receipt of the data frame, station STB sends an ACK frame (acknowledgement frame).<br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.2.1 Home page**<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 3. After pairing, open the album, select the required materials and then click the download icon ( ⬇ ) to realize high-speed download.<br><br>Downloading the received new-data into the combined controller's memory<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated) |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app, upon information and belief, show that the Autel Sky app receives data from the drone.<br><br>```java<br>public final Msg receiveMsg() {<br>    long currentTimeMillis = System.currentTimeMillis();<br>    int readPacket = readPacket();<br>    if (readPacket <= 0) {<br>        return null;<br>    }<br>    ISubTranslate subTranslate = getSubTranslate(this.mReceiveHead.msgType());<br>    if (subTranslate != null) {<br>        Msg receivePacket = subTranslate.receivePacket(this.mReceiveBuffer, 16, readPacket - 16, this.mReceiveHead);<br>        MsgTracker msgTracker = this.mTracker;<br>        if (msgTracker != null) {<br>            String str = TAG;<br>            Intrinsics.checkNotNullExpressionValue(str, "TAG");<br>            MsgTracker.trackReceiveTime$default(msgTracker, str, currentTimeMillis, false, 4, (Object) null);<br>        }<br>        if (receivePacket == null) {<br>            return null;<br>        }<br>        String str2 = TAG;<br>        Intrinsics.checkNotNullExpressionValue(str2, "TAG");<br>        AutelLog.d(str2, "receiveMsg msg:" + receivePacket);<br>        return receivePacket;<br>    }<br>    return buildMsg(this.mReceiveHead.msgType(), this.mReceiveHead.msgDst(), this.mReceiveBuffer, 16, readPacket - 16, currentTimeMillis);<br>}<br>```<br>*See, e.g.,* Autel Sky app decompiled code at com/autel/drone/sdk/protocol/translate/udp/AutelTranslate.java<br><br>```java<br>public MediaItem(MediaDescriptionCompat mediaDescriptionCompat, int i) {<br>    if (mediaDescriptionCompat == null) {<br>        throw new IllegalArgumentException("description cannot be null");<br>    } else if (!TextUtils.isEmpty(mediaDescriptionCompat.getMediaId())) {<br>        this.mFlags = i;<br>        this.mDescription = mediaDescriptionCompat;<br>    } else {<br>        throw new IllegalArgumentException("description must have a non-empty media id");<br>    }<br>}<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/android/support/v4/media/MediaBrowserCompat.java |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | |
| 1.VII.c | [said processor further configured to send an event notification…] the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone, wherein | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises, for example, the Autel Sky app executed on the combined controller that enables the combined controller to store the user's authentication credentials, such as email address and/or phone number in the memory device of the combined controller.<br><br>For example, Autel Sky app ("single mobile client application") on the combined controller ("short-range wireless enabled cellular phone") stores the user's login credentials ("user authentication credential") such as the email address and/or phone number related to the user's Autel Robotics ID within the combined controller's memory to facilitate automatic authentication upon subsequent logins to user's Autel Sky app's account.<br><br>After pairing the RC with the aircraft, open the Autel Sky on the mobile device, and you will automatically enter the main interface.<br><br><br>Fig 6-1  Main Interface of the Autel Sky App<br><br>Table 6-1  Details of the Main Interface of the Autel Sky App<br><br><table><tr><th>No.</th><th>Name</th><th>Description</th></tr><tr><td>1</td><td>Profile</td><td>Register or log in to your Autel account to access relevant cloud services provided by Autel Robotics. On this feature page, you can also manage devices, connect to the aircraft frequency, set the App display language, and get after-sales service support.</td></tr></table> |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 74 <br><br> **I. What Information Do We Collect?** <br><br> When you use our Services, personal information may be collected. The types of data collected vary depending on the Services you use. We will not share or disclose your information to third parties without your authorization, except as required by applicable laws. We will only collect and use your personal information for the purposes described in this statement. The personal information that may be collected includes: <br><br> **1. Information You Provide Directly** <br><br> (1) When creating an account or profile, you may be required to provide your phone number, email address, custom username, and password. This information is used for identity verification, account security, and service provision. <br><br> *See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/ <br><br> <br><br> *See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | < Back<br><br>ID<br><br>Do you want to use your phone number or email to create your Autel Robotics ID?<br><br>Use email<br><br>Use phone number<br><br>*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>Log in to Autel Robotics ID<br><br>ID — Please enter your pho<br><br>Password — Required<br><br>LOGIN<br><br>Forgot password?          Sign Up<br><br>*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* About Autel Sky app at https://www.youtube.com/watch?v=hFOMjrFttUo, at 1:20<br><br><br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.VII.d | [said processor further configured to send an event notification…] the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over a cellular data network, wherein | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above). <br><br> For example, upon receiving the captured image and/or video data, the Autel Sky app causes the combined controller to use Internet protocols, such as HTTP, over a cellular data network to transfer, or upload, the captured image and/or video data, along with information relating to the user's account or the user's Autel Robotics ID, to online publishing platforms. The new-data is uploaded on the online publishing platform along with the user's account information to indicate the source of the content. Such transfer, or upload, by the combined controller, including by operation of the Autel Sky app installed therein, is performed using, *inter alia*, an HTTP action and/or method, such as a POST or PUT method/action. These actions/methods are used by the Autel Sky app installed on the combined controller, over a cellular data network, *inter alia*, for posting, tracking, putting, or otherwise logging the captured image and/or video data to the online publishing platforms. <br><br> Further, in order for the combined controller to install and use and/or access the features of the Autel Sky app, the combined controller must have Internet access via a cellular data network or Wi-Fi. Specifically, the combined controller uses a cellular data service on a cellular network to access the Internet when not connected to a Wi-Fi network. For example, the Autel Sky app, is installed, via download over the Internet, onto a smartphone, comprising access to the Internet via cellular mobile data network. Further, during operation, the Autel Sky app requires access to the smartphone's Internet connection. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | After pairing the RC with the aircraft, open the Autel Sky on the mobile device, and you will automatically enter the main interface.<br><br>**Fig 6-1  Main Interface of the Autel Sky App**<br><br>**Table 6-1  Details of the Main Interface of the Autel Sky App**<table><tr><th>No.</th><th>Name</th><th>Description</th></tr><tr><td>1</td><td>Profile</td><td>Register or log in to your Autel account to access relevant cloud services provided by Autel Robotics. On this feature page, you can also manage devices, connect to the aircraft frequency, set the App display language, and get after-sales service support.</td></tr></table>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 74 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | EVO Lite series UAVs include EVO Lite and EVO Lite+, the camera of which adopts 1/1.28 inch and 1 inch CMOS image sensors respectively. EVO Lite is provided with 4-axis gimbal that can steadily shoot 4K high-definition videos and pictures at 50m pixels. EVO Lite+ is provided with 3-axis gimbal that can shoot 6K videos and pictures at 20m pixels. With the new Autel Sky App, they can realize a variety of intelligent shooting modes such as one-click short film, panorama and time lapse. With the rich built-in templates in the APP, you can use the templates in your film after selecting materials and then use the mobile phone quick transfer or one-click share functions to quickly download and share your works.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 8<br><br>4. After shooting, click the album to view the short video, and continue to edit it in APP and share it to other social platform.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 53 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | Option to share the received captured image and video data to online publishing platforms<br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* Autel Sky app interface as seen by a typical user (annotated) |

Online publishing platforms require internet to share the captured image and/or video data

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/<br>[Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.<br><br>## Connect to mobile networks on a Pixel phone<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>### Change mobile network settings<br><br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** › **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** › **Reset options** › **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android) on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br># HTTP Methods<br><br>- **GET**<br>- **POST**<br>- **PUT**<br>- **HEAD**<br>- **DELETE**<br>- **PATCH**<br>- **OPTIONS**<br>- **CONNECT**<br>- **TRACE**<br><br>PUT is used to send data to a server to create/update a resource.<br><br>The difference between POST and PUT is that PUT requests are idempotent. That is, calling the same PUT request multiple times will always produce the same result. In contrast, calling a POST request repeatedly have side effects of creating the same resource multiple times.<br><br>*See, e.g.,* Article on HTTP Request Methods found at https://www.w3schools.com/tags/ref_httpmethods.asp<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the combined controller executing the Autel Sky app utilizes the HTTP methods described in the evidence.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | • Online upgrade requires ensuring that the RC (with mobile devices) can normally access the Internet.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 83<br><br>Regional Data Storage<br><br>To comply with data security and localization requirements in different jurisdictions, Autel Robotics applies the following storage and security measures:<br><br>**Americas:** Data generated in the Americas is stored on AWS cloud servers located in the United States. Security measures include encrypted transmission and storage and private read/write controls.<br><br>**Europe:** Data generated in Europe is stored on AWS cloud servers located within the European Union. Security measures include encrypted transmission and storage and private read/write controls.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the Autel Sky app uploads the media content, and upon information and belief, a user identifier, to a remote server over HTTP. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>```java<br>private HttpResponse directUpload(GenericUrl genericUrl) throws IOException {<br>    updateStateAndNotifyListener(UploadState.MEDIA_IN_PROGRESS);<br>    HttpContent httpContent = this.mediaContent;<br>    if (this.metadata != null) {<br>        httpContent = new MultipartContent().setContentParts(Arrays.asList(new HttpContent[]{this.metadata, this.mediaC<br>        genericUrl.put("uploadType", (Object) "multipart");<br>    } else {<br>        genericUrl.put("uploadType", (Object) "media");<br>    }<br>    HttpRequest buildRequest = this.requestFactory.buildRequest(this.initiationRequestMethod, genericUrl, httpContent);<br>    buildRequest.getHeaders().putAll(this.initiationHeaders);<br>    HttpResponse executeCurrentRequest = executeCurrentRequest(buildRequest);<br>    try {<br>        if (isMediaLengthKnown()) {<br>            this.totalBytesServerReceived = getMediaContentLength();<br>        }<br>        updateStateAndNotifyListener(UploadState.MEDIA_COMPLETE);<br>        return executeCurrentRequest;<br>    } catch (Throwable th) {<br>        executeCurrentRequest.disconnect();<br>        throw th;<br>    }<br>}<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/com/google/api/client/googleapis/media/MediaHttpUploader.java<br><br>```java<br>package org.apache.http.client;<br><br>import org.apache.http.protocol.HttpContext;<br><br>public interface UserTokenHandler {<br>    Object getUserToken(HttpContext httpContext);<br>}<br>```<br><br>*See, e.g.,* Autel Sky app decompiled code at sources/org/apache/http/client/UserTokenHandler.java |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
formParams.addForm("_sign", SignUtil.paramSign(hashMap));
String obj = OkHttpManager.get().postNotCallback(HttpConstants.REQ_UPLOAD_FLY_RECORD_TASK, (Headers) null, formParams).toString();
AutelLog.d(this.TAG, "request upload file id : " + obj);
return (ReqFlyRecord) ((HttpResult) JsonUtilsKt.getGson().fromJson(obj, new FlightRecordMode$requestFlightId$lambda17$$inlined$jsonToBean$1().getType())).getData();
} catch (Exception e) {
    e.printStackTrace();
    String str = this.TAG;
    String message = e.getMessage();
    if (message == null) {
        message = e.getLocalizedMessage();
    }
    AutelLog.w(str, "upload file error : " + message);
    ReqFlyRecord reqFlyRecord = null;
    return null;
}
```
*See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java

