AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| Cellspin Soft, Inc., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Autel Robotics Co., Ltd., Autel Robotics Europe GM | ) |
| *Defendant* | ) |

Case No.   2:26-cv-00226-JRG-RSP

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Autel Robotics Co., Ltd. and Autel Robotics Europe GMBH                                                     .

Date:    04/14/2026

/s/ Zhiyu Liang
*Attorney's signature*

ZHIYU LIANG (Cal. Bar No. 357770)
*Printed name and bar number*
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China

*Address*

liangzhiyu@anjielaw.com
*E-mail address*

(571) 379-2120
*Telephone number*

*FAX number*