## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AUTEL ROBOTICS CO., LTD. and AUTEL ROBOTICS EUROPE GMBH, <br><br> *Defendants.* | Case No. 2:26-cv-00226-JRG-RSP <br><br> **Jury Trial Demanded** <br><br> **Judge Rodney Gilstrap** <br> **Magistrate Judge Roy S. Payne** |

### SUPPLEMENTAL DECLARATION OF ZHUANPENG CHENG IN SUPPORT OF AUTEL ROBOTICS CO., LTD'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

I, Zhuanpeng Cheng, declare as follows:

1.     I am legal representative of Autel Robotics Co., Ltd. ("Autel China"). I previously submitted a declaration in support of Autel Robotics Co., Ltd.'s Consolidated Motion to Dismiss. I submit this Supplemental Declaration in response to Plaintiff Cellspin Soft, Inc.'s Opposition and the exhibits attached thereto.

2.     I have personal knowledge of the matters stated in this Declaration based on my position and responsibilities at Autel China, my familiarity with the respective operations of Autel China, and my review of relevant company records and the materials submitted by Plaintiff. If called as a witness, I could and would testify competently to these facts.

3.     I have reviewed Plaintiff's Opposition, Dkt. 12, including Plaintiff's Exhibits 1, 3, 4, 5, 6, 7, 8, 9, 10, and 11.

4.    Autel Robotics USA LLC ("Autel USA") is a separate legal entity from Autel China. Autel USA independently manages the U.S.-facing sales, marketing, advertising, distribution, customer-support, and post-sale-service activities concerning Autel-branded products in the United States.

5.    The website located at www.autelrobotics.com is an overseas-facing website used and administered by Autel's entities outside mainland China, including Autel USA, for markets outside mainland China. The website has not been registered or filed for operation in mainland China under China's internet-content-provider filing system and is not operated or used by Autel China as its website.

6.    Based on my understanding of the company's website infrastructure, the server hosting www.autelrobotics.com is located in Mexico, rather than mainland China.

7.    Plaintiff's Exhibit 1, Dkt. 12-1, is an introductory "About Us" page taken from the Autel USA website. The page was prepared and published by Autel USA as a general introduction to the Autel Robotics brand and affiliated businesses. It was not published by Autel China as a statement that Autel China itself conducts sales, marketing, distribution, customer support, or post-sale service in the United States or Texas.

8.    Plaintiff's Exhibit 3, Dkt. 12-3, is an announcement prepared and published by Autel USA on the Autel USA website. The first page of the exhibit identifies Washington, United States, as the location associated with the announcement. Washington is the location of Autel USA's U.S. headquarters. Autel China did not prepare or publish that announcement as part of any activity directed toward Texas.

9.    Plaintiff's Exhibit 4, Dkt. 12-4, is likewise an announcement prepared and published by Autel USA on the Autel USA website. The first page identifies Washington, United

States, as the location associated with the announcement. The announcement concerns U.S.-facing promotional activities handled by Autel USA. It was not prepared or published by Autel China as part of any activity directed toward Texas.

10. Exhibit 5, Dkt. 12-5, addresses the availability and continued operation of certain Autel applications. It does not identify any dealer, retailer, office, employee, customer, marketing activity, sale, or other operation of Autel China in Texas.

11. Plaintiff's Exhibit 6, Dkt. 12-6, is different from the other website announcements. The letter contained in Exhibit 6 was issued by Autel China, as reflected by the Autel China name appearing at the bottom of the letter. Autel USA subsequently posted that letter on the Autel USA website. The posting of an Autel China letter on the Autel USA website does not mean that Autel China operates or controls the website.

12. Plaintiff's Exhibit 7, Dkt. 12-7, is an announcement prepared and published by Autel USA on the Autel USA website. The first page identifies Washington, United States, as the location associated with the announcement. The announcement concerns personnel and activities associated with Autel USA's U.S.-facing operations. It was not prepared or published by Autel China as part of any activity directed toward Texas.

13. Plaintiff's Exhibit 8, Dkt. 12-8, is a statement published on the Autel USA website. The statement refers collectively to multiple Autel-affiliated entities, including Autel China, because it addresses matters affecting the broader Autel Robotics group and includes matters relating to mainland China. The inclusion of Autel China in the statement does not mean that Autel China operates the Autel USA website or conducts the U.S.-facing activities administered by Autel USA.

14. Plaintiff's Exhibit 9, Dkt. 12-9, is an announcement prepared and published by Autel USA on the Autel USA website. The first page identifies Washington, United States, as the location associated with the announcement. The announcement concerns U.S.-facing sales or promotional activities administered by Autel USA, not Autel China.

15. Plaintiff's Exhibit 10, Dkt. 12-10, contains terms governing the U.S.-facing online website and store operated by Autel USA. The terms refer to Autel China and affiliated entities because the website offers Autel-branded products and contains information concerning multiple affiliated entities. The inclusion of Autel China's name in those terms does not mean that Autel China operates the website or store, processes U.S. orders, conducts U.S. sales, or directs sales toward Texas.

16. Plaintiff's Exhibit 11, Dkt. 12-11, is a contact and support page taken from the Autel USA website. The page concerns contact channels administered through the U.S.-facing website. It does not identify any dealer, retailer, office, facility, employee, or other location of Autel China in Texas.

17. Plaintiff's Exhibit 11 also does not identify any Autel China dealer or retailer in Marshall, Texas, the Eastern District of Texas, or elsewhere in Texas.

18. None of Plaintiff's Exhibits 1, 3, 4, 5, 6, 7, 8, 9, 10, or 11 identifies Autel China as the operator or administrator of www.autelrobotics.com.

19. None of those exhibits shows that Autel China selected Texas dealers or retailers, directed shipments to Texas, conducted Texas-specific advertising, maintained personnel or facilities in Texas, or otherwise controlled any Texas-facing sales, marketing, distribution, support, or promotional activity.

20.   Autel China's products are provided to Autel USA outside the United States. Autel USA independently determines and manages the subsequent importation, marketing, advertising, distribution, sales, customer support, and post-sale service of those products in the United States.

21.   Autel China does not determine where within the United States Autel USA markets, promotes, distributes, or sells Autel-branded products, and Autel China does not direct Autel USA to target the Texas market.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2026.

/s/ *Zhuanpeng Cheng*