**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AUTEL ROBOTICS CO., LTD. and AUTEL ROBOTICS EUROPE GMBH, <br><br> *Defendants.* | Case No. 2:26-cv-00226-JRG-RSP <br><br> **Jury Trial Demanded** <br><br> **Judge Rodney Gilstrap** <br> **Magistrate Judge Roy S. Payne** |

**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE SCHEDULING
CONFERENCE AND RELATED DEADLINES**

Before the Court is Defendants Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH's Motion to Continue Scheduling Conference and Related Deadlines. Having considered the Motion, the parties' submissions, and the applicable law, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the scheduling conference presently set for July 20, 2026, at 9:30 a.m. is CONTINUED until further order of the Court.

It is further ORDERED that all deadlines established by the Court's June 18, 2026 Scheduling Conference Order, Dkt. 11 — including the deadline to comply with P.R. 3-1 and 3-2 and all deadlines calculated from the date of the scheduling conference—are CONTINUED until further order of the Court.

Following disposition of Defendants' pending Consolidated Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process, Dkt. 8, the Court will reset the scheduling

conference and related deadlines, if necessary.

So ORDERED and SIGNED this _____ day of _____, 2026.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 6, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: */s/   Zhiyu Liang*
    Zhiyu Liang

*Attorney for Defendants Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH*