**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLSPIN SOFT, INC., | § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:26-cv-00226-JRG-RSP |
| AUTEL ROBOTICS CO., LTD.,  AUTEL ROBOTICS EUROPE GMBH, | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants' Motion to Continue the Scheduling Conference. **Dkt. No. 15**. In the Motion, Defendants request continuance of the July 20, 2026, scheduling conference pending resolution of its Motion to Dismiss (Dkt. No. 12). *Id.* at 1-2. Having considered the Motion, the Court **DENIES** Defendants' Motion. The presence of a Motion to Dismiss does not relieve a party of its obligation to attend the scheduling conference.

**SIGNED this 10th day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE