# N THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| CELLSPIN SOFT, INC., | |
| *Plaintiff*, | Case No. 2:26-cv-00226-JRG-RSP |
| v. | **Jury Trial Demanded** |
| AUTEL ROBOTICS CO., LTD. and AUTEL ROBOTICS EUROPE GMBH, | |
| *Defendants*. | |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH notify the Court that, on August 10, 2026, they served their Initial and Additional Disclosures pursuant to Paragraphs 1 and 3 of the Court's Discovery Order and the Docket Control Order (Dkt. No. 24).

The disclosures were served on all counsel of record for Plaintiff by electronic mail in accordance with Federal Rule of Civil Procedure 5. Consistent with the Discovery Order, the disclosures themselves are not filed with the Court.

Dated:    August 10, 2026.

ANJIE BROAD LAW FIRM

By: */s/   Zhiyu Liang*
    Zhiyu Liang (Cal. Bar No. 357770)
    14th Floor, North Tower, Beijing Kerry Centre
    No. 1 Guanghua Road

Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email:   liangzhiyu@anjielaw.com


**PATTON TIDWELL & CULBERTSON, LLP**

Geoffrey P. Culbertson (TX Bar No. 24045732)
Kelly B. Tidwell (TX Bar No. 20020580)
2800 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

*Attorneys for Defendants Autel Robotics Co., Ltd.*
*and Autel Robotics Europe GmbH*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

By: */s/   Zhiyu Liang*
Zhiyu Liang

*Attorney for Defendants Autel Robotics Co., Ltd. and Autel Robotics Europe GmbH*