```
    private final ReqFlyRecord requestFlightId(FlightRecord flightRecord) {
        LoginSuccessBean loginBean = getLoginBean();
        if (loginBean == null) {
            return null;
        }
        try {
            FormParams formParams = new FormParams();
            HashMap hashMap = new HashMap();
            String autelId = loginBean.getData().getAutelId();
            Intrinsics.checkNotNullExpressionValue(autelId, "bean.data.autelId");
            hashMap.put("autelId", autelId);
            String actCode = loginBean.getData().getActCode();
            Intrinsics.checkNotNullExpressionValue(actCode, "bean.data.actCode");
            hashMap.put("actCode", actCode);
            String code = loginBean.getData().getCode();
            Intrinsics.checkNotNullExpressionValue(code, "bean.data.code");
            hashMap.put("userCode", code);
            String token = loginBean.getData().getToken();
            Intrinsics.checkNotNullExpressionValue(token, "bean.data.token");
            hashMap.put("token", token);
            hashMap.put("model", "2");
```
*See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1.VII.e | [said processor further configured to send an event notification…] the upload is based on a timer setting on the single mobile client application, wherein the timer setting is no wait automatic or wait X minutes automatic, wherein | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app to use HTTP to upload the captured image and/or video data, to the Defendant's cloud-based servers automatically.<br><br>For example, Autel Sky app executing on the combined controller provides a functionality to upload the received captured image and/or video data to the Defendant's cloud-based servers, over the cellular network. Therefore, upon information and belief, the upload to the Defendant's cloud-based servers occurs immediately upon receiving new data from EVO Lite aircraft ("timer setting is no wait automatic").<br><br><br><br>*See, e.g.,* About Autel Sky app at https://app.autelrobotics.cn/statics/cdn/tutorial%20videos/%E8%8B%B1%E6%96%87/%E4%B8%8A%E4%BC%A0%E9%A3%9E%E8%A1%8C%E8%AE%B0%E5%BD%95/How%20To%20Upload%20App%20Flight%20RecordAutel%20Sky.mp4, at 0:03<br>[Note: The above evidence has been obtained from an official source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the function of the Autel Sky app available in the United States.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* About Autel Sky app at https://app.autelrobotics.cn/statics/cdn/tutorial%20videos/%E8%8B%B1%E6%96%87/%E4%B8%8A%E4%BC%A0%E9%A3%9E%E8%A1%8C%E8%AE%B0%E5%BD%95/How%20To%20Upload%20App%20Flight%20RecordAutel%20Sky.mp4, at 0:05 [Note: The above evidence has been obtained from an official source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the function of the Autel Sky app available in the United States.] |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* About Autel Sky app at https://app.autelrobotics.cn/statics/cdn/tutorial%20videos/%E8%8B%B1%E6%96%87/%E4%B8%8A%E4%BC%A0%E9%A3%9E%E8%A1%8C%E8%AE%B0%E5%BD%95/How%20To%20Upload%20App%20Flight%20RecordAutel%20Sky.mp4, at 0:15 [Note: The above evidence has been obtained from an official source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the function of the Autel Sky app available in the United States.] <br><br> Regional Data Storage <br><br> To comply with data security and localization requirements in different jurisdictions, Autel Robotics applies the following storage and security measures: <br><br> **Americas:** Data generated in the Americas is stored on AWS cloud servers located in the United States. Security measures include encrypted transmission and storage and private read/write controls. <br><br> **Europe:** Data generated in Europe is stored on AWS cloud servers located within the European Union. Security measures include encrypted transmission and storage and private read/write controls. <br><br> *See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/ <br><br> We have improved the accessibility of flight logs within the Autel Sky App, making it easier for our users to access them and send them to our customer service team, should the need arise. <br><br> From the Profile menu in the Autel Sky App, select Flight Log, then the clipboard icon in the upper right corner. From there you'll be able to view three different types of logs: Flight Logs, RC Logs, and App Logs. <br><br> Select the log menu you want, and you'll be prompted to connect to the drone's Wi-Fi. From there, you can quickly download specific logs straight to your smartphone. At this point, you can upload them to the cloud if our Customer Service or Maintenance team requests them for repairs or service. When uploaded, the files will be stored in a regional server. All customer data in the U.S. is stored on AWS servers in Texas. <br><br> *See, e.g.,* Drone blogs at https://www.autelrobotics.com/news/1024/ <br><br> To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 1.VII.f | [said processor further configured to send an event notification…] the single mobile client application for the short-range wireless enabled cellular phone is further configured to use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information, and wherein | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes combined controller, executing the Autel Sky app that is configured to use HTTP to send the global positioning system information to the Defendant's cloud-based servers and online publishing platform over the cellular data network.<br><br>The EVO Lite aircraft detects global positioning system (GPS) information of the drone and of the captured image and/or video data. This information is transmitted to the Autel Sky app executing on the combined controller. Therefore, it would be apparent to a person having ordinary skill in the art that the Autel Sky app contains the GPS information and uses HTTP over the cellular data network to transmit the GPS information to the online sharing platforms and the Defendant's cloud-based servers along with the captured images and/or video data.<br><br>| GNSS | GPS/Galileo/GLONASS |<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 88<br><br><br><br>| 7 | Location | You can locate the RC, home point, and the position of the aircraft on the map. |<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 79 and 80 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* about Autel Sky app at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:29<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app shows that the Autel Sky app receives GPS data from the drone. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
package com.autel.drone.sdk.expose.module.dsp.data;

import kotlin.Metadata;
import kotlin.jvm.internal.Intrinsics;


@Metadata(d1 = {"\u0000(\n\u0002\u0018\u0002\n\u0002\u0010\u
/* compiled from: DspData.kt */
public final class GpsInfo {
    private final int Altitude;
    private final int Distance;
    private final double Latitude;
    private final double Longitude;
    private final int RsocRemainPercent;
    private final int TimeBootMs;
    private final int Yaw;
    private final double vx;
    private final double vy;
    private final double vz;
``` <br><br> *See, e.g.,* Autel Sky app decompiled code at com/autel/drone/sdk/expose/module/dsp/data/GpsInfo.java <br><br> ```
        formParams.addForm("_sign", SignUtil.paramSign(hashMap));
        String obj = OkHttpManager.get().postNotCallback(HttpConstants.REQ_UPLOAD_FLY_RECORD_TASK, (Headers) null, formParams).toString();
        AutelLog.d(this.TAG, "request upload file id : " + obj);
        return (ReqFlyRecord) ((HttpResult) JsonUtilsKt.getGson().fromJson(obj, new FlightRecordMode$requestFlightId$lambda17$$inlined$jsonToBean$1().getType())).getData();
    } catch (Exception e) {
        e.printStackTrace();
        String str = this.TAG;
        String message = e.getMessage();
        if (message == null) {
            message = e.getLocalizedMessage();
        }
        AutelLog.w(str, "upload file error : " + message);
        ReqFlyRecord reqFlyRecord = null;
        return null;
    }
}
``` <br><br> *See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | ```java
private final ReqFlyRecord requestFlightId(FlightRecord flightRecord) {
    LoginSuccessBean loginBean = getLoginBean();
    if (loginBean == null) {
        return null;
    }
    try {
        FormParams formParams = new FormParams();
        HashMap hashMap = new HashMap();
        String autelId = loginBean.getData().getAutelId();
        Intrinsics.checkNotNullExpressionValue(autelId, "bean.data.autelId");
        hashMap.put("autelId", autelId);
        String actCode = loginBean.getData().getActCode();
        Intrinsics.checkNotNullExpressionValue(actCode, "bean.data.actCode");
        hashMap.put("actCode", actCode);
        String code = loginBean.getData().getCode();
        Intrinsics.checkNotNullExpressionValue(code, "bean.data.code");
        hashMap.put("userCode", code);
        String token = loginBean.getData().getToken();
        Intrinsics.checkNotNullExpressionValue(token, "bean.data.token");
        hashMap.put("token", token);
        hashMap.put("model", "2");
```<br><br>*See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 1.VII.g | [said processor further configured to send an event notification…] the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone provides a touch based GUI for the received new-data. | Each Autel Accused Instrumentality, including for example EVO Lite aircraft utilizes the combined controller, executing the Autel Sky app, which contains a graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br>Graphical user interface (GUI) provided in the combined<br><br>*See, e.g.,* EVO Lite series remote controller Pairing at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:48 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping. *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *Option to share, download, and delete the received captured image and video data on the Autel Sky app interface*<br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:48 (annotated) |
| 2(p) | The short-range wireless enabled data capture device of claim 1, | Autel Accused Instrumentalities comprise the short-range wireless enabled data capture device of claim 1.<br><br>*See* Claim 1 above. |
| 2.I | wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Each Autel Accused Instrumentality comprises built-in Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip (*see* above), configured to establish a paired wireless connection between the short-range wireless enabled data capture device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller (*see* Claim 1 above).<br><br>For example, EVO Lite aircraft pairs with the combined controller via its built-in Bluetooth and Wi-Fi module. EVO Lite aircraft and the combined controller operate as Wi-Fi Direct P2P devices, where EVO Lite aircraft functions as a P2P Group Owner and the combined controller functions |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | as a P2P Client. Further, Autel Sky app on the combined controller launches the 'Connect New Aircraft' function and initiates device discovery through Bluetooth, and group formation over Wi-Fi Direct bootstrapping procedure. Therefore, the "short-range paired wireless connection" between the EVO Lite aircraft and the combined controller is at least one of a Bluetooth paired wireless connection, and/or a Wi-Fi paired wireless connection.<br><br><br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09<br><br>### 3.11 Autel SkyLink Image Transmission Function<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky. *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br>Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button "⏻" and the return-to-home button "⌂" on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | press and hold the remote controller's power button<br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19 *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 15 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2-Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106<br><br>**3.8.1    Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | Figure 25. Example of Wi-Fi Direct Pairing Protocols *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | <br><br>**Figure 26. Example of P2P pairing bootstrapping method selection**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.   Bootstrapping Methods**<br><br>| Pairing Bootstrapping Methods | Description |<br>|---|---|<br>| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |<br>| Pin-code display | Device is capable of display a pin-code (4 digits or more). |<br>| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |<br>| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |<br>| NFC Tag | Device is capable of supporting the NFC Tag. |<br>| Keypad (pin-code only) | Device is capable of entering a pin. |<br>| Keypad (passphrase) | Device is capable of entering a passphrase |<br>| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |<br>| NFC reader | Device is capable of supporting the NFC reader. |<br>| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83<br><br>**3.8.4.3     Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 3(p) | The short-range wireless enabled data capture device of claim 1, | Autel Accused Instrumentalities comprise the short-range wireless enabled data capture device of claim 1.<br><br>*See* Claim 1 above. |
| 3.I | wherein the user authentication credential sent by the single mobile client application is used to authenticate a user on the user data publishing website and publish the new-data for private use on the user data publishing website. | Each Autel Accused Instrumentality comprises, including for example EVO Lite aircraft, executing the Autel Sky app (*see* above) which utilizes the user's authentication credentials (*see* above), that uniquely identify a particular user of the Autel Sky App and the online publishing platforms, to publish the captured image and/or video data privately to the online publishing platform.<br><br>For example, the Autel Sky app uses the user's login credentials, such as email address and/or phone number, related to the user's Autel Robotics ID, and other identifiers associated with the user and/or their device to request a user access token from the Defendant's cloud-based servers. Defendant's cloud-based servers generate and send a user access token back to the Autel Sky app. Further, upon receiving the captured image and/or video data, the Autel Sky app attaches the same user access token to the received image and/or video data, and transmits the image and/or video data to a user-selected online publishing platform. The new-data is uploaded on the online publishing platform along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on the online publishing platforms via Autel Sky app. Further, the online publishing platforms ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

*See, e.g.,* Log-in interface of Autel Sky app as seen by a typical user

EVO Lite series UAVs include EVO Lite and EVO Lite+, the camera of which adopts 1/1.28 inch and 1 inch CMOS image sensors respectively. EVO Lite is provided with 4-axis gimbal that can steadily shoot 4K high-definition videos and pictures at 50m pixels. EVO Lite+ is provided with 3-axis gimbal that can shoot 6K videos and pictures at 20m pixels. With the new Autel Sky App, they can realize a variety of intelligent shooting modes such as one-click short film, panorama and time lapse. With the rich built-in templates in the APP, you can use the templates in your film after selecting materials and then use the mobile phone quick transfer or one-click share functions to quickly download and share your works.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 8 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
|  |  | 4. After shooting, click the album to view the short video, and continue to edit it in APP and share it to other social platform.<br><br>*See,  e.g.,*  EVO  Lite  series  User  Manual  at  https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 53<br><br>Option to share the received captured image and video data to online publishing platforms<br><br>*See, e.g.,* Autel Sky app Tutorial at https://www.youtube.com/watch?v=XCfTLdtIY40&list=PLZtzsCyCj6TyqJUZ4yqawbTKDLu_PZxhd&index=6, at 1:49 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Online publishing platforms to share the captured image and/or video data for private consumption<br><br>*See, e.g.,* Autel Sky app interface as seen by a typical user (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | After pairing the RC with the aircraft, open the Autel Sky on the mobile device, and you will automatically enter the main interface.<br><br>**BORN TO EXPLORE**<br><br>① ② ③ Album    Skill Center    Profile    ✈ Start ④<br><br>**Fig 6-1  Main Interface of the Autel Sky App**<br><br>**Table 6-1  Details of the Main Interface of the Autel Sky App**<br><br><table><tr><th>No.</th><th>Name</th><th>Description</th></tr><tr><td>1</td><td>Profile</td><td>Register or log in to your Autel account to access relevant cloud services provided by Autel Robotics. On this feature page, you can also manage devices, connect to the aircraft frequency, set the App display language, and get after-sales service support.</td></tr></table><br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 74<br><br>**Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app, upon information and belief, show that the Autel Sky app uploads the received data from the drone along with user-specific identifiers. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```
private final ReqFlyRecord requestFlightId(FlightRecord flightRecord) {
    LoginSuccessBean loginBean = getLoginBean();
    if (loginBean == null) {
        return null;
    }
    try {
        FormParams formParams = new FormParams();
        HashMap hashMap = new HashMap();
        String autelId = loginBean.getData().getAutelId();
        Intrinsics.checkNotNullExpressionValue(autelId, "bean.data.autelId");
        hashMap.put("autelId", autelId);
        String actCode = loginBean.getData().getActCode();
        Intrinsics.checkNotNullExpressionValue(actCode, "bean.data.actCode");
        hashMap.put("actCode", actCode);
        String code = loginBean.getData().getCode();
        Intrinsics.checkNotNullExpressionValue(code, "bean.data.code");
        hashMap.put("userCode", code);
        String token = loginBean.getData().getToken();
        Intrinsics.checkNotNullExpressionValue(token, "bean.data.token");
        hashMap.put("token", token);
        hashMap.put("model", "2");
``` <br> *See, e.g.,* Autel Sky app decompiled code at autelsky/userinfo/model/FlightRecordMode.java <br><br> To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4(p) | A system, comprising: | Autel Accused Instrumentalities comprise drones, such as EVO Lite[2] aircraft, and Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later). EVO Lite aircraft pairs with a remote controller that is connected to a smartphone, such as an Android phone or an iPhone, executing the Autel Sky app. The drone and the combined controller executing the Autel Sky app constitutes a system, including as detailed in Claim Elements 4.I through 4.II.e.vi below. |

[2] While EVO Lite aircraft has been used as an exemplary infringing instrumentality, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel Accused Instrumentalities such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of all other accused drones.

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Robotics Privacy Policy**<br><br>Effective Date: September 4, 2025<br><br>Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Explorer V2**<br>Photo & Video<br>Free<br>Share<br><br>6 RATINGS  4.0  ★★★★☆  AGES  4+  Years  CATEGORY  📷  Photo & Video  DEVELOPER  👤  Autel Robotics Co., Ltd.<br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |
| 4.I | a short-range wireless enabled data capture device, comprising: | Autel Accused Instrumentality comprises a short-range wireless enabled data capture device, such as EVO Lite aircraft, configured to capture images and video.<br><br>*See* Claim 1(p) above. |
| 4.I.a | a first memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a first memory device.<br><br>*See* Claim 1.I above. |
| 4.I.b | a first processor coupled to the first memory device; | Each Autel Accused Instrumentality including for example, EVO Lite aircraft (*see* above), comprises at least one primary processor ("first processor") coupled to the first memory device (*see* above).<br><br>*See* Claim 1.II above. |
| 4.I.c | a first short-range wireless communication device configured to establish a short-range paired | Each Autel Accused Instrumentality comprises a short-range wireless communication device, such as its built-in Bluetooth and Wi-Fi Direct module (collectively "short-range wireless communication device"), configured to establish a paired wireless connection between the short- |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wireless connection with a short-range wireless enabled cellular phone, wherein the short-range wireless enabled cellular phone is internet enabled, | range wireless enabled data capture device, such as EVO Lite aircraft, and a short-range wireless enabled cellular phone.<br><br>*See* Claim 1.III above. |
| 4.I.c.i | [a first short-range wireless communication device…] establishing the short-range paired wireless connection comprises, the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip which is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone during the process by which the aircraft (see above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>*See* Claim 1.III.a above. |
| 4.I.d | a data capture circuitry; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises onboard imaging hardware such as one or more cameras with CMOS sensors and control circuitry (collectively forming "data capture circuitry"), to capture images and videos of the surrounding environment.<br><br>*See* Claim 1.IV above. |
| 4.I.e | said first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises said primary processor (Autel A810 chip) configured to acquire new-data such as images and/or video files. The Autel A810 chip acquires the new data, by communicating with the data capture circuitry through the electronic circuitry of the motherboard.<br><br>*See* Claim 1.V above. |
| 4.I.e.i | [said first processor configured to …] wherein the new-data is data acquired after establishing the short-range paired wireless connection with the short-range | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises the first processor (Autel A810 chip), wherein the said first processor (*see* above) is configured to acquire, and does acquire new data (*see* above) after the paired wireless connection (*see* above) between the short-range wireless enabled data capture device (*see* above) and the short-range wireless enabled cellular phone, for example, the combined controller (*see* above) is |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wireless enabled cellular phone; | established (*see* above).<br><br>*See* Claim 1.V.a above. |
| 4.I.f | said first processor further configured to store the new-data in the first memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises the first processor (Autel A810 chip), wherein said first processor (*see* above) is configured to store, and does store, the new data in the first memory device (*see* above). After capturing and acquiring the new data, the said first processor stores the new data in the first memory of the data capture device.<br><br>*See* Claim 1.VI above. |
| 4.I.g | said first processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a first processor (Autel A810 chip) that automatically configures to send a signal to notify ("event notification"), such as an RTS frame, and the captured image and/or video data ("acquired new-data") to the combined controller ("short-range wireless enabled cellular phone") over the established paired wireless connection.<br><br>*See* Claim 1.VII above. |
| 4.II | said short-range wireless enabled cellular phone, comprising: | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes the combined controller ("short-range wireless enabled cellular phone") to display the captured images and/or video data.<br><br>For example, Defendant provides Autel Sky app that is installed on the combined controller, including, iPhones and Android phones. Autel Sky app utilizes the combined controller to display the captured images and/or videos received from EVO Lite aircraft. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | cellular phone<br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09<br><br>**5.2.2 Remote controller preparation**<br><br>**1. Connect mobile device**<br><br>Extend the mobile device support, place the mobile device on the support, insert the mobile phone port of the remote controller connector into the mobile device (it is allowed to replace corresponding Micro USB, USB-C, Lightning interface adapter for remote controller). Ensure that the mobile device has firmly been inserted into the slot.<br><br> |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 60<br><br><br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:40 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Explorer**<br><br>Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series).<br><br><span style="color:red">Autel Sky app available for iPhones and Android devices</span><br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ (annotated)<br><br>**Autel Explorer V2**<br><br>With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.a | a second memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a second memory device.<br><br>For example, the combined controller executing the Autel Sky app comprises a memory device ("second memory device") to store the received images and videos captured by EVO Lite aircraft. Autel Sky app, utilizes the combined controller that comprises a memory.<br><br><br><br>*See, e.g.,* about iPhone 17 at https://www.apple.com/iphone-17/specs/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | [Note: The above evidence has been obtained from a third-party source. It shows iPhone 17 as an example phone with memory capacity, on which Autel Sky app can be installed.]<br><br>**Memory and storage**<br><br>12 GB RAM<br>128 GB[10]<br>256 GB[11]<br><br>*See, e.g.,* about Pixel 10 at https://store.google.com/product/pixel_10_specs?hl=en-US<br>[Note: The above evidence has been obtained from a third-party source. It shows Pixel 10, an android device as an example phone with memory capacity, on which Autel Sky app can be installed.]<br><br>**Information**<br><br>Seller<br>Autel Robotics Co., Ltd.<br><br>Size<br>189.1 MB — Autel Sky app utilizes the memory of the combined controller<br><br>Compatibility<br>**iPhone** Requires iOS 13.0 or later.<br>**iPad** Requires iPadOS 13.0 or later.<br>**iPod touch** Requires iOS 13.0 or later.<br>**Apple Vision** Requires visionOS 1.0 or later.<br><br>Languages<br>English and 7 more<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | View the personal account, flight log, user terms, Autel care, and device management. Other settings include quick connection, device management, clear cache, language, Autel Robotics Care, connect new aircraft, and novice guide.<br><br>**Autel Sky app utilizes the memory of the combined controller**<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 44 (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.b | a second processor coupled to the second memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a second processor coupled to the said second memory device.<br><br>For example, the combined controller executing the Autel Sky app comprises a processor coupled |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | to the memory device ("second processor coupled to said second memory device"). The second memory is utilized to store Autel Sky app, and the information related to it, and the second processor is utilized to process and download the received videos and images. Therefore, in order to store the captured images and/or videos in the second memory, it would be apparent to a person having ordinary skill in the art that the second processor is electronically coupled to the second memory.<br><br>**Capacity[1]**    256GB    512GB<br><br>**A19**    A19 chip<br>6-core CPU with 2 performance and 4 efficiency cores<br>5-core GPU with Neural Accelerators<br>16-core Neural Engine<br>Hardware-accelerated ray tracing<br><br>*See, e.g.,* about iPhone 17 at https://www.apple.com/iphone-17/specs/<br>[Note: The above evidence has been obtained from a third-party source. It shows iPhone 17 as an example phone on which Autel Sky app can be installed, with memory capacity and processor chip.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Memory and storage**  12 GB RAM  128 GB [10]  256 GB [11]  **Processor**  Google Tensor G5  Titan M2 security coprocessor  *See, e.g.,* about Pixel 10 at https://store.google.com/product/pixel_10_specs?hl=en-US  [Note: The above evidence has been obtained from a third-party source. It shows Pixel 10, an android device as an example phone on which Autel Sky app can be installed, with memory capacity and processor.]   Autel Evo Lite aircraft being paired to the combined controller  *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 3. After pairing, open the album, select the required materials and then click the download icon ( ⬇ ) to realize high-speed download.<br><br><br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.c | a cellular network communication device configured to connect to the internet via the cellular data network; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a cellular network communication device configured to connect to the internet, for example, to access the Autel Sky app via the cellular data network. |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | For example, the combined controller executing the Autel Sky app comprises a cellular network communication device, which incorporates network protocols permitting the combined controller to connect directly to a mobile carrier network for data communications. Autel Sky app executing on the combined controller requires internet access. In order for the combined controller to install and use and/or access the features of the Autel Sky app, for example, sharing the captured image and/or video data to the online publishing platform, the combined controller must have internet access via a cellular data network and/or Wi-Fi communications network. Specifically, the combined controller connects to the Internet via the cellular data network when not connected to a Wi-Fi network.<br><br>All iPhone models connect to fast 5G and LTE networks around the world.[1] With 5G, you can download movies, stream higher-quality video, and make FaceTime calls in HD at impressive speeds.[2] And every iPhone has eSIM, an industry-standard technology that lets you activate your new iPhone and add plans digitally. With eSIM, you'll enjoy seamless connectivity, greater flexibility, and better security, especially when traveling internationally.[3] Easy.<br><br>*See, e.g.,* about iPhones at https://www.apple.com/iphone/cellular/<br>[Note: The above evidence has been obtained from a third-party source. It shows that all iPhone models on which the Autel Sky app can be installed are cellular devices that include cellular capability.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Connect to mobile networks on a Pixel phone<br><br>You can adjust how your phone uses data by changing your mobile network settings.<br><br>Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.<br><br>Pixel 4a (5G) and later phones work with 5G service.<br><br>**Important:** On Pixel phone, some of these steps work only on Android 11 and up. Learn how to check your Android version.<br><br>**Important [US only]:** If you use a Pixel 10 or later, you can only have an eSIM.<br><br>### Change mobile network settings<br>1. Open your phone's Settings app.<br>2. Tap **Network & internet** › **SIMs**.<br>3. Tap a setting.<br><br>**Tip:** To reset all your network settings, in your phone's Settings app, tap **System** › **Reset options** › **Reset Mobile Network Settings.**<br><br>*See, e.g.,* about Pixel phones at https://support.google.com/pixelphone/answer/2926415?hl=en [Note: The above evidence has been obtained from a third-party source. It shows that all Pixel phones (Android) on which the Autel Sky app can be installed are cellular devices that include cellular capability.]<br><br>4. After shooting, click the album to view the short video, and continue to edit it in APP and share it to other social platform.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf#page=6&zoom=100,120,96, at Page 53 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Online publishing platforms, which require internet access to share the captured image and/or video data<br><br>*See, e.g.,* Autel Sky app interface as seen by a typical user (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.d | a second short-range wireless communication device configured to establish the short-range paired wireless connection between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a short-range wireless communication device ("second short-range wireless communication device") configured to establish the paired wireless connection between the short-range wireless enabled data capture device (*see* above) and the combined controller.<br><br>For example, the combined controller ("cellular phone") comprises a built-in Bluetooth and Wi-Fi module ("second short-range wireless communication device"). Using the built-in module, the combined controller pairs with EVO Lite aircraft ("data capture device"). The combined controller executing the Autel Sky app discovers EVO Lite aircraft by utilizing Bluetooth. After discovery, and successful authentication, upon information and belief, a Wi-fi Direct connection is established between the combined controller and EVO Lite aircraft to form the "short-range paired wireless connection". |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 0:09 (annotated)<br><br># Wi-Fi Direct<br><br>The Wi-Fi Direct feature, also known as Wi-Fi P2P, allows supporting devices to discover and connect to one another directly using the Wi-Fi Direct protocol without internet or mobile network access. This feature, built upon the Wi-Fi Alliance (WFA) Wi-Fi Direct specification allows sharing of high-throughput data among trusted devices and apps that are otherwise off-network.<br><br>## Examples and source<br><br>To use this feature, device manufacturers must implement the Wi-Fi Vendor and Supplicant HAL interfaces.<br><br>In Android 13, the Supplicant interface uses AIDL for the HAL definition. In Android 14 and higher, the Vendor HAL interface uses AIDL. In Android 12 and lower, the Supplicant and Vendor HAL interfaces are defined using HIDL.<br><br>The following Wi-Fi HAL surfaces are required to employ the Wi-Fi Direct feature:<br><br>• `hardware/interfaces/wifi/aidl` or, `hardware/interfaces/wifi/1.3` or higher<br><br>• `hardware/interfaces/wifi/supplicant/aidl` or, `hardware/interfaces/wifi/supplicant/1.2` or higher |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* About Wi-Fi Direct in Android devices at https://source.android.com/docs/core/connect/wifi-direct<br><br>Device manufacturers need to provide both framework and HAL/firmware support:<br><br>• Framework:<br>  • AOSP code<br>  • Enable Wi-Fi Direct: Requires a feature flag<br>• Wi-Fi Direct (P2P) HAL support (which implies firmware support)<br><br>To implement this feature, device manufacturers implement the Wi-Fi HIDL or AIDL interfaces and enable the feature flag for Wi-Fi Direct. In `device.mk` located in `device/<oem>/<device>`, modify the `PRODUCT_COPY_FILES` environment variable to include support for the Wi-Fi Direct feature:<br><br>*See, e.g.,* About Wi-Fi Direct in Android devices at https://source.android.com/docs/core/connect/wifi-direct<br><br>**3.11 Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Chapter 4  Remote Controller**<br><br>**4.1 Introduction**<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br>The built-in battery of RC is 3930mAh that can work for about 3.5h.<br><br>**Remarks**<br>• The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>• It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>• The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49<br><br>Forced frequency pairing process is as follows:<br>1. Turn on the aircraft, double-click the aircraft battery power button. The LED on the rear arm of the aircraft will flash green quickly to show it is ready to pair.<br>2. Press and hold the power button " ⏻ " and the return-to-home button " ⌂ " on the RC at the same time for 3 seconds to turn on the RC. The RC indicator will flash quickly to show it is ready to pair.<br>3. After successful pairing, the green LED at the tail of aircraft will be on for 5 seconds and then flash slowly, and Autel Sky will enter into camera interface.<br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 59 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:00 |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | press and hold the remote controller's power button<br><br>*See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:05 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | for three seconds to turn it on. *See, e.g.,* Autel EVO Lite Pairing video at https://www.youtube.com/watch?v=DI7OyWtRqAY, at 1:19<br><br>The application running on the device decides the device role (P2P Group Owner or P2P Client) prior to establishing the connection, by means outside the scope of this specification. Connection credentials shall be generated by the P2P Group Owner device. Unique credentials are required for every newly formed P2P Group Owner. The generated credentials are delivered to the P2P client or legacy client device by means outside the scope of this specification. The supported security configurations are WPA2-Personal Only Mode, WPA3-Personal Only Mode and WPA3-Personal Compatibility Mode, as defined in WPA3 Specification v3.4 Section 2.4.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 106 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.8.1    Introduction**<br><br>The P2P Pairing protocols enable a pair of P2P Devices to authenticate each other when they establish the first trust and verify each other's identity after they set up a pairing relationship.<br><br>P2P pairing protocols include the Pairing Bootstrapping, Pairing Setup and Pairing Verification procedures. If two P2P Devices are unpaired devices, the two P2P devices shall proceed with the Pairing Bootstrapping followed by Pairing Setup procedure. If two P2P Devices are paired and security credentials are cached, the P2P devices directly proceed with the Pairing Verification. procedure.<br><br>The Pairing Setup and Pairing Verification procedures use Preassociation Security Negotiation (PASN) protocol, as specified in 12.13 of [1].<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 78<br><br><br><br>**Figure 25. Example of Wi-Fi Direct Pairing Protocols**<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 79 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  **Figure 26. Example of P2P pairing bootstrapping method selection** *See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Table 10 summarizes the paring bootstrapping methods conveyed by the Bootstrapping Methods (BSM) attribute.<br><br>**Table 10.  Bootstrapping Methods**<br><br>| Pairing Bootstrapping Methods | Description |<br>|---|---|<br>| Opportunistic bootstrapping | A pairing peer with simple user interface may rely on pushbutton or other OOB means to bootstrap the pairing setup without mutual authentication (referring to section 3.7.4.3). |<br>| Pin-code display | Device is capable of display a pin-code (4 digits or more). |<br>| Passphrase display | Device is capable of displaying a passphrase (A UTF-8 string, the minimum length of this field is 1). |<br>| QR-code display | Device is capable of display a QR-code represented by the WIFI URI [1]. |<br>| NFC Tag | Device is capable of supporting the NFC Tag. |<br>| Keypad (pin-code only) | Device is capable of entering a pin. |<br>| Keypad (passphrase) | Device is capable of entering a passphrase |<br>| QR-code scan | Device is capable of scan a QR-code represented by the WIFI URI [1]. |<br>| NFC reader | Device is capable of supporting the NFC reader. |<br>| Service managed bootstrapping | The bootstrapping is entirely managed and executed by the service/application and is transparent to the P2P layer. The service may use the service info field of the SDEA to convey |<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 83<br><br>**3.8.4.3    Pairing setup using opportunistic bootstrapping**<br><br>Opportunistic bootstrapping enables P2P Devices with very simple user interface (for example, a button and a LED) to establish the P2P pairing with other P2P Devices, without providing, acquiring, and proving possession of a pairing credential.<br><br>The pairing setup with opportunistic bootstrapping employs the unauthenticated PASN, as specified in section 12.13.3.2 of [1]. The pairing setup procedure uses the PASN Authentication frames, but with the base AKM set as the PASN AKM.<br><br>*See, e.g.,* Wi-Fi Direct Specification v2. at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, Page 86 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Decompiled code for the Autel Sky app:**<br>For example, the following screenshots from the decompiled code of the Autel Sky app show that the checkConnectStatus() checks the connection status of drone, phone and the remote controller. If the phone is not connected to the remote controller, it connects them, otherwise if the remote controller is not connected to the drone, it connects the drone.<br><br>isPhoneConnectRemoteControl(), checks whether there is a connection between the phone and the remote control, and isRemoteControlConnectDrone(), checks whether there is a connection between the remote control and the drone.<br><br>`public final void checkConnectStatus() {`<br>`    if (!isPhoneConnectRemoteControl()) {`<br>`        connectControl();`<br>`    } else if (!isRemoteControlConnectDrone()) {`<br>`        connectDrone();`<br>`    }`<br>`}`<br><br>`private final void connectControl() {`<br>`    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;`<br>`    if (activityRemoteControlPairBinding == null) {`<br>`        Intrinsics.throwUninitializedPropertyAccessException("binding");`<br>`        activityRemoteControlPairBinding = null;`<br>`    }`<br>`    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));`<br>`    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;`<br>`    if (activityRemoteControlPairBinding2 == null) {`<br>`        Intrinsics.throwUninitializedPropertyAccessException("binding");`<br>`        activityRemoteControlPairBinding2 = null;`<br>`    }` |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <code>private final void connectDrone() {<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding = this.binding;<br>    String str = null;<br>    if (activityRemoteControlPairBinding == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding = null;<br>    }<br>    activityRemoteControlPairBinding.title.setTitle(getString(R.string.ATHomeConnectRemote));<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding2 = this.binding;<br>    if (activityRemoteControlPairBinding2 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding2 = null;<br>    }<br>    activityRemoteControlPairBinding2.llGoToPair.setOnClickListener((View.OnClickListener) null);<br>    ActivityRemoteControlPairBinding activityRemoteControlPairBinding3 = this.binding;<br>    if (activityRemoteControlPairBinding3 == null) {<br>        Intrinsics.throwUninitializedPropertyAccessException("binding");<br>        activityRemoteControlPairBinding3 = null;<br>    }</code><br><br>*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/RemoteControlPairActivity.java<br><br>For example, the following screenshots from the decompiled code of the Autel Sky app show that when the user taps the Connect button, the Autel Sky app sends a binding request using bingAircraftToRemote(...) which triggers the pairing process between the drone (EVO Lite aircraft) and the remote controller. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityButtonPairBinding inflate = ActivityButtonPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityButtonPairBinding activityButtonPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    String stringExtra = getIntent().getStringExtra("droneType");
    if (stringExtra == null) {
        stringExtra = DroneType.Lite.getDeviceName();
    }
    this.droneType = stringExtra;
    ActivityButtonPairBinding activityButtonPairBinding2 = this.binding;
    if (activityButtonPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding2 = null;
    }
``` <br><br> ```java
public static final void m848onCreate$lambda0(ButtonPairActivity buttonPairActivity, View view) {
    Intrinsics.checkNotNullParameter(buttonPairActivity, "this$0");
    ActivityButtonPairBinding activityButtonPairBinding = buttonPairActivity.binding;
    if (activityButtonPairBinding == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityButtonPairBinding = null;
    }
    activityButtonPairBinding.btnConnect.setEnabled(false);
    buttonPairActivity.getPresenter().bingAircraftToRemote(new AirRemoteBindingInfo(AircraftRole.MASTER, DeviceTypeEnum.COMMON));
}
``` |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ```java
public void onCreate(Bundle bundle) {
    super.onCreate(bundle);
    ActivityWifiPairBinding inflate = ActivityWifiPairBinding.inflate(getLayoutInflater());
    Intrinsics.checkNotNullExpressionValue(inflate, "inflate(layoutInflater)");
    this.binding = inflate;
    ActivityWifiPairBinding activityWifiPairBinding = null;
    if (inflate == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        inflate = null;
    }
    setContentView((View) inflate.getRoot());
    ActivityWifiPairBinding activityWifiPairBinding2 = this.binding;
    if (activityWifiPairBinding2 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding2 = null;
    }
    activityWifiPairBinding2.tvConnectFromButton.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda1(this));
    ActivityWifiPairBinding activityWifiPairBinding3 = this.binding;
    if (activityWifiPairBinding3 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
        activityWifiPairBinding3 = null;
    }
    activityWifiPairBinding3.tvChangeConnect.setOnClickListener(new WifiPairActivity$$ExternalSyntheticLambda2(this));
    ActivityWifiPairBinding activityWifiPairBinding4 = this.binding;
    if (activityWifiPairBinding4 == null) {
        Intrinsics.throwUninitializedPropertyAccessException("binding");
    } else {
        activityWifiPairBinding = activityWifiPairBinding4;
    }
    activityWifiPairBinding.vsInputWifi.setOnInflateListener(new WifiPairActivity$$ExternalSyntheticLambda3(this));
}
```

*See, e.g.,* Autel Sky app decompiled code at sources/com/autel/autelsky/pair/WifiPairActivity.java

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.e | a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when | Each Autel Accused Instrumentality comprises a mobile client application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), comprising executable instructions that, when executed by the second processor controls said processor in the combined controller, which causes the second processor |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | executed by the second processor controls the second processor to: | (*see* above) to detect, receive, store, and use HTTP to transfer, the captured image and/or video data. (*see* above).<br><br>**Autel Sky**<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/<br><br>**Autel Explorer**<br>Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series).<br><br>**Autel Explorer V2**<br>With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Enterprise Application Overview**<br><br>APR 10, 2023<br><br>The Autel Enterprise App is a dedicated app for the latest generation of commercial drones, supporting EVO MAX series/EVO Lite Enterprise series, Autel Alpha drone mission flights, photography recording, flight log recording, etc. With the new Autel Enterprise App, you can easily control your advanced commercial drones, such as the Autel EVO MAX 4T.<br><br><br><br>*See, e.g.,* Autel Enterprise app Overview at https://www.autelpilot.com/blogs/news/autel-enterprise-application-overview |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Autel Voyager App Introduction<br><br>APR 10, 2023<br><br>The Autel Voyager app is a special app for Autel Dragonfish, which can support the mission flight, remote control operation, flight log recording, etc. of the Dragonfish drone, ensuring safety, versatility and data accuracy.<br><br>*See, e.g.,* Autel Voyager app Overview at https://www.autelpilot.com/blogs/news/autel-voyager-app-introduction<br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 <br><br> **1.3 Download Autel Sky App** <br><br> Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways: <br><br> **Method one:** <br><br> Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**. <br><br> **Method Two:** <br><br> Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7 <br><br> **4.1.1 Device activation** <br><br> When using the EVO Lite series for the first time, follow these steps to activate: <br><br> 1. Unfold the aircraft arms, remove the gimbal cover, and turn on the aircraft. <br><br> 2. Turn on the remote controller, connect the remote controller and smart phone, and run the Autel Sky App. <br><br> 3. After the remote controller and the aircraft are paired successfully, the App will automatically jump to the activation page. Click "Next" to go to the product terms of use page. <br><br> *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 41 <br><br> To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.e.i | [a single mobile client application…] listen for the event notification sent by the short-range wireless enabled data capture device, wherein the single mobile client application for the short-range wireless enabled cellular phone is configured to process the event notification; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (see above) utilizing the combined controller operates using Wi-Fi Direct (see above), therefore, inherently supports RTS and CTS frames. Upon information and belief, the combined controller listens for the notification signal via the Autel Sky app, and receives the captured new-data. <br><br> For example, the combined controller executing the Autel Sky app receives an RTS frame sent by EVO Lite aircraft, indicating a signal to notify ("event notification") that newly captured data, such as image and/or video data is available for transfer. In response, the Autel Sky app ("single mobile client application") on the combined controller ("short-range wireless enabled cellular phone") |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | receive the new-data from the short-range wireless enabled data capture device; | processes the received RTS frame ("process the event notification") and transmits a CTS frame, a signal notifying the EVO Lite aircraft to transmit the captured data. The CTS frame is sent only after the reception of the RTS frame, therefore, upon information and belief, it indicates that the combined controller executing the Autel Sky app is listening to ("listen for the event notification sent by the short-range wireless enabled data capture device") and responding to the notification signal transmitted by the EVO Lite aircraft. Further, on receiving the CTS frame, the EVO Lite aircraft automatically sends the captured data to the Autel Sky app on the combined controller.<br><br>Further, upon information and belief, in addition to the RTS/CTS signaling as part of the Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications and mechanism to listen for the event notifications in the firmware and/or source code wherein such event notifications notify presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel.<br><br>**Autel Sky**<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Clear to Send (CTS) is a control frame employed in the medium access control (MAC) layer protocol IEEE 802.11 RTS/CTS. The protocol uses the concept of Multiple Access with Collision Avoidance (MACA) in wireless networks. The RTS/CTS (Request to Send / Clear to Send) mechanism aims to reduce frame collisions introduced by the hidden terminal problem. CTS frame is sent by the receiver after it gets the RTS frame prior to receiving of the actual data frame.<br><br>## Working Principle of MACA implementing CTS<br><br>The MACA protocol works with the condition that the communicating stations are synchronized and frame sizes and data speed are the same.<br><br>Let us consider that a transmitting station STA has data frame to send to a receiving station STB. The operation works as follows -<br><br>- Station STA sends a RTS frame to the receiving station.<br>- On receiving the RTS, station STB replies by sending a CTS frame.<br>- On receipt of CTS frame, station STA begins transmitting its data frame.<br>- After successful receipt of the data frame, station STB sends an ACK frame (acknowledgement frame).<br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | # Frame Format of CTS frame<br><br>There are four fields in a CTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br><br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br>**CTS Frame Format**<br><br>Frame Control \| Duration \| RA \| FCS<br>Bytes:    2    2    6    4<br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Frame Format of RTS frame<br><br>There are five fields in a RTS frame, namely -<br><br>■ **Frame Control**: This is a 2 – bytes control field.<br><br>■ **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>■ **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>■ **TA (Transmitter Address)**: It is a 6 – bytes address field.<br><br>■ **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  Image captured by EVO Lite aircraft<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |

User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.

*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated)

To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 4.II.e.ii | [a single mobile client application…] store the received new-data in the second memory device; | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above), comprising executable instructions that, when executed by the second processor (*see* above) inside the combined controller (*see* above), control said second processor (*see* above) to download ("store") the captured image and/or video data which is received by combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | wireless connection (*see* above).<br><br>For example, Autel Sky app provides functionality to download the received new-data (i.e., shared images and video files) in the memory ("second memory device") of the combined controller.<br><br><br><br>User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 3. After pairing, open the album, select the required materials and then click the download icon ( ⤓ ) to realize high-speed download.<br><br><br><br>Downloading the received new-data into the combined controller's memory<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated) |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 4.II.e.iii | [a single mobile client application…] store a user authentication credential in the second memory device; | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) which store the user's authentication credentials related to the user's Autel Robotics ID in the second memory device (*see* above).<br><br>*See* Claim 1.VII.c |
| 4.II.e.iv | [a single mobile client application…] use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over the cellular data network, | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.VII.d above. |
| 4.II.e.iv.A | [a single mobile client application… use http to …] wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic; | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app to use HTTP to upload the captured image and/or video data, to the Defendant's cloud-based servers automatically.<br><br>*See* Claim 1.VII.e above. |
| 4.II.e.v | [a single mobile client application…] use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information; and | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app that is configured to use HTTP to send the global positioning system information to the Defendant's cloud-based servers and online publishing platform over the cellular data network.<br><br>*See* Claim 1.VII.f above. |
| 4.II.e.vi | [a single mobile client application…] provide a touch based graphical user interface for the received new-data. | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See* Claim 1.VII.g above. |
| 5(p) | The system of claim 4, wherein | Autel Accused Instrumentalities comprise the system of claim 4.<br><br>*See* Claim 4 above. |
| 5.I | the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Each Autel Accused Instrumentality comprises built-in Bluetooth and Wi-Fi Direct module chip (*see* above), configured to establish a paired wireless connection between the short-range wireless enabled data capture device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller.<br><br>*See* Claim 2.I above. |
| 6(p) | The system of claim 4, wherein | The Autel Accused Instrumentalities comprise the system of claim 4.<br><br>*See* Claim 4 above. |
| 6.I | the user authentication credential is for a user of the user data publishing website. | Each Autel Accused Instrumentality comprises, including for example EVO Lite aircraft, executing the Autel Sky app (*see* above) utilizes the user's authentication credentials (*see* above) that uniquely identifies a particular user of the Autel Sky App and the online publishing platforms, to publish the captured image and/or video data to an online publishing platform.<br><br>*See* Claim 3.I above. |
| 7(p) | A short-range wireless enabled cellular phone, comprising: | Autel Accused Instrumentalities comprise drones (such as EVO Lite aircraft), their remote controller connected to a smartphone, and the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later). EVO Lite[3] aircraft pairs with the remote controller that is connected via a USB cable to the smartphone, such as an Android phone or an iPhone, executing the Autel Sky |

---

[3] While EVO Lite aircraft has been used as an exemplary infringing instrumentality, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel Accused Instrumentalities such as EVO II Series work in conjunction with the Autel Explorer app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of all other accused drones.

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | app. The combined controller constitutes a "short-range wireless enabled cellular phone", including as detailed in Claim Elements 7.I through 7.V.f below.<br><br>**Autel Robotics Privacy Policy**<br><br>Effective Date: September 4, 2025<br><br>Autel Robotics Co., Ltd. and its affiliates (hereinafter referred to as "Autel Robotics" or "we") are committed to protecting your privacy. This Privacy Policy applies to all products and services (collectively referred to as the "Services") where we process personal information, excluding services operated independently by third parties or their linked websites/apps.<br><br>*See, e.g.,* Autel Robotics Privacy Policy at https://www.autelrobotics.com/privacy/<br><br>Creativity is at the heart of every dream. Every idea, every groundbreaking leap that changes our world starts with the vision of talented creators. At DJI, we give these creators the tools they need to bring their ideas to life.<br><br>Our platforms empower them to capture images that were once out of reach. Our flying and camera stabilization systems redefine camera placement and motion. Amazing photos and video, treasured personal memories, and high-end professional imagery are captured every day, in every corner of the world using DJI products.<br><br>We do this through an unparalleled commitment to R&D, a culture of constant innovation and curiosity, and a focus on transforming complex technology into easy-to-use devices. Building on the ethos of "form follows function," our products combine advanced technology with dynamic designs.<br><br>Headquartered in Shenzhen, widely considered China's Silicon Valley, DJI benefits from direct access to the suppliers, raw materials, and young, creative talent pool necessary for sustained success. Drawing on these resources, we have grown from a single small office in 2006 to a global workforce. Our offices can now be found in the United States, Germany, the Netherlands, Japan, South Korea, Beijing, Shanghai, and Hong Kong. As a privately owned and operated company, DJI focuses on our own vision, supporting creative, commercial, and nonprofit applications of our technology. Today, DJI products are redefining industries. Professionals in filmmaking, agriculture, conservation, search and rescue, energy infrastructure, and more trust DJI to bring new perspectives to their work and help them accomplish feats safer, faster, and with greater efficiency than ever before.<br><br>*See, e.g.,* Autel Robotics About Us page at https://www.autelrobotics.com/about-us/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 *See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Explorer V2**<br>Photo & Video<br>Free<br>Share<br><br>6 RATINGS: 4.0 ★★★★☆ — AGES: 4+ Years — CATEGORY: 📷 Photo & Video — DEVELOPER: 👤 Autel Robotics Co., Ltd.<br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |
| 7.I | a memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a memory device.<br><br>*See* Claim 4.II.a above. |
| 7.II | a processor coupled to the memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a processor coupled to the said memory device.<br><br>*See* Claim 4.II.b above. |
| 7.III | a cellular network communication device configured to connect to internet via a cellular data network; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a cellular network communication device configured to connect to the internet, for example, to access the Autel Sky app via the cellular data network.<br><br>*See* Claim 4.II.c above. |
| 7.IV | a short-range wireless communication device configured to establish a short-range paired | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft utilizes combined controller, which comprises a short-range wireless communication device ("short-range wireless communication device") configured to establish the paired wireless connection between a short- |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, | range wireless enabled data capture device, such as EVO Lite aircraft (*see* above) and the combined controller.<br><br>*See* Claim 4.II.d above. |
| 7.IV.a | [a short-range wireless communication device…] wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft ("short-range wireless enabled data capture device") (*see* above), is configured to cryptographically authenticate identity of the combined controller ("short-range wireless enabled cellular phone"), by the Wi-Fi Direct framework, during the process by which the aircraft establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>*See* Claim 1.III.a above. |
| 7.V | A single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the processor controls the processor to: | Each Autel Accused Instrumentality comprises a mobile client application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later), comprising executable instructions that, when executed by the processor controls said processor in the combined controller, which causes the processor (*see* above) to detect, receive, store, and use HTTP to transfer, the captured image and/or video data. (*see* above).<br><br>*See* Claim 4.II.e above. |
| 7.V.a | [A single mobile client application…] listen for an event notification sent by the short-range wireless enabled data capture device, wherein the event notification corresponds to new-data and comprises sending a signal by the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality, comprises for example, Autel Sky app (see above), comprising executable instructions that, when executed by the processor (see above) inside the combined controller (see above), controls said processor (see above) to listen for an event notification, including a signal related to the acquired new-data, sent by the short-range wireless enabled data capture device, such as EVO Lite aircraft.<br><br>For example, EVO lite aircraft and the combined controller operate using SkyLink, which is in turn based on Wi-Fi Direct and therefore, inherently utilizes Request to Send (RTS) and Clear to Send (CTS) frames for event notifications.<br><br>For example, when EVO Lite aircraft captures image and/or video data, it sends an RTS frame to the combined controller executing the Autel Sky app. Because an RTS frame is transmitted when |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | a device has data buffered and is preparing to send that data over the established short-range paired wireless connection, upon information and belief, the event notification includes an RTS frame signal that corresponds to notification that new data, such as images and/or video data has been captured by EVO lite aircraft and is ready for transfer to the paired combined controller. |
| | | Further, in response to receiving an RTS frame, the Autel Sky app on the combined controller transmits a CTS frame, a signal notifying the EVO Lite aircraft to transmit the captured data. The CTS frame is sent only after the reception of the RTS frame, therefore, upon information and belief, it indicates that the combined controller executing the Autel Sky app is listening to ("listen for an event notification sent by the short-range wireless enabled data capture device") and responding to the notification signal transmitted by the EVO Lite aircraft. |
| | | Further, upon information and belief, in addition to the RTS/CTS signaling as part of Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications and mechanisms to listen for the event notifications, in the firmware and/or source code wherein such event notifications notify the presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Autel Evo Lite aircraft captures images and/or videos after continuously being paired to the combined controller *See,    e.g.,    EVO    Lite    Beginner's    Operation    Guide    video    at* https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Image captured by EVO Lite aircraft<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Table 3-16  Global Certified Frequency Bands for EVO Lite Series Aircraft (Wi-Fi)**<br><br>| Operating Frequency | Details | Certified Countries & Regions |<br>\|---\|---\|---\|<br>\| 2.4G（2400 – 2476MHz） \| 802.11b/g/n \| ■ Japan \|<br>\| 5.1G（5150 – 5250 MHz） \| 802.18ac \| ■ Japan \|<br>\| 5.1G（5150 – 5250 MHz） \| 802.12ac \| ■ USA \|<br>\| 5.8G（5725 – 5850 MHz） \| 802.11ac \| ■ China's Mainland \|<br>\| 5.8G（5725 – 5850 MHz） \| 802.11ac \| ■ Taiwan, China ■ USA ■ Canada ■ EU ■ UK ■ Australia ■ Korea \|<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 47<br><br>## 2.4   Functions and services<br><br>### 2.4.1   Basic functions and services<br><br>For P2P operation outside the DMG and supporting Wi-Fi Protected Setup, this specification assumes that the following STA functions and services are implemented in P2P Devices:<br><br>• IEEE 802.11g or newer 2.4 GHz PHY [1]<br>• IEEE 802.11i (AES-CCMP) [1]<br>• Wi-Fi Protected Setup [2]<br>• Wi-Fi Multimedia [3] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* Wi-Fi Direct Specifications at https://www.wi-fi.org/system/files/Wi-Fi%20Direct%20Specification%20v2.0_0.pdf, at Page 20<br><br>Request to Send (RTS) is a control frame employed in the medium access control (MAC) layer protocol IEEE 802.11 RTS/CTS. The protocol uses the concept of Multiple Access with Collision Avoidance (MACA) in wireless networks. The RTS/CTS (Request to Send / Clear to Send) mechanism aims to reduce frame collisions introduced by the hidden terminal problem. RTS frame is sent by the transmitter prior to transmission of the actual data frame.<br><br>## Working Principle of MACA implementing RTS<br><br>The MACA protocol works with the condition that the communicating stations are synchronized and frame sizes and data speed are the same.<br><br>Let us consider that a transmitting station STA has data frame to send to a receiving station STB. The operation works as follows -<br><br>- Station STA sends a RTS frame to the receiving station.<br>- On receiving the RTS, station STB replies by sending a CTS frame.<br>- On receipt of CTS frame, station STA begins transmitting its data frame.<br>- After successful receipt of the data frame, station STB sends an ACK frame (acknowledgement frame).<br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Frame Format of CTS frame**<br><br>There are four fields in a CTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br><br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br><br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.]<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 7.V.a.i | [A single mobile client | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft is configured to |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | application…listen for…] wherein the new-data is data acquired by the data capture device after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone; | acquire, and does acquire new data (*see* above) after the short-range paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller ("short-range wireless enabled cellular phone") (*see* above) is established (*see* above).<br><br>*See* Claim 1.V.a above. |
| 7.V.b | [A single mobile client application…] receive the event notification and the new-data from the short-range wireless enabled data capture device; process the event notification and | Each Autel Accused Instrumentality, comprises for example, Autel Sky app (see above), comprising executable instructions that, when executed by the processor (see above) inside the combined controller (see above), controls said processor (see above) to receive and process the event notification, including a signal related to the acquired new-data, and the new-data sent by the short-range wireless enabled data capture device, such as EVO Lite aircraft.<br><br>For example, the combined controller executing the Autel Sky app receives an RTS frame, which includes an event notification signal, from the EVO Lite aircraft. The Autel Sky app processes the RTS frame, transmits a CTS frame and subsequently receives the acquired data such as the captured images and/or video data.<br><br>Further, upon information and belief, in addition to the RTS/CTS signaling as part of the Wi-Fi Direct, EVO Lite aircraft and the Autel Sky app also implement higher-level event notifications in the firmware and/or source code wherein such event notifications notify presence of new data acquired by the aircraft to the Autel Sky app. Plaintiff reserves the right to supplement these contentions with evidence from Autel's proprietary documentation and source code once such materials have been made available for review by Autel. |

U.S. Patent No. 8,892,752

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | ## Frame Format of RTS frame<br><br>There are five fields in a RTS frame, namely -<br><br>- **Frame Control**: This is a 2 – bytes control field.<br><br>- **Duration**: It is a 2 – bytes field that specifies the transmission time required by the data frame.<br><br>- **RA (Receiver Address)**: It is a 6 – bytes address field.<br><br>- **TA (Transmitter Address)**: It is a 6 – bytes address field.<br><br>- **FCS (Frame Check Sequence)**: It is a 4 – bytes sequence for error detection. Generally cyclic redundancy code (CRC) is used.<br><br><br><br>*See, e.g.,* About Request To Send (RTS) at https://www.tutorialspoint.com/request-to-send-rts [Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the paired short-range wireless enabled transmission procedures utilized by the accused product(s).] |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* About Clear to Send (CTS) at https://www.tutorialspoint.com/clear-to-send-rts<br>[Note: The above evidence has been obtained from a third-party source. Upon information and belief, the paired combined controller executing the Autel Sky app listens for RTS signaling and responds by transmitting a CTS frame over the established paired short-range wireless connection.] |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | Image captured by EVO Lite aircraft<br><br>*See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping. <br><br> *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) <br><br> To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 7.V.b | [A single mobile client application… process the event notification and] store the received new-data in the memory device; | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above), comprising executable instructions that, when executed by the processor (*see* above) inside the combined controller (*see* above), controls said processor (*see* above) to download ("store") the captured image and/or video data which is received by combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (*see* |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | above).<br><br>*See* Claim 4.II.e.ii |
| 7.V.c | [A single mobile client application…] store a user authentication credential in the memory device; | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) which store the user's authentication credentials related to the user's Autel Robotics ID in the second memory device (*see* above).<br><br>*See* Claim 1.VII.c |
| 7.V.d | [A single mobile client application…] use HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information; | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app that is configured to use HTTP to send the global positioning system information to the Defendant's cloud-based servers and online publishing platform over the cellular data network.<br><br>*See* Claim 1.VII.f above. |
| 7.V.e | [A single mobile client application…] further use the HTTP to upload the received new-data and the user authentication credential to the user data publishing web service over the cellular data, | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.VII.d above. |
| 7.V.e.i | [A single mobile client application… further use HTTP…] wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic; and | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app to use HTTP to upload the captured image and/or video data, to the Defendant's cloud-based servers automatically.<br><br>*See* Claim 1.VII.e above. |
| 7.V.f | [A single mobile client | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, which contains a |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | application…] provide a touch based graphical user interface for the received new-data. | touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app.<br><br>*See* Claim 1.VII.g above. |
| 8(p) | The short-range wireless enabled cellular phone of claim 7, wherein | Autel Accused Instrumentalities utilizes the short-range wireless enabled cellular phone of claim 7.<br><br>*See* Claim 7 above. |
| 8.I | the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Each Autel Accused Instrumentality, including for example EVO lite aircraft utilizes the combined controller, and are configured to establish a paired wireless connection between them utilizing at least one of a Bluetooth and Wi-Fi Direct functionality.<br><br>*See* Claim 2.I above. |
| 9(p) | A short-range wireless enabled data capture device, comprising: | Autel Accused Instrumentalities comprise a short-range wireless enabled data capture device, such as EVO Lite[4] aircraft configured to capture images and video.<br><br>*See* Claim 1(p) above. |
| 9.I.a | a memory device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises a memory device.<br><br>*See* Claim 1.I above. |

[4] While EVO Lite aircraft has been used as an exemplary infringing instrumentality, Autel's other drones such as EVO Nano series also work in conjunction with the Autel Sky app and appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. Other Autel Accused Instrumentalities such as EVO II Series work in conjunction with the Autel Explorer app or the Autel Explorer V2 app, notwithstanding that difference, also appear to operate in a materially similar manner with respect to the specific claim limitations based on publicly available information. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of all other accused drones.

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 9.I.b | a processor coupled to the memory device; | Each Autel Accused Instrumentality including for example, EVO Lite aircraft (*see* above), comprises a primary processor coupled to the memory device (*see* above).<br><br>*See* Claim 1.II above. |
| 9.I.c | a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality comprises a short-range wireless communication device, such as its built-in Bluetooth and Wi-Fi Direct module (collectively "short-range wireless communication device"), configured to establish a paired wireless connection between the short-range wireless enabled data capture device, such as EVO Lite aircraft, and a short-range wireless enabled cellular phone.<br><br>*See* Claim 1.III above. |
| 9.I.c.i | [a short-range wireless communication device configured to establish a short-range paired wireless connection….] wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises Bluetooth and Wi-Fi Direct module chip (*see* above), for example, the ESP 32 chip which is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone during the process by which the aircraft (see above) establishes the paired wireless connection (*see* above) with the combined controller (*see* above).<br><br>*See* Claim 1.III.a above. |
| 9.I.d | a data capture circuitry; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises onboard imaging hardware such as one or more cameras with CMOS sensors and control circuitry (collectively forming "data capture circuitry"), to capture images and videos of the surrounding environment.<br><br>*See* Claim 1.IV above. |
| 9.I.e | said processor configured to | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, | comprises said primary processor (Autel A810 chip) configured to acquire new-data such as images and/or video files. The Autel A810 chip acquires the new data, by communicating with the data capture circuitry through the electronic circuitry of the motherboard.<br><br>*See* Claim 1.V above. |
| 9.I.e.i | [said processor configured to acquire new-data…] wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft ("short-range wireless enabled data capture device") (*see* above), comprises the primary processor (Autel A810 chip), wherein the said primary processor (*see* above) is configured to acquire, and does acquire new data (*see* above) after the paired wireless connection (*see* above) between the EVO Lite aircraft (*see* above) and the combined controller ("short-range wireless enabled cellular phone") (*see* above) is established (*see* above).<br><br>*See* Claim 1.V.a above. |
| 9.I.f | said processor further configured to store the new-data in the memory device of the short-range wireless enabled data capture device; | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft (*see* above), comprises the primary processor (Autel A810 chip), wherein said primary processor (*see* above) is configured to store, and does store, the new data in the memory device (*see* above). After capturing and acquiring the new data, the said primary processor stores the new data in the memory of the short-range wireless enabled data capture device.<br><br>*See* Claim 1.VI above. |
| 9.I.g | said processor further configured to listen to a polling request from a single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection, wherein the polling request is for the new-data, wherein the single mobile client application on the short-range wireless enabled | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises the primary processor (*see* above), wherein the said primary processor (*see* above) is configured to listen to a polling request for the acquired new-data from the combined controller executing a mobile client application. Each Autel Accused Instrumentality comprises a mobile client application in (*i.e.*, executed on) the combined controller (*see* above), for example, the Autel Sky app (Android version 6.0 or later and iOS version 13.0 or later).<br><br>For example, after the short-range paired wireless connection is established, EVO Lite aircraft capture images and videos of its surroundings. The combined controller executing the Autel Sky app sends a polling request to the EVO Lite aircraft. Therefore, EVO Lite aircraft, upon information |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | cellular phone is configured to detect the new-data for transfer from the short-range wireless enabled data capture device to the paired and the cryptographically authenticated short-range wireless enabled cellular phone, | and belief, listens to a polling request from the Autel Sky app ("single mobile client application") executing on the combined controller ("short-range wireless enabled cellular phone"), over the established connection to transfer the captured images and videos.<br><br>**Autel Sky**<br>Built to accompany the EVO Nano and EVO Lite, the Autel Sky app enables beginners and veterans alike to get professional-level shots at the touch of a button with four automatic shooting modes. Make your shots even more unique using the app's time-lapse, panoramic, tracking, and portrait modes. Done shooting? Instantly upgrade your footage from impressive to unforgettable using the app's vast selection of ready-made video templates and soundtracks. From flying to shooting to editing, Autel Sky is a must-have companion for any videographer hoping to make an impact.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/<br><br>**Autel Explorer**<br>Unlock your drone's potential with the Autel Explorer App. With the app, you can easily control the EVO I, EVO II Pro, EVO II Dual, and EVO II Enterprise Series. Your mobile device will act as a central display (HD Live View) for aerial photography, cinematography, and flight parameter adjustments. Perform advanced autonomy features such as dynamic track, tripod track, parallel track, gesture control, precision flight, dual stability, and mission planning. (Some features are only available on the EVO II Series).<br><br>**Autel Explorer V2**<br>With the Exclusive Edition - Autel Explorer V2, it's easy to control your Autel Robotics EVO II Series drones. Your mobile device can be used for remote piloting control, aerial photography, and flight parameters adjustment. Monitor your aircraft data and perform advanced features such as Dynamic Track, Tripod Track, Parallel Track, Viewpoint, Orbit, Gesture Control, Precision Flight, Dual Stability, Waypoint Flight, Rectangular and Polygon Mission.<br><br>*See, e.g.,* Download Page for drone apps at https://www.autelrobotics.com/download/app/ |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App Store Page for Autel Explorer app at https://apps.apple.com/us/app/autel-explorer/id1395815245 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | <br><br>*See, e.g.,* App Store Page for Autel Explorer V2 app at https://apps.apple.com/us/app/autel-explorer-v2/id1671748757 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Enterprise Application Overview**<br><br>APR 10, 2023<br><br>The Autel Enterprise App is a dedicated app for the latest generation of commercial drones, supporting EVO MAX series/EVO Lite Enterprise series, Autel Alpha drone mission flights, photography recording, flight log recording, etc. With the new Autel Enterprise App, you can easily control your advanced commercial drones, such as the Autel EVO MAX 4T.<br><br><br><br>*See, e.g.,* Autel Enterprise app Overview at https://www.autelpilot.com/blogs/news/autel-enterprise-application-overview |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **Autel Voyager App Introduction**<br><br>APR 10, 2023<br><br>The Autel Voyager app is a special app for Autel Dragonfish, which can support the mission flight, remote control operation, flight log recording, etc. of the Dragonfish drone, ensuring safety, versatility and data accuracy.<br><br>*See, e.g.,* Autel Voyager app Overview at https://www.autelpilot.com/blogs/news/autel-voyager-app-introduction<br><br><br><br>*See, e.g.,* App store Page for Autel Sky app at https://apps.apple.com/us/app/autel-sky/id1571426955 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **1.3 Download Autel Sky App**<br><br>Autel Sky App can provide real-time image transmission, senior flight and camera control methods for your mobile device. App supports Android 6.0 , iOS 13.0 and above systems. You can download in the following two ways:<br><br>**Method one:**<br><br>Search for **Autel Sky** in the App Store or Google Play, and click **INSTALL**.<br><br>**Method Two:**<br><br>Visit the App download page of Autel Robotics' official website and scan the QR code to download: www.autelrobotics.com/download/App_download.html<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 7<br><br>**4.1.1 Device activation**<br><br>When using the EVO Lite series for the first time, follow these steps to activate:<br><br>1. Unfold the aircraft arms, remove the gimbal cover, and turn on the aircraft.<br><br>2. Turn on the remote controller, connect the remote controller and smart phone, and run the Autel Sky App.<br><br>3. After the remote controller and the aircraft are paired successfully, the App will automatically jump to the activation page. Click "Next" to go to the product terms of use page.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 41 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **3.11 Autel SkyLink Image Transmission Function**<br><br>The EVO Lite Series Aircraft is equipped with Autel SkyLink transmission technology, equipped with triple-frequency dual-transmit dual-receive capability, so that the communication distance between the aircraft and the RC can reach up to 10km.<br>● The system supports adaptive frequency hopping transmission across multiple frequency bands, selecting the optimal channel based on electromagnetic interference conditions and providing robust anti-interference capabilities.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 45<br><br>**Chapter 4 Remote Controller**<br><br>**4.1 Introduction**<br><br>The RC adopts the Autel SkyLink image transmission technology of Autel Robotics, has strong anti-interference capability and supports the double-emission and double-receiving of 2.4GHz, 5.8GHz and 5.2GHz. It can complete the control and setting of aircraft and camera within at most 12km distance and can display a high-definition picture in mobile device in a real-time manner by Autel Sky.<br>The built-in battery of RC is 3930mAh that can work for about 3.5h.<br><br>✍ Remarks<br><br>● The maximum communication distance of the RC is measured under unblocked and interference-free conditions and is for references only.<br>● It supports adaptive frequency hopping transmission, selects the optimal channel according to the electromagnetic interference situation, and has strong anti-interference ability.<br>● The data link between the aircraft and the RC adopts the AES-128 encryption method to ensure end-to-end data communication security.<br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/uploads/2024/06/EN_EVO-Lite-Series-Aircraft-User-Manual_V3.0.6.pdf, at Page 49 |

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 0:08 (annotated)<br><br>Autel Evo Lite aircraft being paired to the combined controller<br><br>Autel Evo Lite aircraft captures images and/or videos after continuously being paired to the combined controller<br><br>take photos by tapping the white button on the screen<br><br>*See, e.g.,* EVO Lite Beginner's Operation Guide video at |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated)<br><br>To the extent this claim limitation is performed at least in part in Defendant's software source code and/or disclosed in Defendant's internal confidential technical documents and deposition testimony, Plaintiff reserves the right to amend these contentions pursuant to production of such source code and/or internal confidential technical documents and deposition testimony by the Defendant. |
| 9.I.g.i | [said processor further configured to…] wherein detecting the new-data for transfer comprises: polling the short-range wireless enabled data capture device by the short-range wireless enabled cellular phone, using the single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection; | Each Autel Accused Instrumentality, comprises a mobile client application, for example, Autel Sky app, which detects new data for transfer by polling the short-range wireless enabled data capture device, such as EVO Lite aircraft, upon establishing the short-range wireless paired connection.<br><br>*See* Claim 9.I.g above. |
| 9.I.h | said processor further configured to transfer the new-data from the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone automatically over the established paired short-range wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to receive the new-data over the established short-range paired wireless connection, | Each Autel Accused Instrumentality, including for example, EVO Lite aircraft, comprises the primary processor (*see* above), wherein said primary processor (*see* above) is configured to transfer automatically, and does transfer automatically, the captured image and/or video data ("new-data"), to the paired combined controller (*see* above) executing the Autel Sky app, over the established paired wireless connection (*see* above). Cellspin contends that all post-pairing communications between the short-range wireless enabled data capture device (*see* above) and the short-range wireless enabled cellular phone (*see* above) occur over and via the paired wireless connection (*see* above), established through Wi-Fi Direct.<br><br>To the extent the primary processor (Autel A810 chip) does not send the new-data directly (for example, using an integrated chip within the accused instrumentality), sending the new-data is still performed under the direction and control of the primary processor. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | *See, e.g.,* EVO Lite Beginner's Operation Guide video at https://www.youtube.com/watch?v=yWLEtI9VCCc, at 1:10 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | |  *See, e.g.,* EVO Lite series Product Page at https://www.autelpilot.com/collections/evo-lite-drones/products/autel-robotics-lite-drone (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | **4.2.1 Home page**<br><br>*See,   e.g.,*   EVO   Lite   series   User   Manual   at   https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | User can view and edit photos and videos in the album. The album includes SD card, internal memory, and device storage (Autel Sky) options. Photos and videos can be downloaded to local album. Click the "Create" option to select templates or tools for manual clipping. *See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 47 (annotated) |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | | 3. After pairing, open the album, select the required materials and then click the download icon ( ⤓ ) to realize high-speed download.<br><br><br><br>*See, e.g.,* EVO Lite series User Manual at https://www.autelrobotics.com/wp-content/themes/autel/userfiles/files/2022/01/11/EVO%20Lite%20Series%20User%20Manual%20-%20EN.pdf, at Page 51(annotated) |
| 9.I.h.i | [said processor further configured to…] wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to store the received new-data in a memory device of the short-range wireless enabled cellular phone, | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above), comprising executable instructions that, when executed by the processor (*see* above) inside the combined controller (*see* above), controls the combined controller's processor (*see* above) to download ("store") the captured image and/or video data which is received by combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (*see* above).<br><br>*See* Claim 4.II.e.ii above. |
| 9.I.h.ii | [said processor further configured | Each Autel Accused Instrumentality comprises, for example, the Autel Sky app (*see* above) which |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| | to…] wherein the single mobile client application for the short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the short-range wireless enabled cellular phone, | store the user's authentication credentials related to the user's Autel Robotics ID in the memory device (*see* above) of the combined controller.<br><br>*See* Claim 1.VII.c |
| 9.I.h.iii | [said processor further configured to…] wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use HTTP to send a user preference to a user data publishing website over a cellular data network, wherein the user preference comprise global positioning system information, | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app that is configured to use HTTP to send the global positioning system information to the Defendant's cloud-based servers and online publishing platform over the cellular data network.<br><br>*See* Claim 1.VII.f above. |
| 9.I.h.iv | [said processor further configured to…] wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use the HTTP to upload the received new-data and the user authentication credential to the user data publishing website over the cellular data network, | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, to use HTTP to upload the new-data such as the captured image and/or video data, which is received by the combined controller (*see* above), including by operation of the Autel Sky app (*see* above), over the established paired wireless connection (see above), along with user information, to online publishing platforms, over the cellular data network of the combined controller (*see* above).<br><br>*See* Claim 1.VII.d above. |
| 9.I.h.v | [said processor further configured to…] wherein the single mobile client application on the short-range wireless enabled cellular phone provides a touch based GUI for the received new-data. | Each Autel Accused Instrumentality, comprises for example, the Autel Sky app, which contains a touch based graphical user interface (GUI). The GUI is used to access, download and share the received captured image and/or video data from the Autel Sky app.<br><br>*See* Claim 1.VII.g above. |

**U.S. Patent No. 8,892,752**

Exhibit F

| Claim Element | Claim Language | Infringement Contention |
|---|---|---|
| 10(p) | The short-range wireless enabled data capture device of claim 9, wherein | Autel Accused Instrumentalities comprise the short-range wireless enabled data capture device of claim 9.<br><br>*See* Claim 9 above. |
| 10.I | the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Each Autel Accused Instrumentality comprises built-in Bluetooth and Wi-Fi Direct module chip (*see* above), configured to establish a paired wireless connection between the short-range wireless enabled data capture device, such as EVO Lite aircraft, and the short-range wireless enabled cellular phone, such as the combined controller.<br><br>*See* Claim 2.I above. |

**U.S. Patent No. 8,892,752**